**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **The Farm, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Curated American Getaways, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-0629913** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **601 Sycamore Street Unit 6106**<br>**Kissimmee, FL 34747** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Osceola** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.thefarmllc.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **The Farm, LLC**
_____    Case number (*if known*) _____

Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____7211____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor  **The Farm, LLC**                                                              Case number (*if known*) _____
_____
Name

**10.  Are any bankruptcy cases**     ■ No
      **pending or being filed by a**   ☐ Yes.
      **business partner or an**
      **affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.  Why is the case filed in**     *Check all that apply:*
      ***this district?***
                              ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                preceding the date of this petition or for a longer part of such 180 days than in any other district.

                              ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**      ■ No
      **have possession of any**     ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **real property or personal**
      **property that needs**
      **immediate attention?**        **Why does the property need immediate attention?** (*Check all that apply.*)

                              ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                What is the hazard? _____

                              ☐ It needs to be physically secured or protected from the weather.

                              ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                              ☐ Other _____

                              **Where is the property?**  _____
                                                        Number, Street, City, State & ZIP Code

                              **Is the property insured?**

                              ☐ No

                              ☐ Yes.  Insurance agency  _____
                                      Contact name      _____
                                      Phone             _____

---

████  **Statistical and administrative information**

**13.  Debtor's estimation of**   .   *Check one:*
      **available funds**
                              ■ Funds will be available for distribution to unsecured creditors.

                              ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**    ☐ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
      **creditors**            ■ 50-99             ☐ 5001-10,000         ☐ 50,001-100,000
                              ☐ 100-199           ☐ 10,001-25,000       ☐ More than100,000
                              ☐ 200-999

**15.  Estimated Assets**       ☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                              ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                              ■ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16.  Estimated liabilities**   ☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

---

Debtor    **The Farm, LLC**
Name                                              Case number (*if known*)

☐  $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐  $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐  $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **The Farm, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **January 25, 2024**
                 MM / DD / YYYY

**X** **/s/ Katie Martin Loane**                                  **Katie Martin Loane**
Signature of authorized representative of debtor          Printed name

Title      **CFO**

**18. Signature of attorney**

**X** **/s/ Jeffrey S. Ainsworth**                    Date **January 25, 2024**
Signature of attorney for debtor                          MM / DD / YYYY

**Jeffrey S. Ainsworth 060769**
Printed name

**BransonLaw, PLLC**
Firm name

**1501 E. Concord Street**
**Orlando, FL 32803**
Number, Street, City, State & ZIP Code

Contact phone   **407 894 6834**        Email address   **jeff@bransonlaw.com**

**060769 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name __The Farm, LLC__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __January 25, 2024__          X */s/ Katie Martin Loane*
                                          Signature of individual signing on behalf of debtor

                                          **Katie Martin Loane**
                                          Printed name

                                          **CFO**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **The Farm, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 297871 Fort Lauderdale, FL 33329 | | cc | | | | $241,098.00 |
| Celtic Advance LLC 8 The Green Suite A Dover, DE 19901 | | Merchant Cash Advance | Disputed | | | $204,600.86 |
| CloudFund LLC Deltabridge 400 Rella Blvd Ste 165-101 Suffern, NY 10901 | | Merchant Cash Advance | Unliquidated Disputed | | | $149,000.00 |
| Commonwealth of Kentucky Sales Tax PO Box 181 Frankfort, KY 40602 | | sales tax | | | | $99,044.00 |
| EN OD, LLC 1777 Reisterstown Rd Pikesville, MD 21208 | | Merchant Cash Advance | Contingent Unliquidated Disputed | | | $57,000.00 |
| Global Merchant Cash d/b/a Wall Street Funding 64 Beaver Street Ste 415 New York, NY 10004 | | Merchant Cash Advance | Contingent Unliquidated Disputed | | | $211,884.64 |
| Grant Phillips PLLC 670 Long Beach Blvd Long Beach, NY 11561 | | legal fees | | Unliquidated Disputed | | $120,000.00 |

Debtor **The Farm, LLC**                                           Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| IMerchant Funding LLC 28580 Orchard Lake Rd #104 Farmington, MI 48334 | | Merchant Cash Advance | Contingent Unliquidated Disputed | | | $100,510.67 |
| Jeeves 924 N Magnolia Ave Orlando, FL 32803 | | cc | | | | $74,193.00 |
| Meged Funding Group 1 Princeton Avenue Brick, NJ 08724 | | Merchant Cash Advance | Contingent Unliquidated Disputed | | | $80,062.50 |
| Parkview Advance LLC 600 Summer Street Stamford, CT 06901 | | judgment | Disputed | | | $98,930.00 |
| Prescott & Fifth Capital LLC 30 N. Gould St Ste 22145 Sheridan, WY 82801 | | Merchant Cash Advance | Contingent Unliquidated Disputed | | | $120,000.00 |
| Quickbooks Loans Disputed Payments PO Box 84210 Black Hawk, SD 57718 | | Loan | | | | $73,905.81 |
| Rapid Financial Services 4500 East West Hwy 6th Flr Bethesda, MD 20814 | | Merchant Cash Advance | Contingent Unliquidated Disputed | | | $105,661.00 |
| RE Nectar Inc 3423 Piedmont Rd NE Atlanta, GA 30305 | | Merchant Cash Advance | Contingent Unliquidated Disputed | | | $577,546.00 |
| Rocky Gaslin 63 Leavitt Road Augusta, ME 04330 | | Merchant Cash Advance | Contingent Unliquidated Disputed | | | $250,000.00 |
| Rocky Gaslin 63 Leavitt Road Augusta, ME 04330 | | Merchant Cash Advance | Contingent Unliquidated Disputed | | | $206,000.00 |
| Star Advance 128 32nd Street Brooklyn, NY 11232 | | Merchant Cash Advance | Contingent Unliquidated Disputed | | | $67,455.00 |
| Syndicate Group USA 28-07 Jackson Avenue Unit 09-110 Long Island City, NY 11101 | | Merchant Cash Advance | Contingent Unliquidated Disputed | | | $282,500.00 |

| Debtor | **The Farm, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Small Business Loan 721 19th Street Denver, CO 80202** | | **Furniture and furnishings** | | **$662,000.00** | **$143,550.00** | **$518,450.00** |

**Fill in this information to identify the case:**

Debtor name   **The Farm, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*....................................................................................   $ _____0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................   $ _____624,659.32

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................................   $ _____624,659.32

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____914,545.60

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................   $ _____252,417.87

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ _____3,226,692.25

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b                                                                                                $ _____4,393,655.72

**Fill in this information to identify the case:**

Debtor name **The Farm, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Old Glory Bank** | **Checking Account** | 2610 | $9,016.31 |
| 3.2. | **ETrade** | **Brokerage** | 3887 | $10.01 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Funds held by World Pay (credit card processor)** | $145,083.00 |

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $154,109.32 |
|---|

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Debtor    **The Farm, LLC**
_____    Case number *(if known)* _____
Name

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Cleaning supplies, cleaning equipment and linens | | **$0.00** | | **$8,000.00** |

| 23. | **Total of Part 5.** Add lines 19 through 22. Copy the total to line 84. | **$8,000.00** |
|---|---|---|

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops-either planted or harvested** | | | |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |

Debtor   **The Farm, LLC**                                                Case number *(If known)*
_____
Name

| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* | | |
|---|---|---|---|
| | **Farm equipment** | **$0.00** | **$20,000.00** |

31.     **Farm and fishing supplies, chemicals, and feed**

32.     **Other farming and fishing-related property not already listed in Part 6**

| 33. | **Total of Part 6.** | **$20,000.00** |
|---|---|---|
| | Add lines 28 through 32.  Copy the total to line 85. | |

34.     **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35.     **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

36.     **Is a depreciation schedule available for any of the property listed in Part 6?**
■ No
☐ Yes

37.     **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| **Tables, chairs** | **$0.00** | | **$15,000.00** |
| **Furniture and furnishings** | **$0.00** | | **$143,550.00** |

| 40. | **Office fixtures** | | | |
|---|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Laptops** | **$0.00** | | **$10,000.00** |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | **$168,550.00** |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

Debtor  **The Farm, LLC**  Case number *(If known)* _____
        Name

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2020 Ford Transit Van** | **$0.00** | | **$40,000.00** |
| 47.2. **2019 Ford Transit Van** | **$0.00** | | **$36,000.00** |
| 47.3. **2020 Ford Transit Van**<br>**Vin #: 1FBAX2Y85LKA22854** | **$0.00** | | **$37,000.00** |
| 47.4. **2018 Chevrolet Silverado**<br>**Vin #: 1GCVKNEC4JZ289137** | **$0.00** | | **$25,000.00** |
| 47.5. **2020 Chevrolet Silverado**<br>**Vin #: 1GCRYAEF2LZ172775** | **$0.00** | | **$20,000.00** |
| 47.6. **2021 Cadillac Escalade**<br>**Vin #: 1GYS4JKT6MR394108** | **$0.00** | | **$80,000.00** |
| 47.7. **2020 Ford Transit Wagon**<br>**Vin #: 1FBAX2Y89LKA43223** | **$0.00** | | **$36,000.00** |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**

51.  **Total of Part 8.**                                                    | **$274,000.00** |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

| Debtor | **The Farm, LLC** | Case number *(If known)* | |
|--------|-------------------|--------------------------|--|
| | Name | | |

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.1.** **See Attached Exhibit to Schedules A/B: Real and Personal Property** | **Lease** | **$0.00** | | **Unknown** |

**56.** **Total of Part 9.** | | | | **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites**<br>**www.thefarmllc.com** | **$0.00** | | **$0.00** |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations**<br>**Customer email and mailing list** | **$0.00** | | **$0.00** |

Debtor    **The Farm, LLC**                                           Case number *(If known)* _____
           Name

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                          | **$0.00** |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
       ☐ No
       ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:**    **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                                                              **Current value of debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

       **Potential cause of action against Grant Phillips**                                    **$0.00**

       | Nature of claim | malpractice |
       | Amount requested | **$0.00** |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                          | **$0.00** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor   **The Farm, LLC**                                      Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $154,109.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $8,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $20,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $168,550.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $274,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $624,659.32 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $624,659.32 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Case No: 6:24-bk- |
| | Chapter 11 |
| THE FARM, LLC, | Subchapter V |
| | EIN: 46-0629913 |
| Debtor. | |

_____/

**EXHIBIT TO SCHEDULE A/B: REAL AND PERSONAL PROPERTY**
(Residential Leases)

| Lessor | Property Address | Nature of Debtor's Interest in Property | Current Value |
|---|---|---|---|
| APS Investments LLC | 33800 W Delta Road Falcon, MO 65470 | Lease | Unknown |
| AR Nicholasville Road, LLC c/o Dan M. Rose | 1918 & 1922 Nicholasville Rd Lexington, KY 40503 | Lease | Unknown |
| Ashley N. Welch & Lakside at Welch Estate LLC | 3655 & 3661 Anderson Highway Powhatan, VA 23139 | Lease | Unknown |
| Austin & Sarah Cowell | 4816 Harpeth Peytonsville Rd Thompson Station, TN 37179 | Lease | Unknown |
| Clinton W. & Lindsey Morgan | 1266 Willis Branch Road Richmond, KY 40475 | Lease | Unknown |
| Clinton W. & Lindsey Morgan | 1400 Willis Branch Road Danville, KY 40422 | Lease | Unknown |
| Collin W. or Sarah O. Brown | 11586 & 11636 Courthouse Rd Lunenburg, VA 23952 | Lease | Unknown |
| David F. May II & Cheryl May | 644 Clubhouse Drive Prestonsburg, KY 40422 | Lease | Unknown |
| Eric A. & Bessy Conway, Sr. | 2 Timberpark Court Lutherville Timonium, MD 21093 | Lease | Unknown |
| Evelio A. Perez | 601 Sycamore Street Unit 6106 Celebration, FL 34747 | Lease | Unknown |

| | | | |
|---|---|---|---|
| Fallen Heroes Preserve, LLC | 199 Rose Hill Way Bluffton, SC 29910 | Lease | Unknown |
| Peter & Yasmin Dordoy | 307 Acadia Lane Kissimmee, FL 34747 | Lease | Unknown |
| Franklin May II & Cheryl May | 232 Stonehedge Street Frankfort, KY 40601 | Lease | Unknown |
| Gary Adams & Melissa Bacon | 222 Vaughndom Way Martinsburg, WV 25404 | Lease | Unknown |
| Greg Lindberg & Dunhill Holdings, LLC & Acquired Development, LLC | 3406 & 3326 Stagecoach Road Durham, NC 27713 | Lease | Unknown |
| Gregory & Mary Karen Stumbo | 180 Ridgewood Drive Prestonsburg, KY 41653 | Lease | Unknown |
| Heirise LLC - Series A – ADK Designs | 114 N Washington Street Suite E Kaufman, TX 75142 | Lease | Unknown |
| Heirise LLC - Series C – Grand Tour | 10042 Private Road 2330 Terrell, TX 75160 | Lease | Unknown |
| Ira B. Potter | 169 Three Oaks Lane Langley, KY 41645 | Lease | Unknown |
| Roger Baskin | 4270 Long Lane Franklin, TN 37064 | Lease | Unknown |
| Ron Penna & Shannan Penna | 1601 W Potrero Road Thousand Oaks, CA 91361 | Lease | Unknown |
| Stewart Revocable Living Trust; Kendall & Grace Stewart, Trustees | 2680 Our Native Lane Lexington, KY 40510 | Lease | Unknown |
| The Sprague Family Trust Russ A. Sprague & Karissa N. Sprague, Trustees | 14746 Highway 102 Decatur, AR 72722 | Lease | Unknown |
| Waverly Design & Development, LLC | 1708 Main Street Victoria, VA 23974 | Lease | Unknown |
| Waverly Design & Development, LLC | 1500 & 1506 6th Street Victoria, VA 23974 | Lease | Unknown |

| Fill in this information to identify the case: |
|---|
| Debtor name **The Farm, LLC** |
| United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1  Ally Servicing LLC**
Creditor's Name
**PO Box 380902**
**Minneapolis, MN**
**55438-0902**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2020 Ford Transit Van**
**Vin #: 1FBAX2Y85LKA22854**

Describe the lien
**Auto Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**1137**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$36,106.33**    **$37,000.00**

---

**2.2  Ally Servicing LLC**
Creditor's Name
**PO Box 380902**
**Minneapolis, MN**
**55438-0902**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2020 Chevrolet Silverado**
**Vin #: 1GCRYAEF2LZ172775**

Describe the lien
**Auto Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**0972**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

**$34,254.90**    **$20,000.00**

Debtor  **The Farm, LLC**
　　　　Name　　　　　　　　　　　　　　　　　　　Case number *(if known)* _____

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Ally Servicing LLC** | Describe debtor's property that is subject to a lien | $32,425.74 | $25,000.00 |

**Ally Servicing LLC**
Creditor's Name

**PO Box 380902**
**Minneapolis, MN**
**55438-0902**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2018 Chevrolet Silverado**
**Vin #: 1GCVKNEC4JZ289137**

Creditor's email address, if known

Describe the lien
**Auto Loan**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3048**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **Ally Servicing LLC** | Describe debtor's property that is subject to a lien | $40,553.63 | $36,000.00 |

**Ally Servicing LLC**
Creditor's Name

**PO Box 380902**
**Minneapolis, MN**
**55438-0902**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2020 Ford Transit Wagon**
**Vin #: 1FBAX2Y89LKA43223**

Creditor's email address, if known

Describe the lien
**Auto Loan**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5836**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | **Ally Servicing, LLC** | Describe debtor's property that is subject to a lien | $68,120.46 | $80,000.00 |

**Ally Servicing, LLC**
Creditor's Name

**PO Box 380902**
**Minneapolis, MN**
**55438-0902**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2021 Cadillac Escalade**
**Vin #: 1GYS4JKT6MR394108**

Describe the lien
**Auto Loan**

Is the creditor an insider or related party?
- ■ No

---

Debtor **The Farm, LLC**
_____
Name

Case number (if known) _____

_____
Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

_____

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8362**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Bridgecrest** | Describe debtor's property that is subject to a lien | $41,084.54 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**2020 Ford Transit Van**

**PO Box 842695**
**Los Angeles, CA 90084**

_____
Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

_____

■ No

_____
Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2022**

■ No

**Last 4 digits of account number**
**5901**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **U.S. Small Business Loan** | Describe debtor's property that is subject to a lien | $662,000.00 | $143,550.00 |
|---|---|---|---|---|

Creditor's Name

**Furniture and furnishings**

**721 19th Street**
**Denver, CO 80202**

_____
Creditor's mailing address

**Describe the lien**

**UCC-1**

**Is the creditor an insider or related party?**

■ No

_____
Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2021-2023**

■ No

**Last 4 digits of account number**
**7904**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $914,545.60 |
|---|---|---|

Debtor  **The Farm, LLC**
      _____          Case number (*if known*) _____
      Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **The Farm, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Arkansas Parks and Tourism**<br>**1100 North Street**<br>**Little Rock, AR 72201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,135.00 | $4,135.00 |
| Date or dates debt was incurred<br>**4/2023 to 12/2023** | Basis for the claim:<br>**tourism tax** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Arkansas State Tax**<br>**PO Box 1000**<br>**Little Rock, AR 72203-1000** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,064.00 | $13,064.00 |
| Date or dates debt was incurred<br>**4/2023 to 12/2023** | Basis for the claim:<br>**state tax** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **The Farm, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$416.10** | **$416.10**

**Beaufort County Tax Collecto**
**100 Ribaut Rd #165**
**Beaufort, SC 29902**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:
**accommodations tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,974.00** | **$1,974.00**

**Benton County Tax**
**2401 SW D Street**
**Suite 3**
**Bentonville, AR 72712**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:
**County tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$826.00** | **$826.00**

**Berkeley County WV Room Tax**
**c/o Mark Spickler**
**PO 828**
**Martinsburg, WV 25402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/2023 to 12/2023**

Basis for the claim:
**room tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,470.00** | **$2,470.00**

**Boyle County Room Tax**
**321 W Main Street**
**Room 217**
**Danville, KY 40422**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:
**room tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | The Farm, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.7** | Priority creditor's name and mailing address
**City of Franklin TN**
**109 3rd Avenue South**
**Franklin, TN 37064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,065.00      $2,065.00

Date or dates debt was incurred
**5/2023 to 12/2023**

Basis for the claim:
**City tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address
**Commonwealth of Kentucky**
**Sales Tax**
**PO Box 181**
**Frankfort, KY 40602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$99,044.00      $99,044.00

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:
**sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address
**Durham County Room Tax**
**201 East Main Street**
**3rd Floor**
**Administrative Building II**
**Durham, NC 27701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,914.00      $11,914.00

Date or dates debt was incurred
**5/2023 to 12/2023**

Basis for the claim:
**room tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address
**Franklin County Arts Tax**
**33 Market Street**
**Apalachicola, FL 32320**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,928.00      $3,928.00

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:
**arts tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **The Farm, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.11** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,892.00** | **$5,892.00**

**Franklin County Room Tax**
**272 N. Second Street**
**Chambersburg, PA 17201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:
**room tax**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address | | **$1,233.00** | **$1,233.00**

**Franklin County TN Tax**
**1 S Jefferson Street**
**#B1**
**Winchester, TN 37398**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:
**County tax**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address | | **$250.87** | **$250.87**

**Hunt County Sales Tax**
**112 E. Main Street**
**Quinlan, TX 75474**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/2023 to 12/2023**

Basis for the claim:
**sales tax**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address | | **$0.00** | **$0.00**

**Internal Revenue Service**
**Post Office Box 7317**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2022**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **The Farm, LLC**      Case number (if known)
     Name

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,331.00 | $7,331.00 |

**Jessamine County Transient Room Tax**
**105 Court Row**
**Nicholasville, KY 40356**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:
**room tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,762.00 | $1,762.00 |

**Laclede County Missouri**
**158 N Adams Avenue**
**Lebanon, MO 65536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,269.00 | $6,269.00 |

**Missouri State Tax**
**PO Box 931000**
**Louisville, KY 40293**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,482.00 | $9,482.00 |

**North Carolina State Sales Tax**
**PO Box 25000**
**Raleigh, NC 27640**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **The Farm, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,711.00 | $2,711.00 |

**Osceola County Tax Coll**
**Tourist Tax Dept**
**PO Box 422105**
**Kissimmee, FL 34742-2105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 8/2023**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,585.00 | $9,585.00 |

**Powhatan County Tax**
**3834 Old Buckingham Road**
**Suite C**
**Powhatan, VA 23139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:
**room tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,702.00 | $1,702.00 |

**Prestonsburg Tax**
**PO Box 491**
**Frankfort, KY 40602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,596.00 | $1,596.00 |

**Pulaski County Room Tax**
**301 Route 66 East**
**Waynesville, MO 65583**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **The Farm, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $277.40 | $277.40 |
|---|---|---|---|---|

**South Carolina State**
**Accommodations Tax**
**PO Box 125**
**Columbia, SC 29214-0840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/2023 to 12/2023**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,056.00 | $20,056.00 |
|---|---|---|---|---|

**Tennessee State Tax**
**500 Deaderick Street**
**Nashville, TN 37242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Texas State Sales Tax**
**PO Box 13528**
**Austin, TX 78711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/2023**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,741.00 | $3,741.00 |
|---|---|---|---|---|

**Texas State Tax**
**IRS**
**PO Box 1214**
**Charlotte, NC 28201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

| Debtor | **The Farm, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,121.00 | $16,121.00 |
|---|---|---|---|---|

**Transient Room Tax Kentucky**
**PO Box 1303**
**Frankfort, KY 40602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,085.50 | $1,085.50 |
|---|---|---|---|---|

**Virginia Sales Tax**
**PO Box 1115**
**Richmond, VA 23218**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/2023**

Basis for the claim:
**sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,287.00 | $10,287.00 |
|---|---|---|---|---|

**Virginia State Sales Tax**
**PO Box 1115**
**Richmond, VA 23218**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $827.00 | $827.00 |
|---|---|---|---|---|

**West Virginia Municipal Sale**
**and Use Tax**
**1001 Lee Street East**
**Charleston, WV 25301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/2023 to 12/2023**

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **The Farm, LLC**                                                    Case number (if known) _____
      Name

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $827.00 | $827.00 |
|------|---|---|---|---|

| 2.31 | Priority creditor's name and mailing address<br>**West Virginia Sales Tax**<br>**1001 Lee Street East**<br>**Charleston, WV 25301** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $827.00 | $827.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**11/2023 to 12/2023** | Basis for the claim:<br>**Sales tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.32 | Priority creditor's name and mailing address<br>**Williamson City Room Tax**<br>**113 South 1st Street**<br>**Williams, AZ 86046** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,296.00 | $11,296.00 |
| | Date or dates debt was incurred<br>**4/2023 to 12/2023** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**American Express**<br>**PO Box 297871**<br>**Fort Lauderdale, FL 33329**<br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **CC**<br>Is the claim subject to offset? ■ No ☐ Yes | | $241,098.00 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**American Express**<br>**PO Box 297871**<br>**Fort Lauderdale, FL 33329**<br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **CC**<br>Is the claim subject to offset? ■ No ☐ Yes | | $1,364.00 |
| 3.3 | Nonpriority creditor's name and mailing address<br>**American Furniture Rentals**<br>**PO Box 778962**<br>**Chicago, IL 60677-8962**<br>Date(s) debt was incurred **8/2023**<br>Last 4 digits of account number **2862** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **residential furniture lease**<br>Is the claim subject to offset? ■ No ☐ Yes | | $22,379.62 |

Debtor  **The Farm, LLC**                                       Case number (if known) _____
       Name

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,240.00 |
|---|---|---|---|

**Bank of America**
**PO Box 15726**
**Wilmington, DE 19886-5726**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,823.74 |
|---|---|---|---|

**Brook Furniture Rental, Inc.**
**24997 Network Place**
**Chicago, IL 60673-1249**

Date(s) debt was incurred  **August 2023**

Last 4 digits of account number  **2862**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **residential furniture lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204,600.86 |
|---|---|---|---|

**Celtic Advance LLC**
**8 The Green**
**Suite A**
**Dover, DE 19901**

Date(s) debt was incurred  **10/13/2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149,000.00 |
|---|---|---|---|

**CloudFund LLC**
**Deltabridge**
**400 Rella Blvd Ste 165-101**
**Suffern, NY 10901**

Date(s) debt was incurred  **12/19/2023**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,471.00 |
|---|---|---|---|

**Divvy**
**13707 S 200 W Ste 100**
**Draper, UT 84020**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **0460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,649.00 |
|---|---|---|---|

**Elan Financial Service**
**PO Box 790408**
**Saint Louis, MO 63179-0408**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **9082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,752.00 |
|---|---|---|---|

**Elan Financial Service**
**PO Box 790408**
**Saint Louis, MO 63179-0408**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **5541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CC**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **The Farm, LLC**                          Case number (if known) _____
_____
Name

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,000.00** |
|---|---|---|---|

EN OD, LLC
1777 Reisterstown Rd
Pikesville, MD 21208

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,887.58** |
|---|---|---|---|

Fundbox Inc
6900 Dallas Parkway
Suite 700
Plano, TX 75024

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2022-2023**

Last 4 digits of account number  **4188**

Basis for the claim:  **Merchant Cash Adance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$211,884.64** |
|---|---|---|---|

Global Merchant Cash
d/b/a Wall Street Funding
64 Beaver Street Ste 415
New York, NY 10004

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **3/2/2023**

Last 4 digits of account number _

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120,000.00** |
|---|---|---|---|

Grant Phillips PLLC
670 Long Beach Blvd
Long Beach, NY 11561

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **legal fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,510.67** |
|---|---|---|---|

IMerchant Funding LLC
28580 Orchard Lake Rd #104
Farmington, MI 48334

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,193.00** |
|---|---|---|---|

Jeeves
924 N Magnolia Ave
Orlando, FL 32803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

Basis for the claim:  **cc**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,377.83** |
|---|---|---|---|

Lifetime Funding LLC
585 Stewart Avenue
Suite L90
Garden City, NY 11530

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The Farm, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Meged Funding Group**<br>**1 Princeton Avenue**<br>**Brick, NJ 08724**<br><br>Date(s) debt was incurred  9/29/2023<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  Merchant Cash Advance<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$80,062.50** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Parkview Advance LLC**<br>**600 Summer Street**<br>**Stamford, CT 06901**<br><br>Date(s) debt was incurred  12/2023<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  judgment<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$98,930.00** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Pinnacle Business Funding**<br>**1777 Reisterstown Road**<br>**Baltimore, MD 21209**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  Merchant Cash Advance<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$8,400.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Prescott & Fifth Capital LLC**<br>**30 N. Gould St Ste 22145**<br>**Sheridan, WY 82801**<br><br>Date(s) debt was incurred  4/25/2023<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  Merchant Cash Advance<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$120,000.00** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Quickbooks Loans**<br>**Disputed Payments**<br>**PO Box 84210**<br>**Black Hawk, SD 57718**<br><br>Date(s) debt was incurred  2023<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Loan<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$73,905.81** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Quickbooks Loans**<br>**Disputed Payments**<br>**PO Box 84210**<br>**Black Hawk, SD 57718**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Payroll<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$25,000.00** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Rapid Financial Services**<br>**4500 East West Hwy 6th Flr**<br>**Bethesda, MD 20814**<br><br>Date(s) debt was incurred  12/20/2022<br><br>Last 4 digits of account number  0839 | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim:  Merchant Cash Advance<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$105,661.00** |

Debtor   **The Farm, LLC**                                    Case number *(if known)* _____
        _____
        Name

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$577,546.00** |
|---|---|---|---|

**RE Nectar Inc**
**3423 Piedmont Rd NE**
**Atlanta, GA 30305**

Date(s) debt was incurred  **11/4/2022**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250,000.00** |
|---|---|---|---|

**Rocky Gaslin**
**63 Leavitt Road**
**Augusta, ME 04330**

Date(s) debt was incurred  **3/2/2023**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$206,000.00** |
|---|---|---|---|

**Rocky Gaslin**
**63 Leavitt Road**
**Augusta, ME 04330**

Date(s) debt was incurred  **5/19/2023**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sherman Oaks Showroom**
**15490 Ventura Blvd.**
**Suite 111**
**Sherman Oaks, CA 91403**

Date(s) debt was incurred  **7/6/2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **residential furniture lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$67,455.00** |
|---|---|---|---|

**Star Advance**
**128 32nd Street**
**Brooklyn, NY 11232**

Date(s) debt was incurred  **10/17/2023**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$282,500.00** |
|---|---|---|---|

**Syndicate Group USA**
**28-07 Jackson Avenue**
**Unit 09-110**
**Long Island City, NY 11101**

Date(s) debt was incurred  **6/9/2023**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43,000.00** |
|---|---|---|---|

**Whitestone Funding**
**aka Capital Assist LLC**
**323 Sunny Isles Blvd Ste 503**
**North Miami Beach, FL 33160**

Date(s) debt was incurred  **9/21/2023**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Farm, LLC**                                          Case number (if known) _____
     Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order** any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Anh H. Regent**<br>**Regent & Associates**<br>**500 Lovett Blvd., Ste 225**<br>**Houston, TX 77066** | Line __3.15__<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Carlos Gomez**<br>**19790 W Dixie Hwy Ste 301**<br>**Miami, FL 33180** | Line __3.17__<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 252,417.87 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,226,692.25 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,479,110.12 |

| Fill in this information to identify the case: |
| --- |

Debtor name __The Farm, LLC__

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Residential Lease - 307 Acadia Lane, Celebration, FL 34747 Ends: May 1, 2025**<br>**20 months** | **307 Acadia Lane**<br>**Kissimmee, FL 34747** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Residential Lease: 33800 W Delta Road, Falcon, MO 65470 Ends: August 25, 2027**<br>**43 months** | **APS Investments LLC**<br>**4825 NW Northwood Road**<br>**Riverside, MO 64150** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Residential Lease - 1918 & 1922 Nicholasville Road, Lexington, KY 40503 Ends: July 10, 2025**<br>**18 months** | **AR Nicholasville Road, LLC**<br>**c/o Dan M. Rose**<br>**326 South Broadway**<br>**Lexington, KY 40508** |

Debtor 1    **The Farm, LLC**                                           Case number *(if known)* _____
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease - 3655 & 3661 Anderson Highway, Powhatan, VA 23139** **Ends: November 1, 2025** | |
|---|---|---|---|
| | State the term remaining | **24 months** | **Ashley N. Welch & Lakeside @ Welch Estate LLC** |
| | List the contract number of any government contract | | **3139 Gullane Court Powhatan, VA 23139** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease: 4816 Harpeth Peytonsville Road, Thompson Station, TN 37179** **Ends: June 1, 2026** | |
|---|---|---|---|
| | State the term remaining | **41 months** | **Austin & Sarah Cowell** |
| | List the contract number of any government contract | | **2660 Sporting Hill Bridge Rd Thompsons Station, TN 37179** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease - 1266 Willis Branch Road, Richmond, KY 40475** **Ends: March 15, 2032** | |
|---|---|---|---|
| | State the term remaining | **99 months** | **Clinton W. & Lindsey Morgan** |
| | List the contract number of any government contract | | **514 America's Way PMB 17903 Box Elder, SD 57719-7600** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease - 1400 Willis Branch Road, Danville, KY 40422** **Ends: April 15, 2032** | |
|---|---|---|---|
| | State the term remaining | **100 months** | **Clinton W. & Lindsey Morgan** |
| | List the contract number of any government contract | | **514 America's Way PMB 17903 Box Elder, SD 57719-7600** |

Debtor 1  **The Farm, LLC**                              Case number (*if known*) _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease: 11586 & 11636 Courthouse Road, Lunenburg, VA 23952 Ends: December 31, 2033** | |
|---|---|---|---|
| | State the term remaining | **119 months** | |
| | List the contract number of any government contract | | **Collin W or Sarah O Brown 1716 6th Street Victoria, VA 23974** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease - 644 Clubhouse Drive, Prestonsburg, KY 40422 Ends: March 15, 2024** | |
|---|---|---|---|
| | State the term remaining | **3 months** | |
| | List the contract number of any government contract | | **David F. May II & Cheryl May P.O. Box 569 Allen, KY 41601** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease - 2 Timberpark Court Lutherville, Timonium MD 21093 Ends: November 9, 2033** | |
|---|---|---|---|
| | State the term remaining | **118 months** | |
| | List the contract number of any government contract | | **Eric A. & Bessy Conway,  Sr. 1109 Cowpens Avenue Towson, MD 21286** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Office Space Lease - 601 Sycamore Street, Unit 6106, Celebration, FL 34747 Ends: March 31, 2024** | |
|---|---|---|---|
| | State the term remaining | **15 months** | |
| | List the contract number of any government contract | | **Evelio A. Perez P.O. Box 471001 Celebration, FL 34747** |

Debtor 1  **The Farm, LLC**                                          Case number *(if known)* _____
         First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.12. State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease - 199 Rose Hill Way, Bluffton, SC 29910 Ends: November 6, 2033** |
| State the term remaining | **118 months** |
| List the contract number of any government contract | **Fallen Heroes Preserve, LLC 2701 Cook Road Woodlawn, TN 37191** |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease - 232 Stonehedge Street, Frankfort, KY Ends: July 23, 2026** |
| State the term remaining | **89 months** |
| List the contract number of any government contract | **Franklin May II & Cheryl May PO Box 569 Allen, KY 41601** |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease - 222 Vaughndom Way, Martinsburg, WV 25404 Ends: October 13, 2028** |
| State the term remaining | **57 months** |
| List the contract number of any government contract | **Gary Adams & Melissa Bacon 125 Hesketh Street Upperville, VA 20185** |
| 2.15. State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease - 3406 & 3326 Stagecoach Road, Durham, NC 27713 Ends: May 15, 2028** |
| State the term remaining | **52 months** |
| List the contract number of any government contract | **Greg Lindberg & Dunhill Holdings, LLC & Acquired Dev PO Box 159 10652 Broadland Pass Thonotosassa, FL 33592** |
| 2.16. State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease - 180 Ridgewood Drive, Prestonsburg, KY 41653 Ends: September 15, 2026** |
| State the term remaining | **33 months** |
| List the contract number of any government contract | **Gregory & Mary Karen Stumbo 2545 Pascoli Drive Danville, KY 40422** |

| Debtor 1 | **The Farm, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease - 114 N Washington Street, Suite E, Kaufman, TX 75142 Ends: May 1, 2028**

State the term remaining — **52 months**

List the contract number of any government contract

**Heirise LLC - Series A - ADK Designs
114 N. Washington Street
Suite E
Kaufman, TX 75142**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease: 10042 Private Road 2330, Terrell, TX 75160 Ends: March 1, 2028**

State the term remaining — **50 months**

List the contract number of any government contract

**Heirise LLC - Series C - Grand Tour
114 N. Washington Street
Suite E
Kaufman, TX 75142**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease - 169 Three Oaks Lane, Langley, KY 41645 Ends: February 15, 2025**

State the term remaining — **12 months**

List the contract number of any government contract

**Ira B. Potter
& Patricia Johnson T. Potter
PO Box 190
Lackey, KY 41643**

---

**2.20.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease - 4270 Long Lane, Franklin, TN 37064 Ends: July 15, 2026**

State the term remaining — **19 months**

List the contract number of any government contract

**Roger Baskin
1612 Westgate Circle
Suite 117
Brentwood, TN 37027**

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease - 1601 W Potrero Road, Thousand Oaks, CA 91361 Ends: June 15, 2028**

State the term remaining — **53 months**

List the contract number of any government contract

**Ron Penna & Shannan Penna
230 N. Carmelina Avenue
Los Angeles, CA 90049**

---

Debtor 1 __The Farm, LLC__ _____ Case number (*if known*) _____
    First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Residential Lease - 2680 Our Native Lane, Lexington, KY 40510 Ends: March 10, 2024 3 months** |
| | **Stewart Revoc. Living Trust Kendall & Grace Stewart, Tru 2653 Our Native Lane Lexington, KY 40510** |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Residential Lease: 14746 Highway 102, Decatur, AR 72722 Ends: June 23, 2032 107 months** |
| | **The Sprague Family Trust Russ A. Sprague & Karisa N. Sprague, Trustee 1435 Le Chesnay Drive Centerton, AR 72719** |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Residential Lease: 1708 Main Street, Victoria, VA 23974 Ends: November 20, 2033 117 months** |
| | **Waverly Design & Development 1716 6th Street Victoria, VA 23974** |
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Residential Lease: 1500 & 1506 6th Street, Victoria, VA 23974 Ends: November 20, 2033 117 months** |
| | **Waverly Design & Development 1716 6th Street Victoria, VA 23974** |

**Fill in this information to identify the case:**

Debtor name __**The Farm, LLC**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Angela Martin** | **601 Sycamore St #6106**<br>**Kissimmee, FL 34747** | **RE Nectar Inc** | ☐ D _____<br>■ E/F __3.25__<br>☐ G _____ |
| 2.2 | **Jacob Lee Martin** | **601 Sycamore St #6106**<br>**Kissimmee, FL 34747** | **IMerchant Funding LLC** | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.3 | **Jacob Lee Martin** | **601 Sycamore St #6106**<br>**Kissimmee, FL 34747** | **Meged Funding Group** | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |
| 2.4 | **Jacob Lee Martin** | **601 Sycamore St #6106**<br>**Kissimmee, FL 34747** | **Star Advance** | ☐ D _____<br>■ E/F __3.29__<br>☐ G _____ |
| 2.5 | **Jacob Lee Martin** | **601 Sycamore St #6106**<br>**Kissimmee, FL 34747** | **Syndicate Group USA** | ☐ D _____<br>■ E/F __3.30__<br>☐ G _____ |

Debtor **The Farm, LLC** _____   Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Jacob Lee Martin** | **601 Sycamore St #6106**<br>**Kissimmee, FL 34747** | **Global Merchant Cash** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.7 | **Jacob Lee Martin** | **601 Sycamore St #6106**<br>**Kissimmee, FL 34747** | **Rocky Gaslin** | ☐ D _____<br>■ E/F __3.26__<br>☐ G _____ |
| 2.8 | **Jacob Lee Martin** | **601 Sycamore St #6106**<br>**Kissimmee, FL 34747** | **RE Nectar Inc** | ☐ D _____<br>■ E/F __3.25__<br>☐ G _____ |
| 2.9 | **Jacob Lee Martin** | **601 Sycamore St #6106**<br>**Kissimmee, FL 34747** | **Rocky Gaslin** | ☐ D _____<br>■ E/F __3.27__<br>☐ G _____ |
| 2.10 | **Jacob Lee Martin** | **601 Sycamore St #6106**<br>**Kissimmee, FL 34747** | **Celtic Advance LLC** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.11 | **Katie Martin Loane** | **601 Sycamore St #6106**<br>**Kissimmee, FL 34747** | **IMerchant Funding LLC** | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.12 | **Katie Martin Loane** | **601 Sycamore St #6106**<br>**Kissimmee, FL 34747** | **Pinnacle Business Funding** | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.13 | **Katie Martin Loane** | **601 Sycamore St #6106**<br>**Kissimmee, FL 34747** | **Lifetime Funding LLC** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |

Debtor __**The Farm, LLC**_____   Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 **Katie Martin Loane** | 601 Sycamore St #6106 Kissimmee, FL 34747 | **EN OD, LLC** | ☐ D _____ ▮ E/F __3.11__ ☐ G _____ |
| 2.15 **Katie Martin Loane** | 601 Sycamore St #6106 Kissimmee, FL 34747 | **Meged Funding Group** | ☐ D _____ ▮ E/F __3.18__ ☐ G _____ |
| 2.16 **Katie Martin Loane** | 601 Sycamore St #6106 Kissimmee, FL 34747 | **Rapid Financial Services** | ☐ D _____ ▮ E/F __3.24__ ☐ G _____ |
| 2.17 **Katie Martin Loane** | 601 Sycamore St #6106 Kissimmee, FL 34747 | **Star Advance** | ☐ D _____ ▮ E/F __3.29__ ☐ G _____ |
| 2.18 **Katie Martin Loane** | 601 Sycamore St #6106 Kissimmee, FL 34747 | **Syndicate Group USA** | ☐ D _____ ▮ E/F __3.30__ ☐ G _____ |
| 2.19 **Katie Martin Loane** | 601 Sycamore St #6106 Kissimmee, FL 34747 | **Global Merchant Cash** | ☐ D _____ ▮ E/F __3.13__ ☐ G _____ |
| 2.20 **Katie Martin Loane** | 601 Sycamore St #6106 Kissimmee, FL 34747 | **Whitestone Funding** | ☐ D _____ ▮ E/F __3.31__ ☐ G _____ |
| 2.21 **Katie Martin Loane** | 601 Sycamore St #6106 Kissimmee, FL 34747 | **Prescott & Fifth Capital LLC** | ☐ D _____ ▮ E/F __3.21__ ☐ G _____ |

| Debtor | **The Farm, LLC** | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor** | Column 2: **Creditor**

| 2.22 | **Katie Martin Loane** | **601 Sycamore St #6106 Kissimmee, FL 34747** | **Rocky Gaslin** | ☐ D _____ ■ E/F **3.26** ☐ G _____ |
|---|---|---|---|---|
| 2.23 | **Katie Martin Loane** | **601 Sycamore St #6106 Kissimmee, FL 34747** | **RE Nectar Inc** | ☐ D _____ ■ E/F **3.25** ☐ G _____ |
| 2.24 | **Katie Martin Loane** | **601 Sycamore St #6106 Kissimmee, FL 34747** | **Rocky Gaslin** | ☐ D _____ ■ E/F **3.27** ☐ G _____ |
| 2.25 | **Katie Martin Loane** | **601 Sycamore St #6106 Kissimmee, FL 34747** | **Celtic Advance LLC** | ☐ D _____ ■ E/F **3.6** ☐ G _____ |
| 2.26 | **Katie Martin Loane** | **601 Sycamore St #6106 Kissimmee, FL 34747** | **CloudFund LLC** | ☐ D _____ ■ E/F **3.7** ☐ G _____ |
| 2.27 | **Kittydog Inc.** | **601 Sycamore St #6106 Kissimmee, FL 34747** | **Pinnacle Business Funding** | ☐ D _____ ■ E/F **3.20** ☐ G _____ |
| 2.28 | **Kittydog Inc.** | **601 Sycamore St #6106 Kissimmee, FL 34747** | **EN OD, LLC** | ☐ D _____ ■ E/F **3.11** ☐ G _____ |
| 2.29 | **Kittydog Inc.** | **601 Sycamore St #6106 Kissimmee, FL 34747** | **RE Nectar Inc** | ☐ D _____ ■ E/F **3.25** ☐ G _____ |

Debtor    **The Farm, LLC**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

**Fill in this information to identify the case:**

Debtor name  **The Farm, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$453,479.96** |
| **For prior year:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$11,138,563.00** |
| **For year before that:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$6,133,420.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

| Debtor | **The Farm, LLC** | | Case number *(if known)* | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Whitestone Funding**<br>**aka Capital Assist LLC**<br>**323 Sunny Isles Blvd Ste 503**<br>**North Miami Beach, FL 33160** | **10/25/2023 -**<br>**1/25/2024** | **$13,850.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.2. **Syndicate Group USA**<br>**28-07 Jackson Avenue**<br>**Unit 09-110**<br>**Long Island City, NY 11101** | **10/25/2023 -**<br>**1/25/2024** | **$45,400.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **EN OD, LLC**<br>**1777 Reisterstown Rd**<br>**Pikesville, MD 21208** | **10/25/2023 -**<br>**1/25/2024** | **$35,075.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Parkview Advance LLC**<br>**600 Summer Street**<br>**Stamford, CT 06901** | **10/25/2023 -**<br>**1/25/2024** | **$45,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Meged Funding Group**<br>**1 Princeton Avenue**<br>**Brick, NJ 08724** | **10/25/2023 -**<br>**1/25/2024** | **$23,889.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Elan Financial Service**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408** | **10/25/2023 -**<br>**1/25/2024** | **$13,734.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **RE Nectar Inc**<br>**3423 Piedmont Rd NE**<br>**Atlanta, GA 30305** | **10/25/2023 -**<br>**1/25/2024** | **$16,506.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Star Advance**<br>**128 32nd Street**<br>**Brooklyn, NY 11232** | **10/25/2023 -**<br>**1/25/2024** | **$52,100.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **The Farm, LLC**    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **IMerchant Funding LLC**<br>**28580 Orchard Lake Rd #104**<br>**Farmington, MI 48334** | 10/25/2023 -<br>1/25/2024 | $9,162.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **World Pay**<br>**323 Riverside Avenue**<br>**Jacksonville, FL 32202** | **Holding $145,083.00 less fees of $25,000 for risk review**<br>Last 4 digits of account number: ___1434___ | 12/2023 | $145,083.00 |

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **IMerchant Funding LLC vs. Farm LLC** | **Contract indebtedness** | **Supreme Court of the State of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Grant Phillips vs. Farm LLC**<br>**522381/2023** | **Contract dispute** | **Kings County New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **The Farm, LLC**                                                   Case number *(if known)* _____

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **Parkview Advance LLC vs. Farm, LLC** **552381-2023** | **Contract Indebtedness** | **Supreme Court Kings County** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | | | ☐ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Kawasaki Mule** | | **1/24/2024** | **$10,000.00** |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **The Farm, LLC**                                          Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **BransonLaw, PLLC** **1501 E. Concord Street** **Orlando, FL 32803** | **Attorney Fees** | **January 02, 2024** **January 22, 2024** **January 24, 2024** | **$39,524.00** |

Email or website address
**jeff@bransonlaw.com**

Who made the payment, if not debtor?

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **450 Waterworks Road** **Danville, KY 40422** | **not occupied-mailing only** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Debtor   **The Farm, LLC** _____   Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Community Trust Bank, Inc. PO Box 2947 Pikeville, KY 41502-2947** | **XXXX-6729** | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **December 18, 2023** | $274.53 |
| 18.2. | **Community Trust Bank, Inc. PO Box 2947 Pikeville, KY 41502-2947** | **XXXX-6307** | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **December 18, 2023** | $18.90 |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

| Debtor | **The Farm, LLC** | Case number *(if known)* | |
|---|---|---|---|

not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

  ■ No.
  ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
  List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

  ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
  26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
      ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Switzer, McGaughey & King<br>811 Corporate Dr Ste 303<br>Lexington, KY 40503** | **2012 - Present** |

Debtor  **The Farm, LLC**                                         Case number *(if known)* _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Switzer, McGaughey & King**<br>**811 Corporate Dr Ste 303**<br>**Lexington, KY 40503** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Katie Martin Loane | 601 Sycamore Street # 6106<br>Kissimmee, FL 34747 | CFO | 80% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jacob Lee Martin | 601 Sycamore Street #6106<br>Kissimmee, FL 34747 | CEO | 10% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Angela Martin | 601 Sycamore Street # 6106<br>Kissimmee, FL 34747 | COO | 10% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **The Farm, LLC**                                    Case number *(if known)*

☐  No
■  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Angela Martin**<br>**601 Sycamore St #6106**<br>**Kissimmee, FL 34747** | **$230,000.00** | **1/2023 -**<br>**1/2024** | **earnings** |
| | **Relationship to debtor**<br>**COO** | | | |
| 30.2. | **Angela Martin**<br>**601 Sycamore St #6106**<br>**Kissimmee, FL 34747** | **$28,800.00** | **1/2023 -**<br>**1/2024** | **health insurance** |
| | **Relationship to debtor**<br>**COO** | | | |
| 30.3. | **Jacob Lee Martin**<br>**601 Sycamore St #6106**<br>**Kissimmee, FL 34747** | **$245,000.00** | **1/2023 -**<br>**1/2024** | **earnings** |
| | **Relationship to debtor**<br>**CEO** | | | |
| 30.4. | **Jacob Lee Martin**<br>**601 Sycamore St #6106**<br>**Kissimmee, FL 34747** | **$18,000.00** | **1/2023 -**<br>**1/2024** | **health insurance** |
| | **Relationship to debtor**<br>**CEO** | | | |
| 30.5. | **Katie Martin Loane**<br>**601 Sycamore St #6106**<br>**Kissimmee, FL 34747** | **$215,000.00** | **1/2023 -**<br>**1/2024** | **earnings** |
| | **Relationship to debtor**<br>**CFO** | | | |
| 30.6. | **Katie Martin Loane**<br>**601 Sycamore St #6106**<br>**Kissimmee, FL 34747** | **$7,200.00** | **1/2023 -**<br>**1/2024** | **health insurance** |
| | **Relationship to debtor**<br>**CFO** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■  No
☐  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **The Farm, LLC**                                    Case number *(if known)*

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 25, 2024**

**/s/ Katie Martin Loane**                          **Katie Martin Loane**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **CFO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

## United States Bankruptcy Court
### Middle District of Florida

In re   **The Farm, LLC** _____   Case No. _____
                          Debtor(s)              Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CFO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 25, 2024** _____   Signature **/s/ Katie Martin Loane** _____

                                                            **Katie Martin Loane**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of Florida**

In re    **The Farm, LLC**                                             Case No. _____

                                        Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 25, 2024**                    **/s/ Katie Martin Loane**
                                                **Katie Martin Loane**/CFO
                                                Signer/Title

.

The Farm, LLC
601 Sycamore Street Unit 6106
Kissimmee, FL 34747

APS Investments LLC
4825 NW Northwood Road
Riverside, MO 64150

Berkeley County WV Room Tax
c/o Mark Spickler
PO 828
Martinsburg, WV 25402

Jeffrey S. Ainsworth
BransonLaw, PLLC
1501 E. Concord Street
Orlando, FL 32803

AR Nicholasville Road, LLC
c/o Dan M. Rose
326 South Broadway
Lexington, KY 40508

Boyle County Room Tax
321 W Main Street
Room 217
Danville, KY 40422

307 Acadia Lane
Kissimmee, FL 34747

Arkansas Parks and Tourism
1100 North Street
Little Rock, AR 72201

Bridgecrest
PO Box 842695
Los Angeles, CA 90084

Ally Servicing LLC
PO Box 380902
Minneapolis, MN 55438-0902

Arkansas State Tax
PO Box 1000
Little Rock, AR 72203-1000

Brook Furniture Rental, Inc.
24997 Network Place
Chicago, IL 60673-1249

Ally Servicing, LLC
PO Box 380902
Minneapolis, MN 55438-0902

Ashley N. Welch & Lakeside @
Welch Estate LLC
3139 Gullane Court
Powhatan, VA 23139

Carlos Gomez
19790 W Dixie Hwy Ste 301
Miami, FL 33180

American Express
PO Box 297871
Fort Lauderdale, FL 33329

Austin & Sarah Cowell
2660 Sporting Hill Bridge Rd
Thompsons Station, TN 37179

Celtic Advance LLC
8 The Green
Suite A
Dover, DE 19901

American Furniture Rentals
PO Box 778962
Chicago, IL 60677-8962

Bank of America
PO Box 15726
Wilmington, DE 19886-5726

City of Franklin TN
109 3rd Avenue South
Franklin, TN 37064

Angela Martin
601 Sycamore St #6106
Kissimmee, FL 34747

Beaufort County Tax Collecto
100 Ribaut Rd #165
Beaufort, SC 29902

Clinton W. & Lindsey Morgan
514 America's Way
PMB 17903
Box Elder, SD 57719-7600

Anh H. Regent
Regent & Associates
500 Lovett Blvd., Ste 225
Houston, TX 77066

Benton County Tax
2401 SW D Street
Suite 3
Bentonville, AR 72712

CloudFund LLC
Deltabridge
400 Rella Blvd Ste 165-101
Suffern, NY 10901

Collin W or Sarah O Brown
1716 6th Street
Victoria, VA 23974

Commonwealth of Kentucky
Sales Tax
PO Box 181
Frankfort, KY 40602

David F. May II & Cheryl May
P.O. Box 569
Allen, KY 41601

Divvy
13707 S 200 W Ste 100
Draper, UT 84020

Durham County Room Tax
201 East Main Street
3rd Floor
Administrative Building II
Durham, NC 27701

Elan Financial Service
PO Box 790408
Saint Louis, MO 63179-0408

EN OD, LLC
1777 Reisterstown Rd
Pikesville, MD 21208

Eric A. & Bessy Conway, Sr.
1109 Cowpens Avenue
Towson, MD 21286

Evelio A. Perez
P.O. Box 471001
Celebration, FL 34747

Fallen Heroes Preserve, LLC
2701 Cook Road
Woodlawn, TN 37191

Franklin County Arts Tax
33 Market Street
Apalachicola, FL 32320

Franklin County Room Tax
272 N. Second Street
Chambersburg, PA 17201

Franklin County TN Tax
1 S Jefferson Street
#B1
Winchester, TN 37398

Franklin May II & Cheryl May
PO Box 569
Allen, KY 41601

Fundbox Inc
6900 Dallas Parkway
Suite 700
Plano, TX 75024

Gary Adams & Melissa Bacon
125 Hesketh Street
Upperville, VA 20185

Global Merchant Cash
d/b/a Wall Street Funding
64 Beaver Street Ste 415
New York, NY 10004

Grant Phillips PLLC
670 Long Beach Blvd
Long Beach, NY 11561

Greg Lindberg & Dunhill
Holdings, LLC & Acquired Dev
PO Box 159
10652 Broadland Pass
Thonotosassa, FL 33592

Gregory & Mary Karen Stumbo
2545 Pascoli Drive
Danville, KY 40422

Heirise LLC - Series A -
ADK Designs
114 N. Washington Street
Suite E
Kaufman, TX 75142

Heirise LLC - Series C -
Grand Tour
114 N. Washington Street
Suite E
Kaufman, TX 75142

Hunt County Sales Tax
112 E. Main Street
Quinlan, TX 75474

IMerchant Funding LLC
28580 Orchard Lake Rd #104
Farmington, MI 48334

Internal Revenue Service
Post Office Box 7317
Philadelphia, PA 19101

Ira B. Potter
& Patricia Johnson T. Potter
PO Box 190
Lackey, KY 41643

Jacob Lee Martin
601 Sycamore St #6106
Kissimmee, FL 34747

Jeeves
924 N Magnolia Ave
Orlando, FL 32803

Osceola County Tax Coll
Tourist Tax Dept
PO Box 422105
Kissimmee, FL 34742-2105

RE Nectar Inc
3423 Piedmont Rd NE
Atlanta, GA 30305

Jessamine County Transient
Room Tax
105 Court Row
Nicholasville, KY 40356

Parkview Advance LLC
600 Summer Street
Stamford, CT 06901

Rocky Gaslin
63 Leavitt Road
Augusta, ME 04330

Katie Martin Loane
601 Sycamore St #6106
Kissimmee, FL 34747

Pinnacle Business Funding
1777 Reisterstown Road
Baltimore, MD 21209

Roger Baskin
1612 Westgate Circle
Suite 117
Brentwood, TN 37027

Kittydog Inc.
601 Sycamore St #6106
Kissimmee, FL 34747

Powhatan County Room Tax
3834 Old Buckingham Road
Suite C
Powhatan, VA 23139

Ron Penna & Shannan Penna
230 N. Carmelina Avenue
Los Angeles, CA 90049

Laclede County Missouri
158 N Adams Avenue
Lebanon, MO 65536

Prescott & Fifth Capital LLC
30 N. Gould St Ste 22145
Sheridan, WY 82801

Sherman Oaks Showroom
15490 Ventura Blvd.
Suite 111
Sherman Oaks, CA 91403

Lifetime Funding LLC
585 Stewart Avenue
Suite L90
Garden City, NY 11530

Prestonsburg Tax
PO Box 491
Frankfort, KY 40602

South Carolina State
Accommodations Tax
PO Box 125
Columbia, SC 29214-0840

Meged Funding Group
1 Princeton Avenue
Brick, NJ 08724

Pulaski County Room Tax
301 Route 66 East
Waynesville, MO 65583

Star Advance
128 32nd Street
Brooklyn, NY 11232

Missouri State Tax
PO Box 931000
Louisville, KY 40293

Quickbooks Loans
Disputed Payments
PO Box 84210
Black Hawk, SD 57718

Stewart Revoc. Living Trust
Kendall & Grace Stewart, Tru
2653 Our Native Lane
Lexington, KY 40510

North Carolina State Sales
Tax
PO Box 25000
Raleigh, NC 27640

Rapid Financial Services
4500 East West Hwy 6th Flr
Bethesda, MD 20814

Syndicate Group USA
28-07 Jackson Avenue
Unit 09-110
Long Island City, NY 11101

Tennessee State Tax
500 Deaderick Street
Nashville, TN 37242

West Virginia Municipal Sale
and Use Tax
1001 Lee Street East
Charleston, WV 25301

Texas State Sales Tax
PO Box 13528
Austin, TX 78711

West Virginia Sales Tax
1001 Lee Street East
Charleston, WV 25301

Texas State Tax
IRS
PO Box 1214
Charlotte, NC 28201

Whitestone Funding
aka Capital Assist LLC
323 Sunny Isles Blvd Ste 503
North Miami Beach, FL 33160

The Sprague Family Trust
Russ A. Sprague
& Karisa N. Sprague, Trustee
1435 Le Chesnay Drive
Centerton, AR 72719

Williamson City Room Tax
113 South 1st Street
Williams, AZ 86046

Transient Room Tax Kentucky
PO Box 1303
Frankfort, KY 40602

U.S. Small Business Loan
721 19th Street
Denver, CO 80202

Virginia Sales Tax
PO Box 1115
Richmond, VA 23218

Virginia State Sales Tax
PO Box 1115
Richmond, VA 23218

Waverly Design & Development
1716 6th Street
Victoria, VA 23974