**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

THE FARM, LLC                                        CASE NO.: 6:24-BK-00362-LVV

                                                                 CHAPTER- 11

           Debtor.

_____/

## MOTION FOR ADEQUATE PROTECTION PAYMENTS OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 W. Washington Street, Suite 5100, Orlando, FL 32801 [and, if the moving party is not represented by an attorney, mail a copy to the moving party at 3476 Stateview Blvd, Fort Mill, SC 29715] within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

COMES NOW Ally Bank ("Movant"), by and through their undersigned counsel, Orlans PC, and seeks, pursuant to 11 U.S.C. §362(d), adequate protection payments or in the alternative relief from the automatic stay, and states:

1. On May 16, 2022, Debtor The Farm, LLC and the Co- Debtor Katie Martin Loane executed a Retail Installment Sales Contract (the "Contract") for the purchase of the personal

property described as follows: 2020 Ford Transit Extended Passenger Van T-350 XLT Low Roof 3.5L V6; VIN: 1FBAX2Y89LKA43223 ("Vehicle").

2. Movant is the lienholder on the Title to the Vehicle. Copies of the Contract and Title are attached hereto as Composite Exhibit "A."

3. As of the filing of the Motion, the Debtor owes a contract balance to Movant of $42,072.79.

4. The Contract is in default. The total arrears are in the amount of $4,684.61, which includes pre- petition arrears in the amount of $988.93 and post- petition arrears in the amount of $3,695.68. The last payment was received on December 29, 2023. A copy of the payment history is attached as Composite Exhibit "A".

5. According to the N.A.D.A., the adjusted retail value of the Vehicle is $38,750.00. A true and correct copy of the N.A.D.A. record is attached hereto as Composite Exhibit "A".

6. It would be inequitable to allow the Vehicle to remain property of the estate, as there is no equity above the total indebtedness.

7. If Movant is not permitted to enforce its lien, it will suffer irreparable injury, loss, and damage.

**WHEREFORE**, Movant, respectfully requests the Court enter an order:

a. terminating the automatic stay.
b. permitting Movant to take any and all steps necessary to exercise any and all rights it may have in the Vehicle; and
c. in the event the Court fails to terminate the automatic stay, Movant asks the Court to enter an order adequately protecting Movant's interest in the Collateral
d. granting such other relief that the Court may deem just and proper.

Respectfully Submitted,

Date: May 17, 2024        /s/ Matthew L. Schulis, Esq.
                          Jessica R. Morris, 88785

Matthew Schulis, 57116  
Orlans PC  
Attorneys for Ally Bank  
621 S. Federal Highway, Suite 10  
Fort Lauderdale, FL 33301  
(561) 576-6893  
Email: jmorris@orlans.com  
mschulis@orlans.com  
File No.: 24-004589

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, and any applicable exhibits attached thereto, has been served electronically, or routed for service by U.S. Mail to the following:

| | |
|---|---|
| The Farm, LLC<br>601 Sycamore Street Unit 6106<br>Kissimmee, FL 34747 | Cole Branson<br>Branson Law<br>1501 E Concord St<br>Orlando, FL 32803<br>cole@bransonlaw.com |
| L. Todd Budgen<br>Budgen Law<br>Post Office Box 520546<br>Longwood, FL 32752<br>Todd@c11Trustee.com | United States Trustee - ORL<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801<br>USTP.Region21.OR.ECF@usdoj.gov |
| Katie Martin Loane<br>601 Sycamore St #6106<br>Kissimmee, FL 34747 | |

## TWENTY LARGEST CREDITORS

| | |
|---|---|
| American Express<br>PO Box 297871<br>Fort Lauderdale, FL 33329 | Celtic Advance LLC<br>8 The Green<br>Suite A<br>Dover, DE 19901 |
| CloudFund LLC<br>Deltabridge<br>400 Rella Blvd Ste<br>165-101<br>Suffern, NY 10901 | Commonwealth of Kentucky<br>Sales Tax<br>PO Box 181<br>Frankfort, KY 40602 |
| EN OD, LLC<br>1777 Reisterstown Rd<br>Pikesville, MD 21208 | Global Merchant Cash<br>d/b/a Wall Street Funding<br>64 Beaver Street Ste 415<br>New York, NY 10004 |
| Grant Phillips PLLC<br>670 Long Beach Blvd<br>Long Beach, NY 11561 | IMerchant Funding LLC<br>28580 Orchard Lake<br>Rd #104<br>Farmington, MI 48334 |
| Jeeves<br>924 N Magnolia Ave<br>Orlando, FL 32803 | Meged Funding Group<br>1 Princeton Avenue<br>Brick, NJ 08724 |

| Parkview Advance LLC<br>600 Summer Street<br>Stamford, CT 06901 | Prescott & Fifth Capital LLC<br>30 N. Gould St Ste 22145<br>Sheridan, WY 82801 |
|---|---|
| Quickbooks Loans<br>Disputed Payments<br>PO Box 84210<br>Black Hawk, SD 57718 | Rapid Financial Services<br>4500 East West Hwy<br>6th Flr<br>Bethesda, MD 20814 |
| RE Nectar Inc<br>3423 Piedmont Rd NE<br>Atlanta, GA 30305 | Rocky Gaslin<br>63 Leavitt Road<br>Augusta, ME 04330 |
| Star Advance<br>128 32nd Street<br>Brooklyn, NY 11232 | Syndicate Group USA<br>28-07 Jackson Avenue<br>Unit 09-110<br>Long Island City, NY 11101 |
| U.S. Small Business Loan<br>721 19th Street<br>Denver, CO 80202 | |

Respectfully Submitted,

Date:  May 17, 2024

 /s/ Matthew L. Schulis, Esq.
Jessica R. Morris, 88785
Matthew Schulis, 57116
Orlans PC
Attorneys for Ally Bank
621 S. Federal Highway, Suite 10
Fort Lauderdale, FL 33301
(561) 576-6893
Email: jmorris@orlans.com
mschulis@orlans.com
File No.: 24-004589