UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

THE FARM, LLC,

    Debtor.
_____/

Case No. 6:24-bk-00362-LVV
Chapter 11
Subchapter V
EIN: 46-0629913

## DEBTOR'S STATUS REPORT

**COMES NOW,** THE FARM, LLC, (the "Debtor") by and through its undersigned counsel, and hereby submits this Status Report pursuant to the Court's *Second Amended Order Scheduling Deadlines and Trial on Contested Matter* [Doc No. 326]. Attached is a comprehensive list categorizing the status of the Debtor's executory contracts and leased properties.

### EXECUTORY CONTRACT CHART

| Property/Landlord | Treatment | Status |
|---|---|---|
| 3655 & 3661 Anderson Highway Powhatan, VA 23139 (Ashley Welch & Welch Estates) | Reject<br><br>Uncontested | POC 36<br>· Landlord's Mtn. to Compel Treatment of Lease – Doc. 160 – GRANTED<br>· D's Motion to Assume Lease – Doc. 244<br>· Emrg. Mtn. by Creditor for Relief – Doc. 254 |
| 222 Vaughndom Way Martinsburg, WV 25404 (Gary Adams & Melissa Bacon) | Reject<br><br>Pending Settlement | POC 82<br>· D's Emerg. Mtn. for Turnover – Doc. 97<br>· Prelim. Order Granting – Doc. 106<br>· D's Motion to Assume Lease – Doc. 243 |

| | | |
|---|---|---|
| | | · Opposition & Objections to Mtn. – Doc. 334<br>· Motion for Prospective Relief from Stay – Doc. 336<br>· Witness List by Landlord – Doc. 360<br>· Proposed Agreed Order being Circulated |
| **1400 Willis Branch Road Danville, KY 40422**<br>(Clinton & Lindsey Morgan) | **Assume**<br>**Pending Settlement** | POC 31<br>· D's Motion to Assume Lease – Doc. 133<br>· Limited Objection by Morgan – Doc. 201<br>· Supplemental Objection by Morgan – Doc. 239 |
| **1601 W Potrero Road Thousand Oaks, CA 91361**<br>(Ron & Shannan Penna) | **Assume**<br>**Pending Settlement** | POC 38<br>· Landlord's Mtn. to Compel Treatment of Lease – Doc. 77 – (Granted Order Doc. 249)<br>· Landlord's Motion for Relief – Doc. 78 (Granted in Part by Doc. 191 and 270)<br>· D's Motion to Assume Lease – Doc. 247 |
| **450 Waterworks Road Danville, KY 40422**<br>(Roy & Angela Martin) | **Assume**<br>**Uncontested** | · D's Motion to Assume Lease – Doc. 134 |
| **2680 Our Native Lane Lexington, KY 40510**<br>(Stewart Revoc. Living Trust) | **Assume**<br>**Uncontested** | · D's Mtn. to Assume Lease – Doc. 135 |
| **601 Sycamore Street Unit 6106** | **Assume** | · D's Motion to Assume Lease – Doc. 137 |

2

| Address | Status | Documents |
|---|---|---|
| Celebration, FL 34747 (Evelio A. Perez) | Uncontested | |
| 307 Acadia Lane Celebration, FL 34747 (Peter & Yasmin Dordoy) | Assume Uncontested | · D's Motion to Assume Lease – Doc. 138 |
| 14746 Highway 102 Decatur, AR 72722 (The Sprague Family Trust) | Reject Uncontested | POC 24<br>· D's Motion to Reject Lease – Doc. No 252<br>Order Granting Motion To Reject – Doc. No. 285 |
| 114 N Washington - EQUIPMENT LEASE (Heirise LLC Series A) | Reject Uncontested | · D's Motion to Assume – Doc. 72<br>· Order G Mtn. for Turnover by Debtor of Property – Doc. 143<br>· Landlord's Response filed – Doc. 202<br>· Supplemental to Response in Opposition – Doc. 256<br>· Agreed Order Denying Debtor's Motions To Assume Leases With Heirise [D.E. 72, 73 & 74], Denying Heirise's Expedited Motion To Compel Compliance With Texas Fire Marshal's Directives [D.E 301] And Denying Debtor's Motion For Turnover Of Property [D.E 302] Doc No. 356 |
| 114 N Washington Street, Suite F Kaufman, TX 75142 (Heirise LLC Series A) | Reject Uncontested | · D's Motion to Assume – Doc. 73<br>· Landlord's Response filed – Doc. 203<br>· Agreed Order Denying Debtor's Motions To Assume Leases With Heirise [D.E. 72, 73 & 74], Denying Heirise's Expedited Motion To Compel Compliance |

| | | |
|---|---|---|
| | | With Texas Fire Marshal's Directives [D.E 301] And Denying Debtor's Motion For Turnover Of Property [D.E 302] Doc No. 356 |
| **10042 Private Road 2330 Terrell, TX 75160** (Heirise LLC Series C) | **Reject** **Uncontested** | POC 39<br>· D's Motion to Assume – Doc. 74<br>· Landlord's Response to D's Motion to Assume – Doc. 204<br>· Agreed Order Denying Debtor's Motions To Assume Leases With Heirise [D.E. 72, 73 & 74], Denying Heirise's Expedited Motion To Compel Compliance With Texas Fire Marshal's Directives [D.E 301] And Denying Debtor's Motion For Turnover Of Property [D.E 302] Doc No. 356 |
| **180 Ridgewood Drive Prestonsburg, KY 41653** (Gregory & Mary Stumbo) | **Reject** **Uncontested** | POC 42<br>· ~~D's Motion to Reject Lease – Doc. 155~~ W/D<br>· Objection to D's Mtn. to Reject Lease – Doc. 207<br>· Mtn. to Assume Lease – Doc. 241<br>· Notice of WD of Rejecting Doc. 155 – Doc. 242<br>· Limited Objection to Mtn. to Assume – Doc. 260 |
| **4270 Long Lane Franklin, TN 37064** (Roger Baskin) | **Assume** **Uncontested** | POC 15<br>· Motion for Relief from Stay – Doc. 141 (Order Denying Doc. 219)<br>· Motion for Payment of Post Petition Rent – Doc. 142<br>· Memo of Law by Landlord – Doc. 192<br>· D's Motion to Assume Lease – Doc. 245<br>· Agreed Order Granting Debtor's Motion To Assume to be submitted before the hearing. |
| | **Reject** | · D's Motion to Reject Lease – Doc. 246 |

4

| Address | Status | Notes |
|---|---|---|
| 169 Three Oaks Lane Langley, KY 41645 (Ira B. Potter) | Uncontested | |
| 3406 & 3326 Stagecoach Road Durham, NC 27713 (Greg Lindberg & Dunhill Holdings) | Reject Uncontested | POC 61<br>· Landlord's Mtn. to Compel Treatment of Lease – Doc. 165 – GRANTED in part Agreed Order by Van Horn/Ainsworth · Agreed Order has been Drafted<br>· D's Motion to Assume Lease – Doc. 248<br>· Agreed Order Rejecting Unexpired Lease Doc No. 353 |
| 644 Clubhouse Drive Prestonsburg, KY 40422 (David & Cheryl May) | Reject Uncontested | · D's Motion to Reject Lease – Doc. 250 |
| 232 Stonehedge Street Frankfort, KY (David Franklin & Cheryl May) | Reject Uncontested. | · D's Motion to Reject Lease – Doc. 251 |
| 2 Timberpark Court Lutherville Timonium, MD 21093 (Eric and Bessie E Conway) | Rejected | Motion To Reject Unexpired Lease Of Residential Real Property With Eric A Conway Sr. And Bessie E Conway – Doc. No. 136<br>Order Granting Motion To Reject – Doc No. 274 |
| 11586 & 11636 Courthouse Road Lunenburg, VA 23952 | Rejected | Doc No. 212 - Debtor's First Amended Motion to Reject |

| | | |
|---|---|---|
| Collin W and Sarah O Brown | | Agreed Order Granting Debtor's First Amended Motion To Reject – Doc No. 213 |
| **199 Rose Hill Way Bluffton, SC 29910**<br><br>(Mansion At Rose Hill, LLC And Fallen Heroes, LLC) | **Rejected** | Doc No. 266 - Order Granting Motion To Reject Unexpired Lease |
| **4816 Harpeth Peytonsville Road Thompsons Station, TN 37179**<br><br>(Austin Craig Cowell And Sarah Elizabeth Cowell) | **Rejected** | Doc No. 218 - Agreed Order Granting Debtors Motion To Reject |
| **1918 and 1922 Nicholasville Road Lexington, KY 40503**<br>WITH AR NICHOLASVILLE ROAD, LLC | **Assumed** | Debtor's Motion to Assume Real Property 1918 and 1922 Nicholasville Road Lexington, KY 40503 (Doc #132)<br><br>Agreed Order Granting Motion To Assume Unexpired Lease of Residential Property – Doc No. 355 |

**RESPECTFULLY SUBMITTED**, this 26th day of July, 2024.

      /s/ *Cole B. Branson*
JEFFREY S. AINSWORTH
Florida Bar No. 60769
COLE B. BRANSON
Florida Bar No. 1049610
**BransonLaw, PLLC**
1501 E. Concord St.
Orlando, FL  32803
Phone:  407-894-6834
Fax:  407-894-8559
Primary E-mail:  jeff@bransonlaw.com

                                          cole@bransonlaw.com
                Secondary:    tammy@bransonlaw.com
                                        lisa@bransonlaw.com
Attorneys for Debtor