

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/01/2024 09:30 AM

COURTROOM   6C, 6th Floor

HONORABLE LORI VAUGHAN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:24-bk-00362-LVV** | **11** | **01/25/2024** |

**Chapter 11**

**DEBTOR:**   The Farm, LLC

**DEBTOR ATTY:**   Cole Branson

**TRUSTEE:**   L. Budgen

**HEARING:**

CONT. HRG & TRIAL ON CONTESTED MATTERS
~1) Debtor's Motion to Use Cash Collateral (Doc #8) - Granted, interim basis thru 8/1/24
2) Debtor's Motion for Authority to Pay Affiliate Officer Salaries (Doc #9) - Granted, interim basis thru 8/1/24
EXECUTORY CONTRACT MATTERS
Debtor's Status Report (Doc #370)
RE: 3655 & 3661 Anderson Highway Powhatan, VA
3) Emergency Motion by Creditor Lakeside at Welch Estate, LLC for Relief from Stay. Re: 3655 & 3661 Anderson Highway Powhatan, VA 23139 (Doc #254)
Notice of Rental Default (Doc #253)
4) Debtor's Motion to Assume Lease w/ Lakeside at Welch Estate, LLC Re: 3655 & 3661 Anderson Highway Powhatan, VA 23139 (Doc #244)
RE: Vaughndom Way, WV
5) Debtor's Emergency Motion for Turnover of Property - specifically: 222 Vaughndom Way Martinsburg, WV 25404 (Doc #97) - Preliminary order granting (Doc #106)
6) Debtor's Motion to Assume premises located at 222 Vaughndom Way Martinsburg, WV 25404 (Doc #243)
Opposition by Gary Adams & Melissa Bacons (Doc #334)
Adams & Bacons Witness List (Doc #360)
7) Expedited Motion for Relief from Stay Re: 222 Vaughndom Way Martinsburg, WV 25404. Filed by Gary Adams & Melissa Bacons (Doc #336)
8) Debtor's Motion to Assume Lease w Lindsey & Wesley Morgan (Re: 1400 Willis Branch Road Richmond, KY 40475) (Doc #133)
Limited Objection by Lindsey & Wesley Morgan (Doc #201)
Supplemental Objection by Lindsey & Wesley Morgan (Doc #239)
9) Debtor's Motion to Assume Lease for premises located at 1601 W Potrero Road Thousand Oaks, CA 91361 (Doc #247)
10) Debtor's Motion to Assume RESIDENTIAL REAL PROPERTY WITH ROY AND ANGELA MARTIN (Re: 450 Waterworks Road Danville, KY 40422) (Doc #134)
11) Debtor's Motion to Assume Unexpired Lease w/ Steweart Revocable Living Trust, Kendal & Grace Stewart, Trustees (Re: 2680 Our Native Lane, Lexington, KY, 40510) (Doc #135)
12) Debtor's Motion to Assume Unexpired Lease w/ EVELIO A. PEREZ (Re: 601 Sycamore Street Unit 6106 Celebration, FL

34747) (Doc #137)

13) Debtor's Motion to Assume Unexpired Lease w/ PETER & YASMIN DORDOY (Re: 307 Acadia Ln, Celebration FL, 34747) (Doc #138)

14) Debtor's Motion to Assume premises located at 180 RIDGEWOOD DRIVE, PRESTONBURG, KY 41653 (Doc #241)
Limited Objection by Gregory Stumbo (Doc #260)

15) Debtor's Motion to Assume Lease premises located at 4270 Long Lane Franklin, TN 37064 (Doc #245)
Limited Objection by Roger Baskin (Doc #364)
Stipulation for Agreed Order Granting Debtors Motion to Assume Unexpired Lease of Residential Real Property with Roger Baskin (Re: 4270 Long Lane, Franklin, TN 37064) (Doc #368) - Order Submitted
Exhibit List (Doc #365)
Witness List (Doc #366)

16) Debtor's Motion to Reject Lease for premises located at 169 Three Oaks Lane, Langley, KY 41645 (Doc #246)

17) Debtor's Motion to Reject Lease for premises located at 644 CLUBHOUSE DRIVE, PRESTONBURG, KY 41653 (Doc #250)

18) Debtor's Motion to Reject Lease for premises located at 232 STONEHEDGE STREET, FRANKFORT, KY 40601 (Doc #251)

Note: SubV
SubV Trustee: Todd Budgen
341 concluded 3/4/24
Case Mgmt Summary (Doc #7)
POC deadline extended to 8/2/24
MOR for Jan/Feb 2024 (Doc #123)
MOR for March 2024 (Doc #186)
MOR for April 2024 (Doc #236)
MOR for May 2024 (Doc #293)
MOR for June 2024 (Doc #363)
Evidentiary Confirmation Hrg: 8/27/24 10am (all day)
Awaiting Orders:

1) Motion by Creditor Creditor APS Investments, LLC for Relief from Stay. Re: 33800 W. Delta Road, Falcon, MO 65470. (Doc #159) - Denied; order by Ainsworth.

2) Application to Employ Daniel A. King, of Switzer, McGaughey & King, PSC as Accountants; filed w/ neg ntc 3/6/24 (Doc #68)

**APPEARANCES:**:
Jeff Ainsworth: Debtor; William Simonitsch: UST; Todd Budgen: SubV Trustee; Lakisha Davis: SBA; William Porter: Stumbos & Adams / Bacon; Mark Robens: Pennas; Scott Williams: Morgans

 **RULING:**
~1) Debtor's Motion to Use Cash Collateral   (Doc #8) - Granted, on an interim basis thru 8/27/2024; order by Ainsworth.

2) Debtor's Motion for Authority to Pay Affiliate Officer Salaries   (Doc #9) - Granted, on an interim basis thru 8/27/2024; order by Ainsworth.

A continued status conference is scheduled 8/14/2024 at 9:30 am (AOCNFNG)

 EXECUTORY CONTRACT MATTERS

Debtor's Status Report (Doc #370)

3) Emergency Motion by Creditor Lakeside at Welch Estate, LLC for Relief from Stay. Re: 3655 & 3661 Anderson Highway Powhatan, VA 23139   (Doc #254) -   Notice of Rental Default   (Doc #253) - Resolved per parties agreement; agreed order to be uploaded by Ainsworth/Brennan.

4) Debtor's Motion to Assume Lease w/ Lakeside at Welch Estate, LLC Re: 3655 & 3661 Anderson Highway Powhatan, VA 23139 (Doc #244) - Resolved per parties agreement; agreed order to be uploaded by Ainsworth/Brennan.

5) Debtor's Emergency Motion for Turnover of Property - specifically: 222 Vaughndom Way Martinsburg, WV 25404   (Doc #97)   - Preliminary order granting   (Doc #106)   - Resolved per parties agreement; one agreed order as to Doc #97; Doc #243; Doc #334; and Doc #336 to be submitted.

6) Debtor's Motion to Assume premises located at 222 Vaughndom Way Martinsburg, WV 25404   (Doc #243) - Denied per parties agreement.

Opposition by Gary Adams & Melissa Bacons   (Doc #334) - Oerrruled as Moot.

7) Expedited Motion for Relief from Stay Re: 222 Vaughndom Way Martinsburg, WV 25404. Filed by Gary Adams & Melissa Bacons   (Doc #336) - Granted.

8) Debtor's Motion to Assume Lease w Lindsey & Wesley Morgan (Re: 1400 Willis Branch Road Richmond, KY 40475)   (Doc #133) -   Limited Objection by Lindsey & Wesley Morgan   (Doc #201) -   Supplemental Objection by Lindsey & Wesley Morgan (Doc #239) - Granted; per parties agreement; agreed order to be uploaded by Ainsworth/Williams.

9) Debtor's Motion to Assume Lease for premises located at 1601 W Potrero Road Thousand Oaks, CA 91361   (Doc #247) - Granted; agreed order to be uploaded by Ainsworth/Fogarty.

  10) Debtor's Motion to Assume RESIDENTIAL REAL PROPERTY WITH ROY AND ANGELA MARTIN (Re: 450 Waterworks Road Danville, KY 40422)   (Doc #134) - Granted; order by Ainsworth.

11) Debtor's Motion to Assume Unexpired Lease w/ Stewart Revocable Living Trust, Kendal & Grace Stewart, Trustees (Re: 2680 Our Native Lane, Lexington, KY, 40510   (Doc #135) - Granted per parties agreement; agreed order to be uploaded.

12) Debtor's Motion to Assume Unexpired Lease w/ EVELIO A. PEREZ (Re: 601 Sycamore Street Unit 6106 Celebration, FL 34747)   (Doc #137) - Granted; order by Ainsworth.

  13) Debtor's Motion to Assume Unexpired Lease w/ PETER & YASMIN DORDOY (Re: 307 Acadia Ln, Celebration FL, 34747)   (Doc #138) -   Granted; order by Ainsworth.

14) Debtor's Motion to Assume premises located at 180 RIDGEWOOD DRIVE, PRESTONBURG, KY 41653   (Doc #241)   - Limited Objection by Gregory Stumbo   (Doc #260) - Granted per parties agreement; agreed order to be uploaded by Ainsworth/Porter .

15) Debtor's Motion to Assume Lease premises located at 4270 Long Lane Franklin, TN 37064   (Doc #245) -   Limited Objection by Roger Baskin   (Doc #364) -   Stipulation for Agreed Order Granting Debtors Motion to Assume Unexpired Lease of Residential Real Property with Roger Baskin (Re: 4270 Long Lane, Franklin, TN 37064)   (Doc #368) - Resolved per parties agreement; Order Submitted.

16) Debtor's Motion to Reject Lease for premises located at 169 Three Oaks Lane, Langley, KY 41645   (Doc #246)   - Granted; order by Ainsworth.

17) Debtor's Motion to Reject Lease for premises located at 644 CLUBHOUSE DRIVE, PRESTONBURG, KY 41653   (Doc #250) - Granted; order by Ainsworth.

18) Debtor's Motion to Reject Lease for premises located at 232 STONEHEDGE STREET, FRANKFORT, KY 40601 (Doc #251) - Granted; order by Ainsworth.

(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.