UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

THE FARM, LLC d/b/a CURATED
AMERICAN GETAWAYS, LLC,

    Debtor.

_____/

Case No.: 6:24-bk-00362-LVV

Chapter 11, Subchapter V

EIN: 46-0629913

### UNITED STATES TRUSTEE'S EXHIBIT LIST
for Trial on Wednesday, September 11, 2024, at 1:00 p.m. on
**Debtor's Cash Management and Scheduling Deadlines on Debtor's Cash Management pursuant to:**

(1) Order on Debtor's Cash Management, Scheduling Deadlines and Trial Related To Cash Management (Doc. No. 396);
(2) Debtor's Verified Disclosure Regarding Debtor's Cash Management System (Doc. No. 402); and
(3) United States Trustee's Response and Objection to Debtor's Verified Disclosure Regarding Debtor's Cash Management System (Doc. No. 408)

| Exh # | Document Description | Date Identified | *Date Admitted* | *With or Without Objection* |
|---|---|---|---|---|
| 1 | Debtor's First Amended Subchapter V Plan of Reorganization (Doc. No. 361) | | | |
| 2 | Order on Debtor's Cash Management, Scheduling Deadlines and Trial Related To Cash Management (Doc. No. 396) | | | |
| 3 | Debtor's Verified Disclosure Regarding Debtor's Cash Management (Doc. No. 402) | | | |
| 4 | United States Trustee's Response and Objection to Debtor's Verified Disclosure Regarding Debtor's Cash Management System (Doc. No. 408) | | | |
| 5 | Debtor's Stripe Services Agreement | | | |
| 6 | Debtor's Stripe Payout Reports for June 2024 and email cover letter | | | |
| 7 | Debtor's Stripe Payout Reports for July 2024 and email cover letter | | | |
| 8 | New Payment Processor Transactions and email cover letter | | | |
| 9 | Debtor's June 2024 Bank Statement and email cover letter | | | |

2

| Exh # | Document Description | Date Identified | *Date Admitted* | *With or Without Objection* |
|---|---|---|---|---|
| 10 | Debtor's July 2024 Bank Statement and email cover letter | | | |
| 11 | Debtor's Monthly Operating Report for June 2024 (Doc. No. 363) | | | |
| 12 | Debtor's Monthly Operating Report for July 2024 (Doc. No. 407) | | | |