# EXHIBIT COVER SHEET

**Exhibit**

| | | |
|---|---|---|
| Party Submitting: | **May Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **12** |
| Debtor: | **THE FARM, LLC d/b/a CURATED AMERICAN GETAWAYS, LLC** | |
| Case No. | **6:24-bk-00362-LVV** | |
| Nature of Hearing: | **Trial on Debtor's Cash Management and Scheduling Deadlines on Debtor's Cash Management (related Doc. Nos. 361, 396, 402, 408)** | |
| Trial Date: | **September 11, 2024 at 1:00 p.m.** | |

United States Bankruptcy Court
Middle District of Florida

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

**Fill in this information to identify the case:**

Debtor Name: The Farm, LLC,

United States Bankruptcy Court for the: Middle District of Florida

Case number: 6:24-bk-00362-LVV

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

| | | | |
|---|---|---|---|
| Month: | 6.29.2024-7.31.2024 | Date report filed: | 08/30/2024 |
| | | | MM / DD / YYYY |
| Line of business: | Traveler Accommodations | NAISC code: | 7211 |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: The Farm, LLC

Original signature of responsible party: *Katie Loane* (signature)

Printed name of responsible party: Katie Martin Loane

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 1

Debtor Name  The Farm, LLC,                              Case number  6:24-bk-00362-LVV

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                                                $ 16,700.86

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                                  $ 447,206.66

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.                                                                        – $ 394,308.17

    Report the total from *Exhibit D* here.

22. **Net cash flow**                                                                        + $ 52,898.49

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                                           = $ 69,599.35

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                                       $ 72,112.80

    (Exhibit E)

Debtor Name  The Farm, LLC,                                    Case number  6:24-bk-00362-LVV

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                             $ _____0.00_____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                          _____0_____
27. What is the number of employees as of the date of this monthly report?                             _____0_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?           $ _____0.00_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____0.00_____
30. How much have you paid this month in other professional fees?                                     $ _____0.00_____
31. How much have you paid in total other professional fees since filing the case?                    $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | – | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 394,228.00 | – | $ 447,206.66 | = | $ 52,978.66 |
| 33. **Cash disbursements** | $ 377,118.00 | – | $ 394,308.17 | = | $ 17,190.17 |
| 34. **Net cash flow** | $ 17,110.00 | – | $ 52,898.49 | = | $ 35,788.49 |

35. Total projected cash receipts for the next month:                                                 $ 344,200.00
36. Total projected cash disbursements for the next month:                                          – $ 312,500.00
37. Total projected net cash flow for the next month:                                               = $ 31,700.00

Debtor Name  The Farm, LLC,                                    Case number 6:24-bk-00362-LVV

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

## The Farm, LLC – 6:24-bk-00362-LVV
## Monthly Operating Report Exhibits – July 2024

**Exhibit A:**

**Question Six:** We continue to owe state taxes to Texas, Kentucky, and Tennessee. We are working with these entities on negotiated resolutions that absorb these amounts into the Plan. We have filed all taxes.

**Exhibit C:**

07/01 Wire Transfer Tfce LLC 17,200.00

07/02 Wire Transfer Tfce LLC 10,000.00

07/03 Wire Transfer Tfce LLC 47,000.00

07/05 Wire Transfer Tfce LLC 4,000.00

07/05 Wire Transfer Tfce LLC 3,000.00

07/08 Wire Transfer Tfce LLC 19,000.00

07/10 Wire Transfer Tfce LLC 13,000.00

07/10 Credit-Returned Ck#90038221041 8,960.18

07/11 Wire Transfer Tfce LLC 24,000.00

07/11 ACH Operations Bank Credit 2,108.53

07/12 Wire Transfer Tfce LLC 25,000.00

07/12 Wire Transfer Douglas Kelly 55,000.00

07/12 Rtp Credit From Acctverify Ref # 00020067526 0.01

07/17 Wire Transfer Tfce LLC 49,000.00

07/19 Rtp Credit From Acctverify Ref # 00020031210 0.01

07/22 Card Credit Cash App*jacob 4829 San Francisco CA 94103 5151 1,473.75

07/22 Regions Bank Acct Trans 460629913 Jmartin 6,000.00

07/22 Wire Transfer Tfce LLC 5,000.00

07/23 Zelle Credit From Tfce LLC Ref# 420400c06pa3 500.00

07/23 Regions Bank Acct Trans 460629913 Jmartin 2,880.00

07/24 Card Credit Paypal *Stitchf 5691 4029357733 CA 94104 5599 109.10

07/24 Wire Transfer Tfce LLC 25,000.00

07/26 Wire Transfer Tfce LLC 9,200.00

07/29 Wire Transfer Tfce LLC 12,500.00

07/31 Regions Bank Acct Trans 460629913 Jmartin 1,000.00

07/31 Wire Transfer Tfce LLC 14,000.00

07/31 Reserved Funds by Credit Card Processor 66,016.95

**Total Exhibit C - $420,948.53**

**Exhibit D:** Included Herewith Under Separate Attachment

**Exhibit E:**

State taxes due to Kentucky, Tennessee, and Texas.  We are working with Department of Revenue representatives Kentucky and Tennessee to incorporate those amounts into the prepetition repayments over the course of the Plan.  We will make payment in full to Texas within the next 14 calendar days.

| DATE | DESCRIPTION | AMOUNT | Assigned To |
|---|---|---|---|
| 7/1/2024 | Wire Transfer Roger | ($7,000.00) | Added to: Expense: Rent & Lease:4270 Long Lane Lease - Nashville's Dream Estate at Autumn Crest 07/01/2024 $7,000.00 |
| 7/1/2024 | AT&T | ($591.11) | Added to: Expense: Utilities:Internet Usage 07/01/2024 $591.11 |
| 7/1/2024 | Instacart | ($294.75) | Added to: Expense: Grocery Purchases 07/01/2024 $294.75 |
| 7/1/2024 | Spectrum Farm | ($280.00) | Added to: Expense: Utilities:Time Warner 07/01/2024 $280.00 |
| 7/1/2024 | Ipfs Ipfspmtmdb Farm | ($165.81) | Added to: Expense: Insurance 07/01/2024 $165.81 |
| 7/1/2024 | Instacart | ($81.45) | Added to: Expense: Grocery Purchases 07/01/2024 $81.45 |
| 7/1/2024 | Uber Eats | ($49.32) | Added to: Expense: Catering Expense 07/01/2024 $49.32 |
| 7/1/2024 | Nexbillpay Llc Al | ($8.25) | Added to: Expense: Dues and Subscriptions 07/01/2024 $8.25 |
| 7/1/2024 | Apple | ($12.99) | Added to: Expense: Dues and Subscriptions 07/01/2024 $12.99 |
| 7/1/2024 | Pool Service Sale | ($1,525.00) | Added to: Expense: Repairs & Maintenance:Pool Services 07/01/2024 $1,525.00 |
| 7/1/2024 | Cash App Leah | ($1,500.00) | Added to: Expense: Payroll Expenses:Leah M Carrithers 07/01/2024 $1,500.00 |
| 7/1/2024 | Cash App Candac | ($500.00) | Added to: Expense: Supplies 07/01/2024 $500.00 |
| 7/1/2024 | Cash App Jacob | ($411.25) | Added to: Expense: Supplies 07/01/2024 $411.25 |
| 7/1/2024 | Cash App Jacob | ($317.80) | Added to: Expense: Payroll Expenses:Leah M Carrithers 07/01/2024 $317.80 |
| 7/1/2024 | Instacart | ($232.70) | Added to: Expense: Grocery Purchases 07/01/2024 $232.70 |
| 7/1/2024 | Target | ($149.79) | Added to: Expense: Grocery Purchases 07/01/2024 $149.79 |
| 7/1/2024 | Instacart | ($133.45) | Added to: Expense: Grocery Purchases 07/01/2024 $133.45 |
| 7/1/2024 | Cash App Tina | ($1,051.18) | Added to: Expense: Repairs & Maintenance:Housekeeping 07/01/2024 $1,051.18 |
| 7/1/2024 | Laundry Valet Ll | ($712.00) | Added to: Expense: Repairs & Maintenance:Housekeeping 07/01/2024 $712.00 |
| 7/1/2024 | Costco | ($336.02) | Added to: Expense: Supplies 07/01/2024 $336.02 |
| 7/1/2024 | Waste Management | ($294.03) | Added to: Expense: Utilities:Waste Management 07/01/2024 $294.03 |
| 7/1/2024 | Smart City | ($169.50) | Added to: Expense: Utilities:Smart City 07/01/2024 $169.50 |
| 7/1/2024 | Instacart | ($56.00) | Added to: Expense: Grocery Purchases 07/01/2024 $56.00 |
| 7/1/2024 | Apple | ($9.99) | Added to: Expense: Dues and Subscriptions 07/01/2024 $9.99 |
| 7/1/2024 | Laundry Care Httpswww | ($30.00) | Added to: Expense: Laundry Expenses:Laundry Care Tennessee 07/01/2024 $30.00 |
| 7/1/2024 | Andrew Unlimit Sale | ($420.00) | Added to: Expense: Landscaping Expense 07/01/2024 $420.00 |
| 7/1/2024 | Venmo | ($325.00) | Added to: Expense: Supplies 07/01/2024 $325.00 |
| 7/1/2024 | Cash App Jacob | ($214.71) | Added to: Expense: Supplies 07/01/2024 $214.71 |
| 7/1/2024 | Instacart | ($136.97) | Added to: Expense: Grocery Purchases 07/01/2024 $136.97 |
| 7/1/2024 | Apple | ($15.99) | Added to: Expense: Dues and Subscriptions 07/01/2024 $15.99 |
| 7/1/2024 | Eb Checking Ref | ($1,372.50) | Added to: Transfer: The Farm LLC DIP Account 07/01/2024 $1,372.50 |
| 7/1/2024 | Cash App Chikao | ($1,000.00) | Added to: Expense: Crystalklin Cleaning Contractor Pay 07/01/2024 $1,000.00 |

| Date | Description | Amount | | Category |
|---|---|---|---|---|
| 7/1/2024 | Zelle Susan Godda | ($800.00) | Added to: | Expense: Payroll Expenses:Susan Goddard 07/01/2024 $800.00 |
| 7/1/2024 | Comcast | ($337.24) | Added to: | Expense: Utilities:Comcast 07/01/2024 $337.24 |
| 7/1/2024 | Ipfs Ipfspmtmdb Farm | ($176.07) | Added to: | Expense: Insurance 07/01/2024 $176.07 |
| 7/1/2024 | Apple | ($12.47) | Added to: | Expense: Dues and Subscriptions 07/01/2024 $12.47 |
| 7/1/2024 | Hopkins Hos Gosq.com | ($1,717.50) | Added to: | Expense: Catering Expense 07/01/2024 $1,717.50 |
| 7/1/2024 | Prestonsburg Cl Ky | ($300.00) | Added to: | Expense: Utilities 07/01/2024 $300.00 |
| 7/1/2024 | Cash App Connie | ($250.00) | Added to: | Expense: Payroll Expenses:Connie Privett 07/01/2024 $250.00 |
| 7/1/2024 | Adobe Ca | ($31.79) | Added to: | Expense: Dues and Subscriptions 07/01/2024 $31.79 |
| 7/1/2024 | Instacart | ($0.40) | Added to: | Expense: Grocery Purchases 07/01/2024 $0.40 |
| 7/1/2024 | Taneesh Direct Ca | ($329.58) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/01/2024 $329.58 |
| 7/1/2024 | Stamper Direct Ca | ($180.38) | Added to: | Expense: Repairs & Maintenance 07/01/2024 $180.38 |
| 7/1/2024 | Wire Transfer Incoming | ($15.00) | Added to: | Expense: Bank Charges & Fees 07/01/2024 $15.00 |
| 7/1/2024 | All Under One | ($1,472.81) | Added to: | Expense: Payroll Expenses:Candace Kilgore-Payroll 07/01/2024 $1,472.81 |
| 7/1/2024 | Rumpke | ($943.41) | Added to: | Expense: Utilities:Rumpke Trash 07/01/2024 $943.41 |
| 7/1/2024 | Orkin, LLC | ($578.97) | Added to: | Expense: Repairs & Maintenance 07/01/2024 $578.97 |
| 7/1/2024 | Waste Management | ($400.00) | Added to: | Expense: Utilities:Waste Management 07/01/2024 $400.00 |
| 7/1/2024 | Laundry Care Httpswww | ($331.69) | Added to: | Expense: Laundry Expenses:Laundry Care Tennessee 07/01/2024 $331.69 |
| 7/1/2024 | Cash App Jacob | ($177.20) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/01/2024 $177.20 |
| 7/1/2024 | Insuraguest Ris Ut | ($90.00) | Added to: | Expense: Insurance 07/01/2024 $90.00 |
| 7/2/2024 | Instacart | ($221.23) | Added to: | Expense: Grocery Purchases 07/02/2024 $221.23 |
| 7/2/2024 | Cash App Leah | ($700.00) | Added to: | Expense: Supplies 07/02/2024 $700.00 |
| 7/2/2024 | Psn Poetry Wate | ($503.09) | Added to: | Expense: Utilities 07/02/2024 $503.09 |
| 7/2/2024 | Apple | ($11.33) | Added to: | Expense: Dues and Subscriptions 07/02/2024 $11.33 |
| 7/2/2024 | Wire Transfer House | ($4,400.00) | Added to: | Expense: Rent & Lease:307 Acadia Lane - Dordoy 07/02/2024 $4,400.00 |
| 7/2/2024 | Square Best Ever | ($1,272.00) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/02/2024 $1,272.00 |
| 7/2/2024 | Kentucky Utilities | ($315.00) | Added to: | Expense: Utilities:Kentucky Utilities 07/02/2024 $315.00 |
| 7/2/2024 | Frontier Communi Bill | ($119.99) | Added to: | Expense: Utilities:Internet Usage 07/02/2024 $119.99 |
| 7/2/2024 | Aep Appalachian Bill | ($700.00) | Added to: | Expense: Utilities:AEP Kentucky Power 07/02/2024 $700.00 |
| 7/2/2024 | Elliott Lawncare, LLC | ($450.50) | Added to: | Expense: Landscaping Expense 07/02/2024 $450.50 |
| 7/2/2024 | Thoroughbred Pl Ky | ($189.00) | Added to: | Expense: Repairs & Maintenance 07/02/2024 $189.00 |
| 7/2/2024 | Wire Transfer Incoming | ($15.00) | Added to: | Expense: Bank Charges & Fees 07/02/2024 $15.00 |
| 7/2/2024 | Chefsprep Gosq.com Ky | ($1,347.50) | Added to: | Expense: Catering Expense 07/02/2024 $1,347.50 |
| 7/2/2024 | Cash App Janie | ($1,000.00) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/02/2024 $1,000.00 |

| Date | Description | Amount | | Category |
|---|---|---|---|---|
| 7/2/2024 | Laundry Care Httpswww | ($124.38) | Added to: | Expense: Laundry Expenses:Laundry Care Tennessee 07/02/2024 $124.38 |
| 7/2/2024 | Psn Poetry Wate | ($78.34) | Added to: | Expense: Utilities 07/02/2024 $78.34 |
| 7/2/2024 | Laundry Valet Ll | ($790.40) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/02/2024 $790.40 |
| 7/2/2024 | Zelle Isaac Peraz | ($200.00) | Added to: | Expense: Repairs & Maintenance 07/02/2024 $200.00 |
| 7/2/2024 | Middle Tennesse Mtemc | ($525.00) | Added to: | Expense: Utilities:Middle Tennessee Utilities 07/02/2024 $525.00 |
| 7/2/2024 | Square Best Ever | ($159.00) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/02/2024 $159.00 |
| 7/2/2024 | Wire Transfer Purdon | ($2,644.94) | Added to: | Expense: Guest Expenses 07/02/2024 $2,644.94 |
| 7/2/2024 | Laundry Care Httpswww | ($155.00) | Added to: | Expense: Laundry Expenses:Laundry Care Tennessee 07/02/2024 $155.00 |
| 7/2/2024 | Corporate Filin Wy | ($50.00) | Added to: | Expense: Dues and Subscriptions 07/02/2024 $50.00 |
| 7/3/2024 | Zelle Andreani Ref | ($850.00) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/03/2024 $850.00 |
| 7/3/2024 | American Water E | ($274.03) | Added to: | Expense: Utilities:Kentucky American Water 07/03/2024 $274.03 |
| 7/3/2024 | Wire Transfer Stichter | ($40,000.00) | Added to: | Expense: Rent & Lease:1601 W Potrero Road 07/03/2024 $40,000.00 |
| 7/3/2024 | Rumpke | ($451.99) | Added to: | Expense: Utilities:Rumpke Trash 07/03/2024 $451.99 |
| 7/3/2024 | Venmo | ($400.00) | Added to: | Expense: Grocery Purchases:Culligan Water of NW Arkansas 07/03/2024 $400.00 |
| 7/3/2024 | Kentucky Utilities | ($200.00) | Added to: | Expense: Utilities:Kentucky Utilities 07/03/2024 $200.00 |
| 7/3/2024 | Square Best Ever | ($243.74) | Added to: | Expense: Supplies 07/03/2024 $243.74 |
| 7/3/2024 | AT&T | ($380.00) | Added to: | Expense: Utilities:Internet Usage 07/03/2024 $380.00 |
| 7/3/2024 | All Under One | ($1,295.00) | Added to: | Expense: Payroll Expenses:Candace Kilgore-Payroll 07/03/2024 $1,295.00 |
| 7/3/2024 | Laundry Valet Ll | ($800.00) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/03/2024 $800.00 |
| 7/3/2024 | Clark Propane Pl | ($17.90) | Added to: | Expense: Repairs & Maintenance:Propane 07/03/2024 $17.90 |
| 7/3/2024 | Instacart | ($88.55) | Added to: | Expense: Grocery Purchases 07/03/2024 $88.55 |
| 7/3/2024 | Rumpke | ($395.44) | Added to: | Expense: Utilities:Rumpke Trash 07/03/2024 $395.44 |
| 7/3/2024 | Andrew Unlimit Sale | ($1,230.00) | Added to: | Expense: Landscaping Expense 07/03/2024 $1,230.00 |
| 7/3/2024 | Laundry Valet Ll | ($800.00) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/03/2024 $800.00 |
| 7/3/2024 | Wire Transfer Incoming | ($15.00) | Added to: | Expense: Bank Charges & Fees 07/03/2024 $15.00 |
| 7/3/2024 | The Farm LLC | ($97.52) | Added to: | Expense: Dues and Subscriptions 07/03/2024 $97.52 |
| 7/3/2024 | Spectrum Farm | ($250.00) | Added to: | Expense: Utilities:Time Warner 07/03/2024 $250.00 |
| 7/5/2024 | Instacart | ($89.04) | Added to: | Expense: Grocery Purchases 07/05/2024 $89.04 |
| 7/5/2024 | Cash App Candac | ($670.00) | Added to: | Expense: Supplies 07/05/2024 $670.00 |
| 7/5/2024 | Columbia Gas Of Ohio | ($20.00) | Added to: | Expense: Repairs & Maintenance:Propane 07/05/2024 $20.00 |
| 7/5/2024 | Deep Six Pool | ($120.00) | Added to: | Expense: Repairs & Maintenance:Pool Maintenance 07/05/2024 $120.00 |
| 7/5/2024 | Insurance Logist | ($1,013.27) | Added to: | Expense: Insurance 07/05/2024 $1,013.27 |
| 7/5/2024 | Venmo | ($190.00) | Added to: | Expense: Supplies 07/05/2024 $190.00 |

| Date | Description | Amount | | Category |
|---|---|---|---|---|
| 7/5/2024 | Lowes Nc | ($18.53) | Added to: | Expense: Repairs & Maintenance 07/05/2024 $18.53 |
| 7/5/2024 | Wire Transfer Incoming | ($15.00) | Added to: | Expense: Bank Charges & Fees 07/05/2024 $15.00 |
| 7/5/2024 | Google Apps | ($2,108.53) | Added to: | Expense: Dues and Subscriptions 07/05/2024 $2,108.53 |
| 7/5/2024 | Atmos Energy | ($23.60) | Added to: | Expense: Utilities:Atmos Gas Purchase 07/05/2024 $23.60 |
| 7/5/2024 | Kentucky Utilities | ($265.00) | Added to: | Expense: Utilities:Kentucky Utilities 07/05/2024 $265.00 |
| 7/5/2024 | Wire Transfer Incoming | ($15.00) | Added to: | Expense: Bank Charges & Fees 07/05/2024 $15.00 |
| 7/8/2024 | The Farm LLC | ($8,960.18) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/08/2024 $8,960.18 |
| 7/8/2024 | Cash App Abril | ($420.00) | Added to: | Expense: Repairs & Maintenance 07/08/2024 $420.00 |
| 7/8/2024 | 7-Eleven | ($70.03) | Added to: | Expense: Gasoline Expense 07/08/2024 $70.03 |
| 7/8/2024 | All Under One | ($1,300.00) | Added to: | Expense: Payroll Expenses:Candace Kilgore-Payroll 07/08/2024 $1,300.00 |
| 7/8/2024 | Cash App Candac | ($500.00) | Added to: | Expense: Supplies 07/08/2024 $500.00 |
| 7/8/2024 | Grove C Ca | ($29.99) | Added to: | Expense: Dues and Subscriptions 07/08/2024 $29.99 |
| 7/8/2024 | Kentucky Utilities | ($72.00) | Added to: | Expense: Utilities:Kentucky Utilities 07/08/2024 $72.00 |
| 7/8/2024 | Wire Transfer House | ($4,400.00) | Added to: | Expense: Rent & Lease:307 Acadia Lane - Dordoy 07/08/2024 $4,400.00 |
| 7/8/2024 | Nextlink Broadb Tx | ($70.00) | Added to: | Expense: Utilities:Internet Usage 07/08/2024 $70.00 |
| 7/8/2024 | Wire Transfer Connie | ($3,000.00) | Added to: | Expense: Payroll Expenses:Connie Privett 07/08/2024 $3,000.00 |
| 7/8/2024 | Venmo | ($199.70) | Added to: | Expense: Supplies 07/08/2024 $199.70 |
| 7/8/2024 | QVC | ($6.76) | Added to: | Expense: QVC Purchases 07/08/2024 $6.76 |
| 7/8/2024 | Instacart | ($195.49) | Added to: | Expense: Grocery Purchases 07/08/2024 $195.49 |
| 7/8/2024 | Instacart | ($155.66) | Added to: | Expense: Grocery Purchases 07/08/2024 $155.66 |
| 7/8/2024 | QVC | ($13.00) | Added to: | Expense: QVC Purchases 07/08/2024 $13.00 |
| 7/8/2024 | Instacart | ($49.71) | Added to: | Expense: Grocery Purchases 07/08/2024 $49.71 |
| 7/8/2024 | Venmo | ($450.00) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/08/2024 $450.00 |
| 7/8/2024 | Zelle Susan Godda | ($200.00) | Added to: | Expense: Payroll Expenses:Susan Goddard 07/08/2024 $200.00 |
| 7/8/2024 | Cash App Demar | ($660.00) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/08/2024 $660.00 |
| 7/8/2024 | Uber Eats | ($189.59) | Added to: | Expense: Meals & Entertainment 07/08/2024 $189.59 |
| 7/8/2024 | Wire Transfer Incoming | ($15.00) | Added to: | Expense: Bank Charges & Fees 07/08/2024 $15.00 |
| 7/8/2024 | Instacart | ($70.06) | Added to: | Expense: Grocery Purchases 07/08/2024 $70.06 |
| 7/9/2024 | Square Best Ever | ($265.00) | Added to: | Expense: Supplies 07/09/2024 $265.00 |
| 7/9/2024 | Laundry Care Httpswww | ($30.00) | Added to: | Expense: Laundry Expenses:Laundry Care Tennessee 07/09/2024 $30.00 |
| 7/9/2024 | Account Maintenance Fe | ($322.00) | Added to: | Expense: Bank Charges & Fees 07/09/2024 $322.00 |
| 7/9/2024 | The Farm LLC | ($8,960.18) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/09/2024 $8,960.18 |
| 7/9/2024 | Suzy Go Direct | ($206.10) | Added to: | Expense: Payroll Expenses:Susan Goddard 07/09/2024 $206.10 |

| Date | Description | Amount | | Entry |
|---|---|---|---|---|
| 7/10/2024 | Google Apps | ($2,108.53) | Added to: | Expense: Dues and Subscriptions 07/10/2024 $2,108.53 |
| 7/10/2024 | The Farm LLC | ($1,014.98) | Added to: | Expense: Insurance 07/10/2024 $1,014.98 |
| 7/10/2024 | Square Best Ever | ($1,272.00) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/10/2024 $1,272.00 |
| 7/10/2024 | Wav Stallion Fir | ($870.23) | Added to: | Expense: Repairs & Maintenance 07/10/2024 $870.23 |
| 7/10/2024 | Wire Transfer Incoming | ($15.00) | Added to: | Expense: Bank Charges & Fees 07/10/2024 $15.00 |
| 7/10/2024 | All Under One | ($1,276.20) | Added to: | Expense: Payroll Expenses:Candace Kilgore-Payroll 07/10/2024 $1,276.20 |
| 7/10/2024 | Stitchf Ca | ($144.15) | Added to: | Expense: Supplies 07/10/2024 $144.15 |
| 7/11/2024 | Regions Bank Prefunddbi | ($272.88) | Added to: | Expense: Refunds to Guests 07/11/2024 $272.88 |
| 7/11/2024 | All Under One | ($1,120.00) | Added to: | Expense: Payroll Expenses:Candace Kilgore-Payroll 07/11/2024 $1,120.00 |
| 7/11/2024 | Aep Appalachian Bill | ($800.00) | Added to: | Expense: Utilities:AEP Kentucky Power 07/11/2024 $800.00 |
| 7/11/2024 | Duke Energy | ($210.11) | Added to: | Expense: Utilities:Duke Energy 07/11/2024 $210.11 |
| 7/11/2024 | TXU Energy | ($500.00) | Added to: | Expense: Utilities:TXU Electric 07/11/2024 $500.00 |
| 7/11/2024 | Rumpke | ($400.00) | Added to: | Expense: Utilities:Rumpke Trash 07/11/2024 $400.00 |
| 7/11/2024 | Wire Transfer Evelio | ($3,000.00) | Added to: | Expense: Rent & Lease:601 Sycamore Street #6106 07/11/2024 $3,000.00 |
| 7/11/2024 | TXU Energy | ($600.00) | Added to: | Expense: Utilities:Duke Energy 07/11/2024 $600.00 |
| 7/11/2024 | Duke Energy | ($1,700.00) | Added to: | Expense: Utilities:Duke Energy 07/11/2024 $1,700.00 |
| 7/11/2024 | Housecall Pro Nowa | ($747.30) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/11/2024 $747.30 |
| 7/11/2024 | American Water E | ($480.00) | Added to: | Expense: Utilities:Kentucky American Water 07/11/2024 $480.00 |
| 7/11/2024 | Wire Transfer Incoming | ($15.00) | Added to: | Expense: Bank Charges & Fees 07/11/2024 $15.00 |
| 7/11/2024 | Cumminscontracti Sale F | ($636.00) | Added to: | Expense: Repairs & Maintenance 07/11/2024 $636.00 |
| 7/11/2024 | Wells Fargo Ccpymt | ($520.00) | Added to: | Expense: Wells Fargo Outdoor Solutions 07/11/2024 $520.00 |
| 7/11/2024 | Redballoonllc Webpaymi | ($245.00) | Added to: | Expense: Dues and Subscriptions 07/11/2024 $245.00 |
| 7/11/2024 | Wire Transfer House | ($8,750.00) | Added to: | Expense: Rent & Lease:307 Acadia Lane - Dordoy 07/11/2024 $8,750.00 |
| 7/11/2024 | Laundry Valet Ll | ($900.00) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/11/2024 $900.00 |
| 7/11/2024 | Duke Energy | ($201.13) | Added to: | Expense: Utilities:Duke Energy 07/11/2024 $201.13 |
| 7/11/2024 | Laundry Valet Ll | ($676.80) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/11/2024 $676.80 |
| 7/11/2024 | SERVICE | ($500.00) | Added to: | Expense: Utilities:Starlink Service 07/11/2024 $500.00 |
| 7/11/2024 | American Water E | ($295.00) | Added to: | Expense: Utilities:Kentucky American Water 07/11/2024 $295.00 |
| 7/12/2024 | Zelle Monica Putr | ($800.00) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/12/2024 $800.00 |
| 7/12/2024 | Rumpke | ($400.00) | Added to: | Expense: Utilities:Rumpke Trash 07/12/2024 $400.00 |
| 7/12/2024 | Diamond | ($747.30) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/12/2024 $747.30 |
| 7/12/2024 | Wire Transfer Incoming | ($15.00) | Added to: | Expense: Bank Charges & Fees 07/12/2024 $15.00 |
| 7/12/2024 | Wire Transfer Samantha | ($4,353.49) | Added to: | Expense: Refunds to Guests 07/12/2024 $4,353.49 |

| Date | Description | Amount | | Category |
|---|---|---|---|---|
| 7/12/2024 | Amerigas Utility Roy | ($1,164.26) | Added to: | Expense: Utilities:Amerigas Utilites 07/12/2024 $1,164.26 |
| 7/12/2024 | B Dt Retail | ($950.00) | Added to: | Expense: Van Payments 07/12/2024 $950.00 |
| 7/12/2024 | Venmo | ($300.00) | Added to: | Expense: Repairs & Maintenance 07/12/2024 $300.00 |
| 7/12/2024 | Mercury | ($400.00) | Added to: | Expense: Payroll Expenses:Angela Martin Payroll 07/12/2024 $400.00 |
| 7/12/2024 | Travelers Insurance | ($450.00) | Added to: | Expense: Insurance 07/12/2024 $450.00 |
| 7/12/2024 | Wire Transfer Rebecca | ($2,242.95) | Added to: | Expense: Payroll Expenses:Honeysuckle Farms Hospitality 07/12/2024 $2,242.95 |
| 7/12/2024 | Chefsprep Gosq.com Ky | ($1,750.00) | Added to: | Expense: Catering Expense 07/12/2024 $1,750.00 |
| 7/12/2024 | Wire Transfer Incoming | ($15.00) | Added to: | Expense: Bank Charges & Fees 07/12/2024 $15.00 |
| 7/12/2024 | The Farm LLC | ($1,378.20) | Added to: | Expense: Repairs & Maintenance:Pool Maintenance 07/12/2024 $1,378.20 |
| 7/12/2024 | Kentucky Utilities | ($785.00) | Added to: | Expense: Utilities:Kentucky Utilities 07/12/2024 $785.00 |
| 7/12/2024 | Spectrum Farm | ($267.24) | Added to: | Expense: Utilities:Time Warner 07/12/2024 $267.24 |
| 7/12/2024 | Fayet Ky | ($79.51) | Added to: | Expense: Utilities:LFUCG Utilities 07/12/2024 $79.51 |
| 7/12/2024 | Kentucky Utilities | ($63.84) | Added to: | Expense: Utilities:Kentucky Utilities 07/12/2024 $63.84 |
| 7/12/2024 | Instacart | ($83.12) | Added to: | Expense: Grocery Purchases 07/12/2024 $83.12 |
| 7/12/2024 | Wire Transfer Frank | ($11,650.00) | Added to: | Expense: Rent & Lease:232 Stonehedge Street - The Capital at Elkhorn Creek 07/12/2024 $11,650.00 |
| 7/12/2024 | Venmo | ($200.00) | Added to: | Expense: Catering Expense 07/12/2024 $200.00 |
| 7/12/2024 | Aep Appalachian Bill | ($750.00) | Added to: | Expense: Utilities:AEP Kentucky Power 07/12/2024 $750.00 |
| 7/12/2024 | Waste Management | ($313.98) | Added to: | Expense: Utilities:Waste Management 07/12/2024 $313.98 |
| 7/12/2024 | Fayet Ky | ($286.26) | Added to: | Expense: Utilities:LFUCG Utilities 07/12/2024 $286.26 |
| 7/12/2024 | Prog American Ins | ($976.11) | Added to: | Expense: Insurance 07/12/2024 $976.11 |
| 7/12/2024 | Above Code Va | ($780.62) | Added to: | Expense: Repairs & Maintenance 07/12/2024 $780.62 |
| 7/12/2024 | Zelle Susan Godda | ($800.00) | Added to: | Expense: Payroll Expenses:Susan Goddard 07/12/2024 $800.00 |
| 7/12/2024 | Cash App Jacob | ($322.11) | Added to: | Expense: Payroll Expenses:Leah M Carrithers 07/12/2024 $322.11 |
| 7/12/2024 | Laundry Care Httpswww | ($84.75) | Added to: | Expense: Laundry Expenses:Laundry Care Tennessee 07/12/2024 $84.75 |
| 7/15/2024 | Square Best Ever | ($1,272.00) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/15/2024 $1,272.00 |
| 7/15/2024 | Laundry Valet Ll | ($800.00) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/15/2024 $800.00 |
| 7/15/2024 | Spectrum Farm | ($300.00) | Added to: | Expense: Utilities:Time Warner 07/15/2024 $300.00 |
| 7/15/2024 | Stitch Ca | ($194.46) | Added to: | Expense: Supplies 07/15/2024 $194.46 |
| 7/15/2024 | Blackjack Dispo Www | ($120.70) | Added to: | Expense: Trash Collection 07/15/2024 $120.70 |
| 7/15/2024 | Lake Village Wat | ($493.96) | Added to: | Expense: Utilities:Lake Village Water Company 07/15/2024 $493.96 |
| 7/15/2024 | Mtvernonfireinsu Insuran | ($430.20) | Added to: | Expense: Insurance 07/15/2024 $430.20 |
| 7/15/2024 | Instacart | ($85.93) | Added to: | Expense: Grocery Purchases 07/15/2024 $85.93 |
| 7/15/2024 | Cash App Chikao | ($1,188.28) | Added to: | Expense: Crystalklin Cleaning Contractor Pay 07/15/2024 $1,188.28 |

| Date | Payee | Amount | | Description |
|---|---|---|---|---|
| 7/15/2024 | Ic Abc Fine | ($114.00) | Added to: | Expense: Catering Expense 07/15/2024 $114.00 |
| 7/15/2024 | Zelle Susan Godda | ($600.00) | Added to: | Expense: Payroll Expenses:Susan Goddard 07/15/2024 $600.00 |
| 7/15/2024 | Square Best Ever | ($212.00) | Added to: | Expense: Supplies 07/15/2024 $212.00 |
| 7/15/2024 | All Under One | ($1,120.00) | Added to: | Expense: Payroll Expenses:Candace Kilgore-Payroll 07/15/2024 $1,120.00 |
| 7/15/2024 | Andrew Unlimit Sale | ($420.00) | Added to: | Expense: Landscaping Expense 07/15/2024 $420.00 |
| 7/15/2024 | Venmo | ($300.00) | Added to: | Expense: Supplies 07/15/2024 $300.00 |
| 7/15/2024 | Instacart | ($180.00) | Added to: | Expense: Grocery Purchases 07/15/2024 $180.00 |
| 7/15/2024 | Ic Abc Fine | ($24.42) | Added to: | Expense: Catering Expense 07/15/2024 $24.42 |
| 7/15/2024 | Laundry Valet Ll | ($721.40) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/15/2024 $721.40 |
| 7/15/2024 | Mtvernonfireinsu Insuran | ($430.20) | Added to: | Expense: Insurance 07/15/2024 $430.20 |
| 7/15/2024 | Venmo | ($1,450.00) | Added to: | Expense: Repairs & Maintenance 07/15/2024 $1,450.00 |
| 7/15/2024 | Venmo | ($260.00) | Added to: | Expense: Repairs & Maintenance 07/15/2024 $260.00 |
| 7/15/2024 | Intuit | ($200.00) | Added to: | Expense: Quickbooks Monthly 07/15/2024 $200.00 |
| 7/15/2024 | Venmo | ($650.00) | Added to: | Expense: Landscaping Expense 07/15/2024 $650.00 |
| 7/15/2024 | Lake Village Wat | ($234.86) | Added to: | Expense: Utilities:Lake Village Water Company 07/15/2024 $234.86 |
| 7/15/2024 | Middle Tennesse Mtemc | ($400.00) | Added to: | Expense: Utilities:Middle Tennessee Utilities 07/15/2024 $400.00 |
| 7/15/2024 | Instacart | ($48.41) | Added to: | Expense: Grocery Purchases 07/15/2024 $48.41 |
| 7/15/2024 | Instacart | ($22.49) | Added to: | Expense: Grocery Purchases 07/15/2024 $22.49 |
| 7/15/2024 | Venmo | ($300.00) | Added to: | Expense: Supplies 07/15/2024 $300.00 |
| 7/15/2024 | Hopkins Hos Gosq.com | ($1,717.50) | Added to: | Expense: Catering Expense 07/15/2024 $1,717.50 |
| 7/15/2024 | Muni Billing Nc | ($10.05) | Added to: | Expense: Dues and Subscriptions 07/15/2024 $10.05 |
| 7/15/2024 | Aep Appalachian Bill | ($780.00) | Added to: | Expense: Utilities:AEP Kentucky Power 07/15/2024 $780.00 |
| 7/15/2024 | Lake Village Wat | ($262.99) | Added to: | Expense: Utilities:Lake Village Water Company 07/15/2024 $262.99 |
| 7/15/2024 | Cash App Jacob | ($225.80) | Added to: | Expense: Supplies 07/15/2024 $225.80 |
| 7/15/2024 | Venmo | ($300.00) | Added to: | Expense: Supplies 07/15/2024 $300.00 |
| 7/15/2024 | Big Sandy Recc | ($465.00) | Added to: | Expense: Utilities:Big Sandy electric 07/15/2024 $465.00 |
| 7/15/2024 | Chefsprep Gosq.com Ky | ($1,750.00) | Added to: | Expense: Catering Expense 07/15/2024 $1,750.00 |
| 7/15/2024 | Optimum Cable Pmnt | ($437.91) | Added to: | Expense: Utilities:Time Warner 07/15/2024 $437.91 |
| 7/15/2024 | Instacart | ($126.67) | Added to: | Expense: Grocery Purchases 07/15/2024 $126.67 |
| 7/15/2024 | QVC | ($30.09) | Added to: | Expense: QVC Purchases 07/15/2024 $30.09 |
| 7/15/2024 | Travelers Insurance | ($453.45) | Added to: | Expense: Insurance 07/15/2024 $453.45 |
| 7/15/2024 | The Farm LLC | ($8,960.18) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/15/2024 $8,960.18 |
| 7/15/2024 | Cash App Jacob | ($257.30) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/15/2024 $257.30 |

| Date | Payee | Amount | | Category |
|---|---|---|---|---|
| 7/15/2024 | Venmo | ($850.00) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/15/2024 $850.00 |
| 7/15/2024 | Enterprise Comm Fl | ($362.15) | Added to: | Expense: Utilities:Enterprise Community 07/15/2024 $362.15 |
| 7/16/2024 | Ruebarue Www | ($133.81) | Added to: | Expense: Dues and Subscriptions 07/16/2024 $133.81 |
| 7/16/2024 | Spectrum Mo | ($910.01) | Added to: | Expense: Utilities:Time Warner 07/16/2024 $910.01 |
| 7/16/2024 | Instacart | ($165.56) | Added to: | Expense: Grocery Purchases 07/16/2024 $165.56 |
| 7/16/2024 | Crystal | ($280.00) | Added to: | Expense: Payroll Expenses:Crystal Kilgore-Payroll 07/16/2024 $280.00 |
| 7/16/2024 | Appfolio F Web | ($2.49) | Added to: | Expense: Dues and Subscriptions 07/16/2024 $2.49 |
| 7/16/2024 | Venmo | ($300.00) | Added to: | Expense: Supplies 07/16/2024 $300.00 |
| 7/16/2024 | Cumminscontracti Sale F | ($687.94) | Added to: | Expense: Repairs & Maintenance 07/16/2024 $687.94 |
| 7/16/2024 | Laundry Care Httpswww | ($19.50) | Added to: | Expense: Laundry Expenses:Laundry Care Tennessee 07/16/2024 $19.50 |
| 7/16/2024 | Venmo | ($835.00) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/16/2024 $835.00 |
| 7/16/2024 | Rumpke | ($5.64) | Added to: | Expense: Utilities:Rumpke Trash 07/16/2024 $5.64 |
| 7/16/2024 | Chuck Hva Gosq.com | ($259.21) | Added to: | Expense: Repairs & Maintenance:HVAC Repairs 07/16/2024 $259.21 |
| 7/16/2024 | Laundry Care Httpswww | ($205.00) | Added to: | Expense: Laundry Expenses:Laundry Care Tennessee 07/16/2024 $205.00 |
| 7/16/2024 | Kentucky Utilities | ($710.00) | Added to: | Expense: Utilities:Kentucky Utilities 07/16/2024 $710.00 |
| 7/16/2024 | Cash App Lakin | ($464.00) | Added to: | Expense: Payroll Expenses:Lakin Johnson - Payroll 07/16/2024 $464.00 |
| 7/16/2024 | Ruebarue Www | ($115.84) | Added to: | Expense: Dues and Subscriptions 07/16/2024 $115.84 |
| 7/16/2024 | Venmo | ($1,000.00) | Added to: | Expense: Landscaping Expense 07/16/2024 $1,000.00 |
| 7/16/2024 | Spectrum Mo | ($259.16) | Added to: | Expense: Utilities:Time Warner 07/16/2024 $259.16 |
| 7/16/2024 | TXU Energy | ($516.46) | Added to: | Expense: Utilities:Duke Energy 07/16/2024 $516.46 |
| 7/16/2024 | Two Creeks Prope | ($525.00) | Added to: | Expense: Dues and Subscriptions 07/16/2024 $525.00 |
| 7/16/2024 | Chuck Hva Gosq.com | ($347.11) | Added to: | Expense: Repairs & Maintenance:HVAC Repairs 07/16/2024 $347.11 |
| 7/16/2024 | Aep Appalachian Bill | ($750.00) | Added to: | Expense: Utilities:AEP Kentucky Power 07/16/2024 $750.00 |
| 7/16/2024 | Kentucky Utilities | ($680.00) | Added to: | Expense: Utilities:Kentucky Utilities 07/16/2024 $680.00 |
| 7/17/2024 | Wire Transfer Incoming | ($15.00) | Added to: | Expense: Bank Charges & Fees 07/17/2024 $15.00 |
| 7/17/2024 | Venmo | ($433.35) | Added to: | Expense: Refunds to Guests 07/17/2024 $433.35 |
| 7/17/2024 | Laundry Valet Ll | ($925.00) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/17/2024 $925.00 |
| 7/17/2024 | Wire Transfer Nicholas | ($6,605.23) | Added to: | Expense: Refunds to Guests 07/17/2024 $6,605.23 |
| 7/17/2024 | Zelle Melissa Bec | ($324.00) | Added to: | Expense: Landscaping Expense 07/17/2024 $324.00 |
| 7/17/2024 | Laundry Care Httpswww | ($205.00) | Added to: | Expense: Laundry Expenses:Laundry Care Tennessee 07/17/2024 $205.00 |
| 7/17/2024 | Venmo | ($1,000.00) | Added to: | Expense: Landscaping Expense 07/17/2024 $1,000.00 |
| 7/17/2024 | SAFECO | ($385.25) | Added to: | Expense: Insurance 07/17/2024 $385.25 |
| 7/17/2024 | Laundry Care Httpswww | ($19.50) | Added to: | Expense: Laundry Expenses:Laundry Care Tennessee 07/17/2024 $19.50 |

| Date | Payee | Amount | Description |
|---|---|---|---|
| 7/17/2024 | Wire Transfer Ar | ($13,000.00) | Added to: Expense: Rent & Lease:1918 and 1922 Nicholasville Road 07/17/2024 $13,000.00 |
| 7/17/2024 | Kentucky Utilities | ($660.00) | Added to: Expense: Utilities:Kentucky Utilities 07/17/2024 $660.00 |
| 7/17/2024 | Square Best Ever | ($1,272.00) | Added to: Expense: Repairs & Maintenance:Housekeeping 07/17/2024 $1,272.00 |
| 7/17/2024 | All Under One | ($1,119.32) | Added to: Expense: Payroll Expenses:Candace Kilgore-Payroll 07/17/2024 $1,119.32 |
| 7/17/2024 | Travelers Insurance | ($200.79) | Added to: Expense: Insurance 07/17/2024 $200.79 |
| 7/17/2024 | Cash App Gypsy | ($448.58) | Added to: Expense: Payroll Expenses:Honeysuckle Farms Hospitality 07/17/2024 $448.58 |
| 7/17/2024 | Aep Appalachian Bill | ($742.50) | Added to: Expense: Utilities:AEP Kentucky Power 07/17/2024 $742.50 |
| 7/17/2024 | Check 7172024 | ($405.57) | Added to: Check: Repairs & Maintenance 7172024 07/17/2024 $405.57 |
| 7/17/2024 | Webfile Tax Dd | ($1,620.94) | Added to: Expense: Taxes & Licenses 07/17/2024 $1,620.94 |
| 7/18/2024 | Zelle Susan Godda | ($1,600.00) | Added to: Expense: Payroll Expenses:Susan Goddard 07/18/2024 $1,600.00 |
| 7/18/2024 | Instacart | ($49.85) | Added to: Expense: Grocery Purchases 07/18/2024 $49.85 |
| 7/18/2024 | Cash App Pamela | ($1,500.00) | Added to: Expense: Repairs & Maintenance 07/18/2024 $1,500.00 |
| 7/18/2024 | Cash App Lakin | ($464.00) | Added to: Expense: Payroll Expenses:Lakin Johnson - Payroll 07/18/2024 $464.00 |
| 7/18/2024 | Instacart | ($8.23) | Added to: Expense: Grocery Purchases 07/18/2024 $8.23 |
| 7/18/2024 | Pool Care Speci | ($217.00) | Added to: Expense: Repairs & Maintenance:Pool Maintenance 07/18/2024 $217.00 |
| 7/18/2024 | Venmo | ($1,230.00) | Added to: Expense: Repairs & Maintenance:Housekeeping 07/18/2024 $1,230.00 |
| 7/18/2024 | Cash App Lakin | ($1,600.00) | Added to: Expense: Payroll Expenses:Lakin Johnson - Payroll 07/18/2024 $1,600.00 |
| 7/18/2024 | Spirit Airlines | ($282.09) | Added to: Expense: Travel 07/18/2024 $282.09 |
| 7/18/2024 | Bank America Nc | ($50.00) | Added to: Expense: Bank Charges & Fees 07/18/2024 $50.00 |
| 7/18/2024 | Crystal | ($280.00) | Added to: Expense: Payroll Expenses:Crystal Kilgore-Payroll 07/18/2024 $280.00 |
| 7/18/2024 | Instacart | ($111.00) | Added to: Expense: Grocery Purchases 07/18/2024 $111.00 |
| 7/18/2024 | Aep Appalachian Bill | ($52.00) | Added to: Expense: Utilities:AEP Kentucky Power 07/18/2024 $52.00 |
| 7/18/2024 | Instacart | ($9.99) | Added to: Expense: Grocery Purchases 07/18/2024 $9.99 |
| 7/18/2024 | Cash App Gypsy | ($224.29) | Added to: Expense: Payroll Expenses:Honeysuckle Farms Hospitality 07/18/2024 $224.29 |
| 7/18/2024 | Wire Transfer Ills | ($23,000.00) | Added to: Expense: Rent & Lease:1266 Willis Branch Road 07/18/2024 $23,000.00 |
| 7/18/2024 | Rumpke | ($475.00) | Added to: Expense: Utili Auto-confirm RULE APPLIED |
| 7/18/2024 | Plumbing Solutions, Inc. | ($506.68) | Added to: Expense: Repairs & Maintenance 07/18/2024 $506.68 |
| 7/18/2024 | Venmo | ($130.00) | Added to: Expense: Supplies 07/18/2024 $130.00 |
| 7/18/2024 | Instacart | ($25.00) | Added to: Expense: Groc Auto-confirm RULE APPLIED |
| 7/18/2024 | Pool Care Speci | ($330.00) | Added to: Expense: Repairs & Maintenance:Pool Maintenance 07/18/2024 $330.00 |
| 7/19/2024 | Wal-Mart | ($111.63) | Added to: Expense: Groc Auto-confirm RULE APPLIED |
| 7/19/2024 | Microsoft | ($74.19) | Added to: Expense: Office Supplies & Software 07/19/2024 $74.19 |
| 7/19/2024 | Instacart | ($74.17) | Added to: Expense: Groc Auto-confirm RULE APPLIED |

| Date | Payee | Amount | | Description |
|---|---|---|---|---|
| 7/19/2024 | Venmo | ($125.00) | Added to: | Expense: Supplies 07/19/2024 $125.00 |
| 7/19/2024 | Betterm | ($53.04) | Added to: | Expense: Supplies 07/19/2024 $53.04 |
| 7/19/2024 | International Service Ass | ($1.59) | Added to: | Expense: Bank Charges & Fees 07/19/2024 $1.59 |
| 7/19/2024 | Homeaway Us Tx | ($699.00) | Added to: | Expense: Advertising & Marketing 07/19/2024 $699.00 |
| 7/19/2024 | Kentucky Utilities | ($330.00) | Added to: | Expense: Utili Auto-confirm RULE APPLIED |
| 7/19/2024 | Instacart | ($5.18) | Added to: | Expense: Groc Auto-confirm RULE APPLIED |
| 7/19/2024 | Smart City | ($94.90) | Added to: | Expense: Utilities:Smart City 07/19/2024 $94.90 |
| 7/19/2024 | Venmo | ($250.00) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/19/2024 $250.00 |
| 7/19/2024 | Kentucky Utilities | ($550.00) | Added to: | Expense: Utili Auto-confirm RULE APPLIED |
| 7/19/2024 | Instacart | ($99.00) | Added to: | Expense: Groc Auto-confirm RULE APPLIED |
| 7/22/2024 | Venmo | ($500.00) | Added to: | Expense: Landscaping Expense 07/22/2024 $500.00 |
| 7/22/2024 | Venmo | ($200.00) | Added to: | Expense: Gasoline Expense 07/22/2024 $200.00 |
| 7/22/2024 | Instacart | ($53.26) | Added to: | Expense: Groc Auto-confirm RULE APPLIED |
| 7/22/2024 | Cash App Candac | ($400.00) | Added to: | Expense: Supplies 07/22/2024 $400.00 |
| 7/22/2024 | Spectrum Farm | ($300.00) | Added to: | Expense: Utili RULE APPLIED |
| 7/22/2024 | Columbia Gas Of Ohio | ($824.46) | Added to: | Expense: Utilities:Columbia Gas KY 07/22/2024 $824.46 |
| 7/22/2024 | Bta Self Storag | ($97.38) | Added to: | Expense: Dues and Subscriptions 07/22/2024 $97.38 |
| 7/22/2024 | Instacart | ($81.00) | Added to: | Expense: Groc Auto-confirm RULE APPLIED |
| 7/22/2024 | Black Hawk | ($490.00) | Added to: | Expense: Repairs & Maintenance 07/22/2024 $490.00 |
| 7/22/2024 | Instacart | ($20.16) | Added to: | Expense: Groc Auto-confirm RULE APPLIED |
| 7/22/2024 | Black Hawk | ($490.00) | Added to: | Expense: Repairs & Maintenance 07/22/2024 $490.00 |
| 7/22/2024 | Square Best Ever | ($227.87) | Added to: | Expense: Supplies 07/22/2024 $227.87 |
| 7/22/2024 | Bta Self Storag | ($116.38) | Added to: | Expense: Dues and Subscriptions 07/22/2024 $116.38 |
| 7/22/2024 | Black Hawk | ($980.00) | Added to: | Expense: Repairs & Maintenance 07/22/2024 $980.00 |
| 7/22/2024 | Instacart | ($84.00) | Added to: | Expense: Gue RULE APPLIED |
| 7/22/2024 | The Farm LLC | ($7,450.45) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/22/2024 $7,450.45 |
| 7/22/2024 | Wire Transfer Incoming | ($15.00) | Added to: | Expense: Bank Charges & Fees 07/22/2024 $15.00 |
| 7/22/2024 | Kentucky Utilities | ($500.00) | Added to: | Expense: Utili Auto-confirm RULE APPLIED |
| 7/22/2024 | Laundry Care Httpswww | ($205.00) | Added to: | Expense: Laur Auto-confirm RULE APPLIED |
| 7/22/2024 | Instacart | ($168.26) | Added to: | Expense: Groc Auto-confirm RULE APPLIED |
| 7/22/2024 | Square Best Ever | ($1,272.00) | Added to: | Expense: Repairs & Maintenance:Housekeeping 07/22/2024 $1,272.00 |
| 7/22/2024 | Black Hawk | ($1,660.00) | Added to: | Expense: Repairs & Maintenance 07/22/2024 $1,660.00 |
| 7/22/2024 | Laundry Care Httpswww | ($101.81) | Added to: | Expense: Laur Auto-confirm RULE APPLIED |