**Fill in this information to identify the case:**

Debtor name  **The Farm, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **6:24-bk-00362**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■ Amended *Schedule*        **Schedule E/F: Who have Unsecured Claims**
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 17, 2024**        X **/s/ Katie Martin Loane**
                            Signature of individual signing on behalf of debtor

                            **Katie Martin Loane**
                            Printed name

                            **CFO**
                            Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name        **The Farm, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:24-bk-00362**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $     **624,659.32**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................ $     **624,659.32**

### Part 2:    Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     **914,545.60**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $     **252,417.87**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$     **4,710,393.32**

4.  **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b      $     **5,877,356.79**

| **Fill in this information to identify the case:** |
| --- |
| Debtor name **The Farm, LLC** |
| United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) **6:24-bk-00362** |

Amended to add creditors-
See attached Mailing Matrix
for list of added creditors.

■ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- | --- |
| 2.1 | Priority creditor's name and mailing address<br>**Arkansas Parks and Tourism**<br>**1100 North Street**<br>**Little Rock, AR 72201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$4,135.00** | **$4,135.00** |
|  | Date or dates debt was incurred<br>**4/2023 to 12/2023** | Basis for the claim:<br>**tourism tax** | | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |
| 2.2 | Priority creditor's name and mailing address<br>**Arkansas State Tax**<br>**PO Box 1000**<br>**Little Rock, AR 72203-1000** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$13,064.00** | **$13,064.00** |
|  | Date or dates debt was incurred<br>**4/2023 to 12/2023** | Basis for the claim:<br>**state tax** | | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

| Debtor | **The Farm, LLC** | | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $416.10 | $416.10 |
|---|---|---|---|---|
| | **Beaufort County Tax Collecto** <br> **100 Ribaut Rd #165** <br> **Beaufort, SC 29902** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred <br> **4/2023 to 12/2023** | Basis for the claim: <br> **accommodations tax** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,974.00 | $1,974.00 |
|---|---|---|---|---|
| | **Benton County Tax** <br> **2401 SW D Street** <br> **Suite 3** <br> **Bentonville, AR 72712** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred <br> **4/2023 to 12/2023** | Basis for the claim: <br> **County tax** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $826.00 | $826.00 |
|---|---|---|---|---|
| | **Berkeley County WV Room Tax** <br> **c/o Mark Spickler** <br> **PO 828** <br> **Martinsburg, WV 25402** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred <br> **11/2023 to 12/2023** | Basis for the claim: <br> **room tax** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,470.00 | $2,470.00 |
|---|---|---|---|---|
| | **Boyle County Room Tax** <br> **321 W Main Street** <br> **Room 217** <br> **Danville, KY 40422** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred <br> **4/2023 to 12/2023** | Basis for the claim: <br> **room tax** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

---

| Debtor | **The Farm, LLC** | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

---

**2.7**

Priority creditor's name and mailing address
**City of Franklin TN**
**109 3rd Avenue South**
**Franklin, TN 37064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,065.00    $2,065.00

Date or dates debt was incurred
**5/2023 to 12/2023**

Basis for the claim:
**City tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.8**

Priority creditor's name and mailing address
**Commonwealth of Kentucky**
**Sales Tax**
**PO Box 181**
**Frankfort, KY 40602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$99,044.00    $99,044.00

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:
**sales tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.9**

Priority creditor's name and mailing address
**Durham County Room Tax**
**201 East Main Street**
**3rd Floor**
**Administrative Building II**
**Durham, NC 27701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,914.00    $11,914.00

Date or dates debt was incurred
**5/2023 to 12/2023**

Basis for the claim:
**room tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.10**

Priority creditor's name and mailing address
**Franklin County Arts Tax**
**33 Market Street**
**Apalachicola, FL 32320**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,928.00    $3,928.00

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:
**arts tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **The Farm, LLC** | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,892.00** | **$5,892.00** |
|---|---|---|---|---|

**Franklin County Room Tax**
**272 N. Second Street**
**Chambersburg, PA 17201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **4/2023 to 12/2023** | **room tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,233.00** | **$1,233.00** |
|---|---|---|---|---|

**Franklin County TN Tax**
**1 S Jefferson Street**
**#B1**
**Winchester, TN 37398**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **4/2023 to 12/2023** | **County tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$250.87** | **$250.87** |
|---|---|---|---|---|

**Hunt County Sales Tax**
**112 E. Main Street**
**Quinlan, TX 75474**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **6/2023 to 12/2023** | **sales tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**Post Office Box 7317**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2022** | |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **The Farm, LLC** | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,331.00 | $7,331.00 |
|---|---|---|---|---|

**Jessamine County Transient Room Tax**
**105 Court Row**
**Nicholasville, KY 40356**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:
**room tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,762.00 | $1,762.00 |
|---|---|---|---|---|

**Laclede County Missouri**
**158 N Adams Avenue**
**Lebanon, MO 65536**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,269.00 | $6,269.00 |
|---|---|---|---|---|

**Missouri State Tax**
**PO Box 931000**
**Louisville, KY 40293**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,482.00 | $9,482.00 |
|---|---|---|---|---|

**North Carolina State Sales Tax**
**PO Box 25000**
**Raleigh, NC 27640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **The Farm, LLC** | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

---

**2.19** | Priority creditor's name and mailing address

**Osceola County Tax Coll
Tourist Tax Dept
PO Box 422105
Kissimmee, FL 34742-2105**

Date or dates debt was incurred
**4/2023 to 8/2023**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$2,711.00**    **$2,711.00**

---

**2.20** | Priority creditor's name and mailing address

**Powhatan County Tax
3834 Old Buckingham Road
Suite C
Powhatan, VA 23139**

Date or dates debt was incurred
**4/2023 to 12/2023**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**room tax**

Is the claim subject to offset?
■ No
☐ Yes

**$9,585.00**    **$9,585.00**

---

**2.21** | Priority creditor's name and mailing address

**Prestonsburg Tax
PO Box 491
Frankfort, KY 40602**

Date or dates debt was incurred
**4/2023 to 12/2023**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$1,702.00**    **$1,702.00**

---

**2.22** | Priority creditor's name and mailing address

**Pulaski County Room Tax
301 Route 66 East
Waynesville, MO 65583**

Date or dates debt was incurred
**4/2023 to 12/2023**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$1,596.00**    **$1,596.00**

---

| Debtor | **The Farm, LLC** | | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|---|
| | Name | | | |

---

| **2.23** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$277.40** | **$277.40** |
|---|---|---|---|---|
| | **South Carolina State**<br>**Accommodations Tax**<br>**PO Box 125**<br>**Columbia, SC 29214-0840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred<br>**11/2023 to 12/2023** | Basis for the claim: |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

| **2.24** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$20,056.00** | **$20,056.00** |
|---|---|---|---|---|
| | **Tennessee State Tax**<br>**500 Deaderick Street**<br>**Nashville, TN 37242** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred<br>**4/2023 to 12/2023** | Basis for the claim: |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

| **2.25** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$250.00** | **$250.00** |
|---|---|---|---|---|
| | **Texas State Sales Tax**<br>**PO Box 13528**<br>**Austin, TX 78711** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred<br>**10/2023** | Basis for the claim: |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

| **2.26** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,741.00** | **$3,741.00** |
|---|---|---|---|---|
| | **Texas State Tax**<br>**IRS**<br>**PO Box 1214**<br>**Charlotte, NC 28201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred<br>**4/2023 to 12/2023** | Basis for the claim: |
|---|---|---|
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

Debtor   **The Farm, LLC**                                    Case number (if known)   **6:24-bk-00362**
_____
Name

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16,121.00** | **$16,121.00** |
|---|---|---|---|---|

**Transient Room Tax Kentucky**
**PO Box 1303**
**Frankfort, KY 40602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,085.50** | **$1,085.50** |
|---|---|---|---|---|

**Virginia Sales Tax**
**PO Box 1115**
**Richmond, VA 23218**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/2023**

Basis for the claim:
**sales tax**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,287.00** | **$10,287.00** |
|---|---|---|---|---|

**Virginia State Sales Tax**
**PO Box 1115**
**Richmond, VA 23218**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$827.00** | **$827.00** |
|---|---|---|---|---|

**West Virginia Municipal Sale**
**and Use Tax**
**1001 Lee Street East**
**Charleston, WV 25301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/2023 to 12/2023**

Basis for the claim:
**Sales tax**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **The Farm, LLC** | | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|---|
| | Name | | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $827.00 | $827.00 |
|---|---|---|---|---|

**West Virginia Sales Tax**
**1001 Lee Street East**
**Charleston, WV 25301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/2023 to 12/2023**

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,296.00 | $11,296.00 |
|---|---|---|---|---|

**Williamson City Room Tax**
**113 South 1st Street**
**Williams, AZ 86046**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2023 to 12/2023**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.**  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $7,451.07 |
|---|---|---|---|

**A Memory Grows**
**PO Box 34282**
**Fort Worth, TX 76162**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $5,104.76 |
|---|---|---|---|

**Abby Cervantez**
**1020 Sugar Lane**
**#210**
**Palestine, TX 75801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $7,338.21 |
|---|---|---|---|

**Abigail Ida**
**8515 Avens Circle**
**Colorado Springs, CO 80920**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The Farm, LLC** | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|

Name

---

**3.4** | Nonpriority creditor's name and mailing address

**Addie Ramonda**
**2744 S Coast Highway**
**Laguna Beach, CA 92651**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,820.23**

---

**3.5** | Nonpriority creditor's name and mailing address

**Allie Stephens**
**9109 Colchester Ridge**
**Knoxville, TN 37922**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$8,381.53**

---

**3.6** | Nonpriority creditor's name and mailing address

**Alyssa Stone**
**5310 Colodny Drive**
**Uni 1**
**Agoura Hills, CA 91301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,238.21**

---

**3.7** | Nonpriority creditor's name and mailing address

**Amanda Morse**
**905 Kenilworth Ave**
**APT 137**
**Charlotte, NC 28204**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$12,650.00**

---

**3.8** | Nonpriority creditor's name and mailing address

**Amber White**
**152 Darlene Dr**
**Belton, SC 29627**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,624.89**

---

**3.9** | Nonpriority creditor's name and mailing address

**American Express**
**PO Box 297871**
**Fort Lauderdale, FL 33329**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CC__

Is the claim subject to offset? ■ No ☐ Yes

**$241,098.00**

---

**3.10** | Nonpriority creditor's name and mailing address

**American Express**
**PO Box 297871**
**Fort Lauderdale, FL 33329**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CC__

Is the claim subject to offset? ■ No ☐ Yes

**$1,364.00**

---

| Debtor | **The Farm, LLC** | Case number *(if known)* | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

---

**3.11**

**Nonpriority creditor's name and mailing address**

**American Furniture Rentals**
**PO Box 778962**
**Chicago, IL 60677-8962**

Date(s) debt was incurred  **8/2023**

Last 4 digits of account number  **2862**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **residential furniture lease**

Is the claim subject to offset? ■ No  ☐ Yes

**$22,379.62**

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Amy Bell**
**710 Quarry Road**
**Springville, PA 18844**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,773.88**

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Amy Giglio**
**4300 Telegraph**
**Ventura, CA 93003**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,737.96**

---

**3.14**

**Nonpriority creditor's name and mailing address**

**Amy Jones**
**3 Kandos Drive**
**Otago, TAS Australia 7053**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,350.72**

---

**3.15**

**Nonpriority creditor's name and mailing address**

**Angela Ingram**
**120 East Sixth Street**
**Portland, IN 47371**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,138.31**

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Angela Niehaus**
**40 Rossford Avenue**
**Fort Thomas, KY 41075**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,787.10**

---

**3.17**

**Nonpriority creditor's name and mailing address**

**Angela Pang**
**172 Verde Vista Drive**
**Thousand Oaks, CA 91360**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,968.79**

---

Debtor **The Farm, LLC**
_____
Name

Case number (if known)   **6:24-bk-00362**
_____

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,528.69 |
|---|---|---|---|

**Anna Smiley**
**5487 Sopnia Avenue NW**
**Massillon, OH 44647**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,716.32 |
|---|---|---|---|

**Anne White**
**12488 Heathestone Pl**
**Carmel, IN 46033**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,744.41 |
|---|---|---|---|

**Annette Baker**
**876 Stallion Spirit Trail**
**Clover, SC 29710**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,170.45 |
|---|---|---|---|

**April Hilton**
**2203 Field Lane**
**Mansfield, TX 76063**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,300.91 |
|---|---|---|---|

**April Huang**
**4476 Coffeetree Lane**
**Moorpark, CA 93021**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,933.10 |
|---|---|---|---|

**Arthur Athens**
**506 Eagle Point Drive**
**Columbia, SC 29229**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,777.91 |
|---|---|---|---|

**Ashanee Lenior**
**6965 Antequera Street**
**Las Vegas, NV 89149**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **The Farm, LLC** | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,777.91** |
|---|---|---|---|

**Ashley Galante**
**4557 Thomasville Road**
**Chapmansboro, TN 37035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,560.74** |
|---|---|---|---|

**Ashley Hanson**
**14240 N 42nd Place**
**Phoenix, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,927.91** |
|---|---|---|---|

**Audrey Umali**
**3124 Escapardo Court**
**Colorado Springs, CO 80917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,575.00** |
|---|---|---|---|

**Bailey Dodge**
**2843 Silver Saddle Street**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,240.00** |
|---|---|---|---|

**Bank of America**
**PO Box 15726**
**Wilmington, DE 19886-5726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **CC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,863.31** |
|---|---|---|---|

**Barb Claycomb**
**1811 Whitney Drive**
**Richardson, TX 75082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,108.00** |
|---|---|---|---|

**Barbara Charles**
**57 Glengary Drive**
**Delaware, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The Farm, LLC** | | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,438.36** |
|---|---|---|---|
| | **Barbara Wieder**<br>**860 Inverrary Court**<br>**Annapolis, MD 21401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,681.80** |
|---|---|---|---|
| | **Beth Strelow**<br>**5770 Club Lane**<br>**Roanoke, VA 24018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,369.88** |
|---|---|---|---|
| | **Brandon Dalo**<br>**& Kanwara Wongsuwan**<br>**16941 Lawnwood Street**<br>**La Puente, CA 91744** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,974.66** |
|---|---|---|---|
| | **Brandon Danh**<br>**3449 Ellison St**<br>**Los Angeles, CA 90063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,200.00** |
|---|---|---|---|
| | **Brany Kremer**<br>**498 Gower St**<br>**Staten Island, NY 10314** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,594.63** |
|---|---|---|---|
| | **Braxton Dixon**<br>**20291 West 22rd Terrace**<br>**Spring Hill, KS 66083** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,600.24** |
|---|---|---|---|
| | **Breanna Potts**<br>**418 Maple Street**<br>**Berne, IN 46711** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **The Farm, LLC** | | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|---|
| | Name | | | |

---

**3.39** | **Nonpriority creditor's name and mailing address**
**Brenda Gamba**
**2492 St. James Drive**
**Southport, NC 28461**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,562.62**

---

**3.40** | **Nonpriority creditor's name and mailing address**
**Brian Allen**
**401 Rebel Ridge Rd**
**Science Hill, KY 42553**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,916.27**

---

**3.41** | **Nonpriority creditor's name and mailing address**
**Brian Rudolf**
**451 American Way Ln**
**Carmel, IN 46032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,708.84**

---

**3.42** | **Nonpriority creditor's name and mailing address**
**Briana Okyere**
**594 Hamilton Street**
**#F**
**Costa Mesa, CA 92627**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,075.91**

---

**3.43** | **Nonpriority creditor's name and mailing address**
**Brianna Madrigal**
**8074 3rd Street**
**Paramount, CA 90723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,530.50**

---

**3.44** | **Nonpriority creditor's name and mailing address**
**Brittany Rieg**
**7017 McClure Ave**
**Pittsburg, PA 15128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,397.48**

---

**3.45** | **Nonpriority creditor's name and mailing address**
**Brook Furniture Rental, Inc.**
**24997 Network Place**
**Chicago, IL 60673-1249**

Date(s) debt was incurred  August 2023

Last 4 digits of account number  2862

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  residential furniture lease

Is the claim subject to offset? ■ No ☐ Yes

**$6,823.74**

---

| Debtor | **The Farm, LLC** | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,059.08 |
|---|---|---|---|

**Bruce Bevan**
**11567 Heatherberry Circle**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,088.87 |
|---|---|---|---|

**Bruce Robinson**
**2144 Fox Hound Chase**
**Marietta, GA 30062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,500.00 |
|---|---|---|---|

**Caitriona Ennis**
**4411 Murrayhill Road**
**Charlotte, NC 28209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,827.71 |
|---|---|---|---|

**Camilla Woodhatch**
**4721 Hampshire Drive**
**Flower Mound, TX 75028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,671.88 |
|---|---|---|---|

**Carl Simmons**
**15530 Donnybrook**
**Reno, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,122.29 |
|---|---|---|---|

**Carmen Richards**
**13185 6th Street, SE**
**Hope, ND 58046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,830.66 |
|---|---|---|---|

**Carol Trainor**
**4038 Carrs Road**
**Manchester, MD 21102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The Farm, LLC** | | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,971.89 |
|---|---|---|---|

**Carolyn Campos**
**712 W Bonaire Drive**
**Lafayette, LA 70506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,028.00 |
|---|---|---|---|

**Casey Kahle**
**14659 Road 17N**
**Fort Jennings, OH 45844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,300.31 |
|---|---|---|---|

**Cassim Bham**
**40 Terrace Drive**
**Sausalito, CA 94965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,616.39 |
|---|---|---|---|

**Catrisa Costa**
**203 Oak St**
**Mount Airy, MD 21771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204,600.86 |
|---|---|---|---|

**Celtic Advance LLC**
**8 The Green**
**Suite A**
**Dover, DE 19901**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/13/2023**

Last 4 digits of account number _

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,500.00 |
|---|---|---|---|

**Chelsea Hargett**
**628 E Clements Street**
**Baltimore, MD 21230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,493.83 |
|---|---|---|---|

**Cherrie Whitlow**
**11053 AL Highway 33**
**Moulton, AL 35650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The Farm, LLC** | | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,942.96 |
|---|---|---|---|

**Christian Geisel-Ortiz**
**1421 6th Street**
**Berkeley, CA 94710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,313.49 |
|---|---|---|---|

**Christina Arnold**
**17224 Miss Packard**
**Dumfries, VA 22026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,002.00 |
|---|---|---|---|

**Christine Carney**
**309 Stotesbury Ave**
**Newfield, NJ 08344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,839.71 |
|---|---|---|---|

**Christine Rogers**
**3929 Archwood Lane**
**Toledo, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,165.20 |
|---|---|---|---|

**Christopher Alvarado**
**8425 Mattituck Cir**
**Orlando, FL 32829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,876.29 |
|---|---|---|---|

**Christopher Brinkman**
**121 Knotty Pine Drive**
**Ottawa, OH 45875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,149.74 |
|---|---|---|---|

**Cindy Drake**
**2716 E 39th Place**
**Tulsa, OK 74105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **The Farm, LLC**                                    Case number (if known)   **6:24-bk-00362**
_____
Name

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,803.10 |
|---|---|---|---|

**Cindy Finkbeiner**
**5451 County Road 491**
**Lewiston, MI 49756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,682.00 |
|---|---|---|---|

**City of Faith Reentry Serv.**
**Allen Winkler**
**1400 South Garfield Drive**
**Little Rock, AR 72204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,650.70 |
|---|---|---|---|

**City Owl Press**
**Tina Santino**
**14 Crabtree Lane**
**Staten Island, NY 10309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149,000.00 |
|---|---|---|---|

**CloudFund LLC**
**Deltabridge**
**400 Rella Blvd Ste 165-101**
**Suffern, NY 10901**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  12/19/2023

Basis for the claim:  **Merchant Cash Advance**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,614.60 |
|---|---|---|---|

**Cole McCarter**
**9031 Garners Ferry Rd**
**Hopkins, SC 29061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,201.01 |
|---|---|---|---|

**Concetta Ferrari**
**727 Salisbury Turnpike**
**Rhinebeck, NY 12572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,376.52 |
|---|---|---|---|

**Connie Hunt**
**256 Anderson Rd**
**King of Prussia, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Farm, LLC**      Case number (if known) **6:24-bk-00362**
_____
Name

| | | |
|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,616.00** |

**Corinthia Houston**
**3544 Parkside Drive**
**San Bernardino, CA 92404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Cornelius & Maria Neufield**
**171 Unit B**
**County Road 109**
**Seminole, TX 79360**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,750.00** |

**Courtney White and**
**Troy Powley**
**1137 Fort Congaree Trail**
**APT 2638**
**Cayce, SC 29033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,028.69** |

**Cynthia Delchiero**
**150 Harbor Street**
**Branford, CT 06405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,982.05** |

**Dale Madsen**
**1 Latania Lane**
**Chico, CA 95926**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,345.05** |

**Dan Zehr**
**6317 Wild Street**
**Austin, TX 78757**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,201.22** |

**Danielle Amoroso**
**2204 Willow Street**
**Wantagh, NY 11793**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The Farm, LLC** | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,405.17 |
|---|---|---|---|

**Danielle Smith**
**1538 Grand Rue Drive**
**Casselberry, FL 32707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,893.32 |
|---|---|---|---|

**Dave Caruth**
**291 Sandcastle Drive**
**Holland, MI 49424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,655.00 |
|---|---|---|---|

**David Boyington**
**5008 Airport Road NW**
**Roanoke, VA 24020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,870.01 |
|---|---|---|---|

**Dawn Farrington**
**1 Roseland Court**
**Clifton Park, NY 12065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,535.63 |
|---|---|---|---|

**Debbie Broadway**
**14171 Milan Street**
**Westminster, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,536.13 |
|---|---|---|---|

**Deborah Beavin**
**1103 Juniper Springs Drive**
**Louisville, KY 40242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,320.84 |
|---|---|---|---|

**Deborah Palmer-Teja**
**7 Joy Line**
**Chico, CA 95926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The Farm, LLC** | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

---

**3.88** | Nonpriority creditor's name and mailing address

**Derek Boonchaisri**
**22010 Daffodil Ct**
**Leonardtown, MD 20650**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$5,318.23**

---

**3.89** | Nonpriority creditor's name and mailing address

**Divvy**
**13707 S 200 W Ste 100**
**Draper, UT 84020**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **0460**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CC**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,471.00**

---

**3.90** | Nonpriority creditor's name and mailing address

**Donna Reymond**
**84 Beaver Creek Trail**
**Greenville, IL 62246**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$7,012.03**

---

**3.91** | Nonpriority creditor's name and mailing address

**Doris Gudauskas**
**813 Heard Ct**
**Auburn, AL 36830**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,452.84**

---

**3.92** | Nonpriority creditor's name and mailing address

**Douglas Persing**
**7815 Cedrela Drive**
**Pasadena, MD 21122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$5,072.86**

---

**3.93** | Nonpriority creditor's name and mailing address

**Dullabh Kp**
**9211 Courtney Way**
**Roseville, CA 95747**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$5,481.39**

---

**3.94** | Nonpriority creditor's name and mailing address

**Dustin Barzell**
**65 Kingston Avenue**
**Brooklyn, NY 11213**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$4,060.47**

---

| Debtor | **The Farm, LLC** | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,650.57** |
|---|---|---|---|
| | **Ebony Bridges**<br>**513 Darrow Road**<br>**York, PA 17404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,693.55** |
|---|---|---|---|
| | **Ee Tay**<br>**1115 E 9th Street**<br>**Apt. 18G**<br>**New York, NY 10003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,649.00** |
|---|---|---|---|
| | **Elan Financial Service**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _2023_ | Basis for the claim: _CC_ | |
| | Last 4 digits of account number _9082_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,752.00** |
|---|---|---|---|
| | **Elan Financial Service**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _2023_ | Basis for the claim: _CC_ | |
| | Last 4 digits of account number _5541_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,388.02** |
|---|---|---|---|
| | **Elijah Soriano**<br>**9844 Newcomb Avenue**<br>**Whittier, CA 90603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,800.00** |
|---|---|---|---|
| | **Elise Rodriguez**<br>**1715 W Carol Avenue**<br>**Mesa, AZ 85202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,386.19** |
|---|---|---|---|
| | **Emil Lewis**<br>**1355 W Potrero Road**<br>**Westlake Village, CA 91361** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **The Farm, LLC**                                       Case number (if known)   **6:24-bk-00362**
_____
Name

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,196.43** |
|---|---|---|---|

**Emily Field**
**450 Perimeter Drive**
**Apt 11317**
**Midlothian, VA 23113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,438.21** |
|---|---|---|---|

**Emily Hinton**
**964 Keith Drive**
**Roseville, CA 95661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,364.55** |
|---|---|---|---|

**Emily Mallett**
**13135 Mindanao Way**
**#1**
**Marina Del Rey, CA 90292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57,000.00** |
|---|---|---|---|

**EN OD, LLC**
**1777 Reisterstown Rd**
**Pikesville, MD 21208**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Merchant Cash Advance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,190.96** |
|---|---|---|---|

**Erin Thomas**
**2216 Field Pond Lane**
**Monroe, NC 28112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,820.23** |
|---|---|---|---|

**Esther Yoon**
**939 S Ogden Drive**
**Unit 2**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,486.00** |
|---|---|---|---|

**Frank and Sabine Bennan**
**17885 Fraley Blvd**
**Dumfries, VA 22026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The Farm, LLC** | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

---

**3.109**

**Nonpriority creditor's name and mailing address**

**Fundbox Inc**
**6900 Dallas Parkway**
**Suite 700**
**Plano, TX 75024**

Date(s) debt was incurred  **2022-2023**

Last 4 digits of account number  **4188**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Merchant Cash Adance**

Is the claim subject to offset? ■ No  ☐ Yes

**$51,887.58**

---

**3.110**

**Nonpriority creditor's name and mailing address**

**Gail Stepanek**
**1446 Bayhill Drive**
**New Lenox, IL 60451**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$13,000.00**

---

**3.111**

**Nonpriority creditor's name and mailing address**

**Gary & Tammy Moffet**
**6406 Eldorado Drive**
**Tampa, FL 33615**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,702.40**

---

**3.112**

**Nonpriority creditor's name and mailing address**

**Gerry Riley**
**6030 Royal Gate Place**
**Indianapolis, IN 46237**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,158.14**

---

**3.113**

**Nonpriority creditor's name and mailing address**

**Global Merchant Cash**
**d/b/a Wall Street Funding**
**64 Beaver Street Ste 415**
**New York, NY 10004**

Date(s) debt was incurred  **3/2/2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No  ☐ Yes

**$211,884.64**

---

**3.114**

**Nonpriority creditor's name and mailing address**

**Grant Phillips PLLC**
**670 Long Beach Blvd**
**Long Beach, NY 11561**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **legal fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$120,000.00**

---

**3.115**

**Nonpriority creditor's name and mailing address**

**Greg Sanner**
**4061 Salacia Drive**
**Irvine, CA 92620**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,200.91**

---

| Debtor | **The Farm, LLC** | | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|---|
| | Name | | | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,775.41 |
|---|---|---|---|
| | **Gregory Everhart**<br>**19802 Holly Drive**<br>**Santa Clarita, CA 91350** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,289.56 |
|---|---|---|---|
| | **Gretchen Cress**<br>**3019 Timberline Dr**<br>**Riverside, IA 52327** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,487.10 |
|---|---|---|---|
| | **GT Smith**<br>**812 W Brannon Road**<br>**Nicholasville, KY 40356** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,302.00 |
|---|---|---|---|
| | **Hada Haulsee**<br>**1848 Faculty Drive**<br>**Winston Salem, NC 27106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,048.06 |
|---|---|---|---|
| | **Hagen & Lucie Danner**<br>**322 19th Street**<br>**Apt. C**<br>**Huntington Beach, CA 92648** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,746.88 |
|---|---|---|---|
| | **Heather Monico**<br>**1803 Cottonwood Court**<br>**Sugar Land, TX 77498** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,026.17 |
|---|---|---|---|
| | **Henry Kennedy**<br>**Kemba Kennedy**<br>**12 Zinnia Drive**<br>**Belleville, IL 62221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **The Farm, LLC**                                     Case number (if known)    **6:24-bk-00362**
_____
Name

| | |
|---|---|
| 3.123 | **Nonpriority creditor's name and mailing address** |
| | **IMerchant Funding LLC** |
| | **28580 Orchard Lake Rd #104** |
| | **Farmington, MI 48334** |

As of the petition filing date, the claim is: Check all that apply.                         **$100,510.67**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.124 | **Nonpriority creditor's name and mailing address** |
| | **Intuit Payment Solutions** |
| | **McCarthy, Burgess & Wolff** |
| | **The MB&W Buidling** |
| | **26000 Cannon Road** |
| | **Bedford, OH 44146** |

As of the petition filing date, the claim is: Check all that apply.                         **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **payment processor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.125 | **Nonpriority creditor's name and mailing address** |
| | **Iris Simonin** |
| | **5154 W 1000 S** |
| | **Monticello, IN 47960** |

As of the petition filing date, the claim is: Check all that apply.                         **$5,408.46**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.126 | **Nonpriority creditor's name and mailing address** |
| | **Jackie Patterson** |
| | **9309 Sassafras Trl** |
| | **Portage, MI 49002** |

As of the petition filing date, the claim is: Check all that apply.                         **$3,140.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.127 | **Nonpriority creditor's name and mailing address** |
| | **Jacob Sifers** |
| | **840 Willow Drive APT 1** |
| | **Morehead, KY 40351** |

As of the petition filing date, the claim is: Check all that apply.                         **$2,470.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.128 | **Nonpriority creditor's name and mailing address** |
| | **Jake Borchers** |
| | **213 Homestead Pl** |
| | **Russia, OH 45363** |

As of the petition filing date, the claim is: Check all that apply.                         **$3,236.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.129 | **Nonpriority creditor's name and mailing address** |
| | **James Pierson** |
| | **13614 S. Kickapoo Trail** |
| | **Homer Glen, IL 60491** |

As of the petition filing date, the claim is: Check all that apply.                         **$4,732.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Farm, LLC**                                              Case number (if known)   **6:24-bk-00362**
_____
Name

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,404.00 |
|---|---|---|---|

**Jamie Case**
**11103 Rose Lane**
**Utica, MI 48316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,360.90 |
|---|---|---|---|

**Jamie Harshaw**
**5566 Mondell Road**
**Sharpsburg, MD 21782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,800.00 |
|---|---|---|---|

**Jamie Heilbrun &**
**Jackie Reddington**
**18312 Cypress Run Drive**
**Tangier, VA 23440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,418.84 |
|---|---|---|---|

**Jamie Powers**
**1016 Fairway Lane**
**Sherrard, IL 61281-7601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,493.83 |
|---|---|---|---|

**Jamie Wollner**
**12220 W Highland Road**
**Mequon, WI 53097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,193.00 |
|---|---|---|---|

**Jeeves**
**924 N Magnolia Ave**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **CC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,233.97 |
|---|---|---|---|

**Jeff Kuhns**
**1302 Roosevelt**
**Ypsilanti, MI 48197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The Farm, LLC** | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

---

**3.137** Nonpriority creditor's name and mailing address
**Jen Kastel**
**9305 El Dorado Avenue**
**Kalamazoo, MI 49009**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,075.92**

---

**3.138** Nonpriority creditor's name and mailing address
**Jenae Lindsey**
**940 E 540 North**
**Mapleton, UT 84664**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$6,771.88**

---

**3.139** Nonpriority creditor's name and mailing address
**Jennifer Cole**
**2586 Northlake Cir**
**Westlake Village, CA 91361**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,071.42**

---

**3.140** Nonpriority creditor's name and mailing address
**Jennifer Schroeder**
**3301 Brookstone Drive**
**Turlock, CA 95382**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,088.19**

---

**3.141** Nonpriority creditor's name and mailing address
**Jessica Lopez**
**8397 Etiwanda Avenue**
**Rancho Cucamonga, CA 91739**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,328.26**

---

**3.142** Nonpriority creditor's name and mailing address
**Jessica Velasquez**
**3255 Aspen Circle**
**Snellville, GA 30078**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,572.42**

---

**3.143** Nonpriority creditor's name and mailing address
**Jill Miller**
**1124 Carmania Avenue**
**Cincinnati, OH 45238**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,051.09**

---

| Debtor | **The Farm, LLC** | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,281.72**

**Jim Hilton**
**1112 Tanbark Road**
**Lexington, KY 40515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,892.28**

**John Evans**
**529 Sweet Briar Drive**
**Maryville, TN 37804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,065.20**

**Jolie Kilpatrick**
**2201 Stillness Pond Lane**
**Apex, NC 27539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00**

**Jonathan Armstead**
**233 12th Ave**
**Huntington, WV 25701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00**

**Joni Kaye Bautista**
**7546 Aspenpark Rd**
**Lorton, VA 22079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,989.92**

**Joseph Meador**
**741 West Carrollton Avenue**
**Salem, VA 24153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,860.74**

**Josephine and Bobby**
**Noonan**
**30071 Driftwood Drive**
**Delmar, MD 21875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The Farm, LLC**                                    Case number (if known)    **6:24-bk-00362**
_____
Name

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,030.00 |
|---|---|---|---|

**Josh Aden**
**2716 Whitewood Drive**
**Midland, MI 48642**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,405.53 |
|---|---|---|---|

**Judy Stein**
**6100 Rusk Avenue**
**Baltimore, MD 21209**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,581.48 |
|---|---|---|---|

**Julia Loidolt**
**18611 Cherry Springs Ranch**
**Drive**
**Monument, CO 80132**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,068.20 |
|---|---|---|---|

**Kait Houchens**
**Neil and Stacie Pierce**
**3528 Axtell Road**
**Howardsville, VA 24562**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kaleb Center**
**7441 440th Lane**
**Rushville, NE 69360**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,306.95 |
|---|---|---|---|

**Karlee Miller**
**232 Providence Turnpike**
**Danielson, CT 06239**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,165.52 |
|---|---|---|---|

**Katherine McRoberts**
**665 Glen Crossing Road**
**Glen Carbon, IL 62034**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The Farm, LLC** | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,626.09** |
|---|---|---|---|

**Kathleen Heitkamp**
**3741 Wabash Road**
**Fort Recovery, OH 45846**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,435.30** |
|---|---|---|---|

**Kathryn Salemme**
**867 Upper Union St**
**Franklin, MA 02038**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,816.26** |
|---|---|---|---|

**Kathy Lazar**
**20701 Via Amarilla**
**Yorba Linda, CA 92886**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,371.88** |
|---|---|---|---|

**Katie Beth Mickelson**
**2430 North Orchard Street**
**Chicago, IL 60614**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,127.91** |
|---|---|---|---|

**Katrina Wong**
**33432 Pony Loop**
**Fremont, CA 94555**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,250.00** |
|---|---|---|---|

**Kayla Barnett**
**9126 S. Bentham Avenue**
**Sandy, UT 84093**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,801.09** |
|---|---|---|---|

**Keith Andrews**
**6693 Rollaway Road**
**Cincinnati, OH 45236**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The Farm, LLC** | Case number *(if known)* | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,783.66** |
| | **Keith Schmitz**<br>**2505 Zennor Court**<br>**Cedar Park, TX 78613** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,240.00** |
| | **Keith Tate**<br>**1840 Cam Fella Street, SE**<br>**Albuquerque, NM 87123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,059.04** |
| | **Kelley Barker**<br>**119 Norway Avenue**<br>**Huntington, WV 25705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | |
|---|---|---|
| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,534.90** |
| | **Kellie & Caleb Schiller**<br>**106 Costa Ct**<br>**Sneads Ferry, NC 28460** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | |
|---|---|---|
| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.51** |
| | **Ken Smalley**<br>**1708 Hawthorne Ln**<br>**Charlotte, NC 28205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | |
|---|---|---|
| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,406.50** |
| | **Kendra Grindstaff**<br>**752 Looper Lane**<br>**Crossville, TN 38571** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,429.90** |
| | **Kevin McLain**<br>**PO Box 66016**<br>**Tacoma, WA 98464** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **The Farm, LLC**
_____
Name

Case number (if known)    **6:24-bk-00362**

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,483.84 |
|---|---|---|---|

**Kidist Desta Saba Getachew**
**14549 Ocean Side Drive**
**Florissant, MO 63034**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,444.83 |
|---|---|---|---|

**Kim Willows**
**8707 Falmouth Avenue**
**# 217**
**Playa Del Rey, CA 90293**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,253.03 |
|---|---|---|---|

**Kim Zuck**
**1205 Cameron Lane**
**Allen, TX 75002**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,929.13 |
|---|---|---|---|

**Kimberly Merritt**
**1614 Division Street Ext**
**Parkersburg, WV 26101**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,125.29 |
|---|---|---|---|

**Kimberly Stpeter**
**10602 Evans Street**
**Philadelphia, PA 19116**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,588.89 |
|---|---|---|---|

**Kimberly Varner**
**4285 Courageous Wake**
**Alpharetta, GA 30005**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,640.43 |
|---|---|---|---|

**Kimiko Isler**
**9201 NW 20th PL**
**Fort Lauderdale, FL 33322**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The Farm, LLC** | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

---

**3.179** | Nonpriority creditor's name and mailing address
**Krishna Chilakapati**
**1540 Woodcrest Court**
**Aurora, IL 60502**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,095.30**

---

**3.180** | Nonpriority creditor's name and mailing address
**Kyle Griffith**
**323 Brighton Woods Drive**
**Pooler, GA 31322**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,799.12**

---

**3.181** | Nonpriority creditor's name and mailing address
**LaDon Love**
**6100 Georgia Ave NW, P2**
**Washington, DC 20011**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$4,320.87**

---

**3.182** | Nonpriority creditor's name and mailing address
**Lara Colinders**
**5827 Gregory Avenue**
**Apt. 100**
**Los Angeles, CA 90038**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$3,609.54**

---

**3.183** | Nonpriority creditor's name and mailing address
**Larry E Harsh**
**1021 Village Road**
**Lancaster, PA 17602**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$7,177.48**

---

**3.184** | Nonpriority creditor's name and mailing address
**Larry Riehl**
**505860 Old Stage Road**
**Woodstock ON N45 7V8**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,780.04**

---

**3.185** | Nonpriority creditor's name and mailing address
**Laura Kijanka**
**19 Spring Brook Rd**
**Morristown, NJ 07960**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,672.54**

---

| Debtor | **The Farm, LLC** | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

---

**3.186** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,441.00**

**Laura M. Grisolano Esq**
**3901 N 54th Way**
**Phoenix, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00**

**Lauren Clements**
**2605 Bradford Dr**
**Middletown, OH 45044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,095.01**

**Laurie Rehm**
**4511 Fulton Road**
**Smithville, OH 44677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00**

**Leaving Legacies Foundation**
**12608 Elgin Terrace**
**Bradenton, FL 34202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,800.00**

**Lenette Botley**
**9630 Landis Drive**
**Beaumont, TX 77701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,324.00**

**Leslie Mendez**
**6812 NW Dawn Lane**
**Kansas City, MO 64151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,377.83**

**Lifetime Funding LLC**
**585 Stewart Avenue**
**Suite L90**
**Garden City, NY 11530**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Merchant Cash Advance_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **The Farm, LLC**                                          Case number (if known)  **6:24-bk-00362**
Name

| | | |
|---|---|---|
| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |

**3.193** **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$2,057.46**
**Lilian Phan**
**716 S Westboro Avenue**                                  ☐ Contingent
**Alhambra, CA 91803**                                     ☐ Unliquidated
                                                          ☐ Disputed
Date(s) debt was incurred __
                                                          Basis for the claim: __
Last 4 digits of account number __
                                                          Is the claim subject to offset? ■ No  ☐ Yes

**3.194** **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$3,730.51**
**Linda (Lynn) Knapschaefer**
**912 Opal Drive**                                         ☐ Contingent
**Coldwater, OH 45828-1060**                               ☐ Unliquidated
                                                          ☐ Disputed
Date(s) debt was incurred __
                                                          Basis for the claim: __
Last 4 digits of account number __
                                                          Is the claim subject to offset? ■ No  ☐ Yes

**3.195** **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$6,608.87**
**Linda Fortune**
**43 Provence Way**                                        ☐ Contingent
**Rancho Mirage, CA 92270**                                ☐ Unliquidated
                                                          ☐ Disputed
Date(s) debt was incurred __
                                                          Basis for the claim: __
Last 4 digits of account number __
                                                          Is the claim subject to offset? ■ No  ☐ Yes

**3.196** **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$3,551.54**
**Lisa Henshaw**
**1900 Hope Meadow Way**                                   ☐ Contingent
**Powhatan, VA 23139**                                     ☐ Unliquidated
                                                          ☐ Disputed
Date(s) debt was incurred __
                                                          Basis for the claim: __
Last 4 digits of account number __
                                                          Is the claim subject to offset? ■ No  ☐ Yes

**3.197** **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$8,186.32**
**Lisa Laginess**
**16501 Rosa Lane**                                        ☐ Contingent
**Southgate, MI 48195**                                    ☐ Unliquidated
                                                          ☐ Disputed
Date(s) debt was incurred __
                                                          Basis for the claim: __
Last 4 digits of account number __
                                                          Is the claim subject to offset? ■ No  ☐ Yes

**3.198** **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$3,383.27**
**Lizbeth Mendoza-Gonzalez**
**2709 Treeview Drive**                                    ☐ Contingent
**Arlington, TX 76016**                                    ☐ Unliquidated
                                                          ☐ Disputed
Date(s) debt was incurred __
                                                          Basis for the claim: __
Last 4 digits of account number __
                                                          Is the claim subject to offset? ■ No  ☐ Yes

**3.199** **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$4,780.00**
**Macy Norman**
**5528 Doverstone Court**                                  ☐ Contingent
**Charlotte, NC 28208**                                    ☐ Unliquidated
                                                          ☐ Disputed
Date(s) debt was incurred __
                                                          Basis for the claim: __
Last 4 digits of account number __
                                                          Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **The Farm, LLC** | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,630.01** |
|---|---|---|---|

**Madison Claire Moore**
**223 South Feemster Lake Road**
**Tupelo, MS 38804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,798.00** |
|---|---|---|---|

**Marbeglys Navas**
**1373 SW 179 Terrace**
**Pembrook Pines, CA 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,070.91** |
|---|---|---|---|

**Margaret Allen**
**Sydney O'Neil**
**1909 W. Laburnum Ave**
**Richmond, VA 23227**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,927.11** |
|---|---|---|---|

**Maria Carvalho**
**22411 Anza Avenue**
**Torrance, CA 90505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,361.52** |
|---|---|---|---|

**Maria Gonzalez**
**11001 NW 58th Terrace**
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,393.06** |
|---|---|---|---|

**Marina Shterenburg**
**12100 Rushing Creek Dr**
**Frisco, TX 75035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,808.00** |
|---|---|---|---|

**Mark Mallory**
**907 Dayton Street**
**Cincinnati, OH 45214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The Farm, LLC**        Case number (if known)    **6:24-bk-00362**
       Name

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,728.00 |
|---|---|---|---|
| | **Mark Yonut**<br>**15515 Brookview Trail**<br>**Findlay, OH 45840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,143.33 |
|---|---|---|---|
| | **Martha White**<br>**1229 Alastair Drive**<br>**Henderson, KY 42420** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,273.68 |
|---|---|---|---|
| | **Mary Brickner**<br>**3555 N Winn Road**<br>**Weidman, MI 48893** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,850.44 |
|---|---|---|---|
| | **Mary Ellen Kramer**<br>**5235 Renaissance Park Drive**<br>**Franklin, OH 45005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,094.44 |
|---|---|---|---|
| | **Mary Menke**<br>**3400 Olentangy River Road**<br>**Columbus, OH 43202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,301.28 |
|---|---|---|---|
| | **Mary Pecoraro**<br>**1391 Mosswoods Dr**<br>**Fenton, MO 63026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|
| | **Matt Delzell**<br>**6915 Santa Maria Ln**<br>**Dallas, TX 75214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **The Farm, LLC**
_____
Name

Case number (if known)    **6:24-bk-00362**

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,070.86 |

**Matt Leddy**
**7414 Chummley Court**
**Falls Church, VA 22043**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,653.47 |

**Matthew Franks**
**1004 Lakeview Drive**
**Auburn, IN 46706**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,300.50 |

**Maximiliano Caruso**
**6240 SW 5th Court**
**Plantation, FL 33317**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,062.50 |

**Meged Funding Group**
**1 Princeton Avenue**
**Brick, NJ 08724**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _9/29/2023_

**Last 4 digits of account number** _

**Basis for the claim:** _Merchant Cash Advance_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**Melissa and Stacey Foley**
**Martin**
**234 Mango Street**
**Lake Jackson, TX 77566**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,410.08 |

**Merewyn Chambers**
**11911 Longview Farm Drive**
**Louisville, KY 40299**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,603.60 |

**Merlyn Dillard**
**PO Box 626**
**Sallisaw, OK 74955**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Farm, LLC**
Name

Case number (if known) **6:24-bk-00362**

| | | |
|---|---|---|
| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Michael Dunkin**
**16659 Windsor Court**
**Lemont, IL 60439**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,053.31**

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.222 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*

**Michael Endsley**
**8800 W Bluemound Road**
**Milwaukee, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,288.02**

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.223 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*

**Mike Post**
**2105 Casterline Court**
**Franklin, TN 37069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,339.92**

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.224 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*

**Ms. Lois Madison**
**655 S. Riverside Drive**
**# 603-A**
**Memphis, TN 38103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$12,701.69**

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.225 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*

**Nancy Nazari**
**5719 Hesperia Avenue**
**Encino, CA 91316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,689.55**

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.226 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*

**Natalie Turner**
**414 North Meridian**
**Newberg, OR 97132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,053.82**

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.227 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*

**Nick Boyle**
**657 Jocelyn Way**
**Encinitas, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,857.46**

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **The Farm, LLC** | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

---

**3.228** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,523.38**

Norman McGarry
3000 Char-Ann Dr
Howell, MI 48843

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,068.60**

Ori Lavi
6106 Rusk Ave
Baltimore, MD 21209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,780.00**

Pam Greenfield
3911 Grant Street
Richfield, OH 44286

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98,930.00**

Parkview Advance LLC
600 Summer Street
Stamford, CT 06901

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  12/2023

Basis for the claim:  **judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,494.92**

Patsy Moeller
176 County Road 347A
Rosebud, TX 76570

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,231.58**

Patty Hamilton
6304 112th St
Lubbock, TX 79424

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,580.94**

Paul Klaverweiden
806 Gettysburg Avenue
Salisbury, MD 21804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The Farm, LLC** | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

---

**3.235** | Nonpriority creditor's name and mailing address
**Paulette Phillips**
**6404 Break Point Ave**
**Las Vegas, NV 89130**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$6,757.59**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.236** | Nonpriority creditor's name and mailing address
**Peter Raymond**
**& Mikaela Shannon**
**1139 South Oakhurst Drive**
**Los Angeles, CA 90035**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$7,219.88**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.237** | Nonpriority creditor's name and mailing address
**Pinnacle Business Funding**
**1777 Reisterstown Road**
**Baltimore, MD 21209**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$8,400.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address
**Prescott & Fifth Capital LLC**
**30 N. Gould St Ste 22145**
**Sheridan, WY 82801**

Date(s) debt was incurred  **4/25/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$120,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.239** | Nonpriority creditor's name and mailing address
**Quickbooks Loans**
**Disputed Payments**
**PO Box 84210**
**Black Hawk, SD 57718**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$73,905.81**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address
**Quickbooks Loans**
**Disputed Payments**
**PO Box 84210**
**Black Hawk, SD 57718**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$25,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address
**Quinten Eakle**
**1710 Lexington Avenue**
**Indianapolis, IN 46203**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$2,880.87**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **The Farm, LLC**                                         Case number (if known)    **6:24-bk-00362**
_____
Name

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**Rachael Lewis**
**3142 W Diversey Ave**
**Chicago, IL 60647**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,118.27 |
|---|---|---|---|

**Randy Dargan**
**6318 King Oak Drive**
**Cincinnati, OH 45248**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,014.55 |
|---|---|---|---|

**Raphael Durr**
**10025 Rhone River Drive**
**Elk Grove, CA 95624**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,661.00 |
|---|---|---|---|

**Rapid Financial Services**
**4500 East West Hwy 6th Flr**
**Bethesda, MD 20814**

Date(s) debt was incurred  **12/20/2022**

Last 4 digits of account number  **0839**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $577,546.00 |
|---|---|---|---|

**RE Nectar Inc**
**3423 Piedmont Rd NE**
**Atlanta, GA 30305**

Date(s) debt was incurred  **11/4/2022**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,284.91 |
|---|---|---|---|

**Renee Anderson**
**14412 Glenbluff Place**
**Charlotte, NC 28278**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,288.87 |
|---|---|---|---|

**Renee Evers**
**2506 State Route 219**
**Coldwater, OH 45828**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The Farm, LLC** | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,133.84** |
|---|---|---|---|

**Rick Munoz**
**5982 Larry Dean Street**
**Corona, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,444.99** |
|---|---|---|---|

**Rita Ayyangar**
**4497 Boulder Pond Drive**
**Ann Arbor, MI 48108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,908.68** |
|---|---|---|---|

**Rita Johnson**
**1833 Snyder Road**
**Box 428**
**Kingston, OH 45644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,700.98** |
|---|---|---|---|

**Robert Schroeder**
**3047 Lenox Road**
**Atlanta, GA 30324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,984.20** |
|---|---|---|---|

**Robert Spencer**
**2739 Fletcher Park Circle W**
**Cordova, TN 38016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,788.63** |
|---|---|---|---|

**Robert Wurtz**
**11038 Orange Drive**
**Whittier, CA 90606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
|---|---|---|---|

**Rocky Gaslin**
**63 Leavitt Road**
**Augusta, ME 04330**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  3/2/2023

Basis for the claim:  Merchant Cash Advance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The Farm, LLC** | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$206,000.00** |

**Rocky Gaslin**
**63 Leavitt Road**
**Augusta, ME 04330**

Date(s) debt was incurred  **5/19/2023**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,271.66** |

**Roger Barney**
**15306 73rd Street**
**Kenosha, WI 53142**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,208.00** |

**Roger France**
**4305 Stagecoach Road**
**Kingsport, TN 37664**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,655.67** |

**Roy Welch**
**2432 Derby Dr**
**Raleigh, NC 27610**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,156.91** |

**Russell Davis**
**3337 Brittan Avenue**
**Apt. 7**
**San Carlos, CA 94070**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,558.00** |

**Ryan Shelton**
**3008 Eagle Ridge Drive**
**Valencia, PA 16059**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,397.50** |

**Sally Shropshire**
**9083 Marquis Drive**
**Miamisburg, OH 45342**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **The Farm, LLC**
Name                                          Case number (if known) **6:24-bk-00362**

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,000.00 |
|---|---|---|---|

**Samantha Krnich**
**750 N Glebe Road**
**Arlington, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,737.25 |
|---|---|---|---|

**Sandra Holden**
**59451 E 110 Road**
**Miami, OK 74354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,294.59 |
|---|---|---|---|

**Sarah Crank**
**417 Washington Ave**
**Cincinnati, OH 45217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,792.29 |
|---|---|---|---|

**Sarah Dreyer**
**14648 Woonsockett Drive**
**Silver Spring, MD 20905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,694.99 |
|---|---|---|---|

**Sarah Keller**
**2292 Dehil Drive**
**Lawrenceburg, IN 47025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,374.66 |
|---|---|---|---|

**Scott Geiler**
**23109 Catskill Avenue**
**Carson, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,685.28 |
|---|---|---|---|

**Sharon Furl an**
**160 E 200th Street**
**Cleveland, OH 44119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **The Farm, LLC**                                    Case number (if known)    **6:24-bk-00362**
_____
Name

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,450.00 |

**Shayanna Davis**
**10909 NE 22nd St**
**Vancouver, WA 98684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,028.00 |

**Sheri Fox**
**9184 Pampas Court**
**Latonia, KY 41015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Sherman Oaks Showroom**
**15490 Ventura Blvd.**
**Suite 111**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/6/2023

Basis for the claim:  **residential furniture lease**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Shirley Hitchcock**
**11-448 Commissioners Road E**
**London, Ontario N6C-2T7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,455.00 |

**Star Advance**
**128 32nd Street**
**Brooklyn, NY 11232**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  10/17/2023

Basis for the claim:  **Merchant Cash Advance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,988.87 |

**Stephanie White**
**29w 208 Calumet Avenue East**
**Warrenville, IL 60555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,897.70 |

**Steven Tobin, Kaylie Berrett**
**Chris & Laura Altenhofen**
**3230 NE US Grant Place**
**Portland, OR 97212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The Farm, LLC** | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,562.43** |
|---|---|---|---|
| | **Steven Walker** | ☐ Contingent | |
| | **1020 Lanas Ln** | ☐ Unliquidated | |
| | **Lawrenceburg, KY 40342** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,150.11** |
|---|---|---|---|
| | **Susan Ambrosino** | ☐ Contingent | |
| | **170 Cypress Club Drive** | ☐ Unliquidated | |
| | **Pompano Beach, FL 33060** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,517.85** |
|---|---|---|---|
| | **Susan Curtis** | ☐ Contingent | |
| | **2443 W 780 S** | ☐ Unliquidated | |
| | **Syracuse, UT 84075** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,516.20** |
|---|---|---|---|
| | **Susan Hirt** | ☐ Contingent | |
| | **2865 32nd Steet SE** | ☐ Unliquidated | |
| | **Grand Rapids, MI 49512** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$282,500.00** |
|---|---|---|---|
| | **Syndicate Group USA** | ■ Contingent | |
| | **28-07 Jackson Avenue** | ■ Unliquidated | |
| | **Unit 09-110** | ■ Disputed | |
| | **Long Island City, NY 11101** | | |
| | **Date(s) debt was incurred** **6/9/2023** | **Basis for the claim:** **Merchant Cash Advance** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,352.76** |
|---|---|---|---|
| | **Tamara Bilz** | ☐ Contingent | |
| | **3832 Raymonde Lane** | ☐ Unliquidated | |
| | **Erlanger, KY 41018** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,194.70** |
|---|---|---|---|
| | **Tammy Brooker** | ☐ Contingent | |
| | **10284 Henderson Hall Road** | ☐ Unliquidated | |
| | **Mechanicsville, VA 23116** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **The Farm, LLC** | | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,895.02** |
|---|---|---|---|

**Tammy Perryman**
**1016 Harthorn Lane**
**Fillmore, CA 93015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,764.64** |
|---|---|---|---|

**Taylor Hughes**
**501 Riddle Road**
**Cincinnati, OH 45231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,988.02** |
|---|---|---|---|

**Taylor Piritz**
**9800 Mesa Linda Street**
**# 194**
**Hesperia, CA 92345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,963.50** |
|---|---|---|---|

**Taylor Tomlinson**
**12910 Grove Hill Road**
**Apartment 305-11**
**Midlothian, VA 23114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ten Twenty Four Inc. dba**
**Beyond Pricing**
**c/o G&G Law, LLC**
**4619 N Ravenswood, #205A**
**Chicago, IL 60640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Navy Federal Credit Union Account No. ending in ayment processor**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,267.78** |
|---|---|---|---|

**Teresa High**
**1449 Passport Lane**
**Dayton, OH 45414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,893.18** |
|---|---|---|---|

**Teresa Palpant**
**401 N Main Street**
**Coppell, TX 75019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The Farm, LLC**                                          Case number (if known)    **6:24-bk-00362**
_____
Name

---

**3.291**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,211.12**

**Thomas Flynn**
**3442 W 114th Street**
**Chicago, IL 60655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.292**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Tim & Diane Madden**
**1876 Gluek Lane**
**Saint Paul, MN 55113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,820.00**

**Todd & Brenda Paye**
**20224 E 10 Mile Road**
**Saint Clair Shores, MI 48080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,280.00**

**Todd Boone**
**421 S Indian Cave Road**
**Cannelton, IN 47520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,388.27**

**Tyger Bates**
**2720 N Vickie Road**
**Visalia, CA 93291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,194.20**

**Valerie Kitko**
**1182 Mill Run Drive**
**Noblesville, IN 46062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297**    Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,835.59**

**Jeanne Van Wagoner**
**5260 W 11100 N**
**American Fork, UT 84003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The Farm, LLC** | | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|---|
| | Name | | | |

---

**3.298** | **Nonpriority creditor's name and mailing address**
**Victoria Berendzen**
**87 Marys Home Road**
**Henley, MO 65040-9000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$6,786.19**

---

**3.299** | **Nonpriority creditor's name and mailing address**
**Walter Schwartz**
**65 Lori Cir**
**Chuckey, TN 37641**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$4,996.80**

---

**3.300** | **Nonpriority creditor's name and mailing address**
**Wendelin Isham**
**5376 Boswell Avnue**
**Memphis, TN 38120**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$4,028.87**

---

**3.301** | **Nonpriority creditor's name and mailing address**
**Whitestone Funding**
**aka Capital Assist LLC**
**323 Sunny Isles Blvd Ste 503**
**North Miami Beach, FL 33160**

Date(s) debt was incurred  **9/21/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No  ☐ Yes

**$43,000.00**

---

**3.302** | **Nonpriority creditor's name and mailing address**
**WorldPay Payment Resolution**
**Post Office Box 639726**
**Cincinnati, OH 45263**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **payment processor**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.303** | **Nonpriority creditor's name and mailing address**
**Yaeinn Park**
**18328 Oak Canyon Road**
**Canyon Country, CA 91387**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$5,434.96**

---

**3.304** | **Nonpriority creditor's name and mailing address**
**Zachary Bethel**
**2502 Swanson Meadows Avenue**
**Tulare, CA 93274**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$5,304.91**

---

| Debtor | **The Farm, LLC** | Case number (if known) | **6:24-bk-00362** |
|---|---|---|---|
| | Name | | |

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,269.88** |
|---|---|---|---|

**Zoe Thus**
**3906 Ridgemoor Drive**
**Apt. 11**
**Studio City, CA 91604**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Anh H. Regent**<br>**Regent & Associates**<br>**500 Lovett Blvd., Ste 225**<br>**Houston, TX 77066** | Line **3.123**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Carlos Gomez**<br>**19790 W Dixie Hwy Ste 301**<br>**Miami, FL 33180** | Line **3.192**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. $ | 252,417.87 |
| 5b. Total claims from Part 2 | | 5b. + $ | 4,710,393.32 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. $ | 4,962,811.19 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

THE FARM, LLC

CASE NO: 24-00362

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 9/17/2024, I did cause a copy of the following documents, described below,

Amendment to Schedule E/F: Creditors Who Have Unsecured Claims to added

creditors on the attached mailing matrix along with the Notice of Chapter 11

Bankruptcy Case (Doc. No. 25)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/17/2024

/s/ Jeffrey S. Ainsworth
Jeffrey S. Ainsworth  060769
Attorney for Debtor
BransonLaw, PLLC
1501 East Concord Street
Orlando, FL  32803
407 894 6834
jeff@bransonlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

THE FARM, LLC

CASE NO: 24-00362

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 9/17/2024, a copy of the following documents, described below,

Amendment to Schedule E/F: Creditors Who Have Unsecured Claims

to the added creditors on the attached mailing matrix along with the

Notice of Chapter 11 Bankruptcy Case Doc No. 25

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/17/2024

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey S. Ainsworth
BransonLaw, PLLC
1501 East Concord Street
Orlando, FL  32803

USPS FIRST CLASS MAIL SERVICE DISTRIBUTION
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

ANGELA INGRAM
120 EAST SIXTH STREET
PORTLAND, IN 47371

ANGELA NIEHAUS
40 ROSSFORD AVENUE
FORT THOMAS, KY 41075

ANNA SMILEY
5487 SOPNIA AVENUE NW
MASSILLON, OH 44647

ARTHUR ATHENS
506 EAGLE POINT DRIVE
COLUMBIA, SC 29229

BARB CLAYCOMB
1811 WHITNEY DRIVE
RICHARDSON, TX 75082

BRUCE ROBINSON
2144 FOX HOUND CHASE
MARIETTA, GA 30062

CAROL TRAINOR
4038 CARRS ROAD
MANCHESTER, MD 21102

CHERRIE WHITLOW
11053 AL HIGHWAY 33
MOULTON, AL 35650

CHRISTOPHER BRINKMAN
121 KNOTTY PINE DRIVE
OTTAWA, OH 45875

CINDY DRAKE
2716 E 39TH PLACE
TULSA, OK 74105

CYNTHIA DELCHIERO
150 HARBOR STREET
BRANFORD, CT 06405

DAVID BOYINGTON
5008 AIRPORT ROAD NW
ROANOKE, VA 24020

DAWN FARRINGTON
1 ROSELAND COURT
CLIFTON PARK, NY 12065

GT SMITH
812 W BRANNON ROAD
NICHOLASVILLE, KY 40356

JAMIE POWERS
1016 FAIRWAY LANE
SHERRARD, IL 61281-7601

JAMIE WOLLNER
12220 W HIGHLAND ROAD
MEQUON, WI 53097

JEFF KUHNS
1302 ROOSEVELT
YPSILANTI, MI 48197

JILL MILLER
1124 CARMANIA AVENUE
CINCINNATI, OH 45238

JIM HILTON
1112 TANBARK ROAD
LEXINGTON, KY 40515

JOSEPH MEADOR
741 WEST CARROLLTON AVENUE
SALEM, VA 24153

KATHLEEN HEITKAMP
3741 WABASH ROAD
FORT RECOVERY, OH 45846

KEITH ANDREWS
6693 ROLLAWAY ROAD
CINCINNATI, OH 45236

KIMBERLY VARNER
4285 COURAGEOUS WAKE
ALPHARETTA, GA 30005

KYLE GRIFFITH
323 BRIGHTON WOODS DRIVE
POOLER, GA 31322

LAURIE REHM
4511 FULTON ROAD
SMITHVILLE, OH 44677

LINDA (LYNN) KNAPSCHAEFER
912 OPAL DRIVE
COLDWATER, OH 45828-1060

LISA HENSHAW
1900 HOPE MEADOW WAY
POWHATAN, VA 23139

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

MARIA GONZALEZ
11001 NW 58TH TERRACE
MIAMI, FL 33178

MARTHA WHITE
1229 ALASTAIR DRIVE
HENDERSON, KY 42420

MARY ELLEN KRAMER
5235 RENAISSANCE PARK DRIVE
FRANKLIN, OH 45005

MARY MENKE
3400 OLENTANGY RIVER ROAD
COLUMBUS, OH 43202

MEREWYN CHAMBERS
11911 LONGVIEW FARM DRIVE
LOUISVILLE, KY 40299

MIKE POST
2105 CASTERLINE COURT
FRANKLIN, TN 37069

QUINTEN EAKLE
1710 LEXINGTON AVENUE
INDIANAPOLIS, IN 46203

RENEE ANDERSON
14412 GLENBLUFF PLACE
CHARLOTTE, NC 28278

RENEE EVERS
2506 STATE ROUTE 219
COLDWATER, OH 45828

RITA JOHNSON
1833 SNYDER ROAD
BOX 428
KINGSTON, OH 45644

ROBERT SPENCER
2739 FLETCHER PARK CIRCLE W
CORDOVA, TN 38016

SALLY SHROPSHIRE
9083 MARQUIS DRIVE
MIAMISBURG, OH 45342

SHARON FURL AN
160 E 200TH STREET
CLEVELAND, OH 44119

STEPHANIE WHITE
29W 208 CALUMET AVENUE EAST
WARRENVILLE, IL 60555

THOMAS FLYNN
3442 W 114TH STREET
CHICAGO, IL 60655

TIM & DIANE MADDEN
1876 GLUEK LANE
SAINT PAUL, MN 55113

TODD & BRENDA PAYE
20224 E 10 MILE ROAD
SAINT CLAIR SHORES, MI 48080

JEANNE VAN WAGONER
5260 W 11100 N
AMERICAN FORK, UT 84003

WENDELIN ISHAM
5376 BOSWELL AVNUE
MEMPHIS, TN 38120