**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

THE FARM, LLC,             Case No.: 6:24-bk-00362-LVV
                                                         Chapter 11 (Subchapter V)

      Debtor,

_____/

**STIPULATION FOR ORDER**
**APPROVING APPLICATION OF**
**TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**
**FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE**

COME NOW the Debtor and Creditor, TEXAS COMPTROLLER OF PUBLIC ACCOUNTS ("Creditor" or "TCPA"), by and through their undersigned attorneys, and file this Stipulation for an Order Approving Application for Allowance and Payment of Chapter 11 Administrative Expense, (Doc. No. 435) (the "Application"), as follows:

1. Debtor filed its Chapter 11 case on January 25, 2024 and Debtor continues to operate its business as debtor-in-possession.

2. On October 16, 2024, TCPA filed its Application.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

3. Debtor and Creditor agree to entry of the proposed order approving the Application attached hereto as Exhibit A.

| | |
|---|---|
| /s/ Jeffrey Ainsworth<br>JEFFREY AINSWORTH<br>Florida Bar No.: 60769<br>BRANSONLAW PLLC<br>1501 E. Concord St.<br>Orlando, Florida 32803;<br>Telephone: (407) 894-6834<br>jeff@bransonlaw.com<br>Attorneys for Debtor | /s/ Jamie N. Kirk<br>Jamie N. Kirk, Esquire<br>Texas Bar No.: 24076485<br>Office of the Attorney General of Texas<br>12221 Merit Dr Ste 650<br>Dallas, TX 75251-2352<br>Telephone: (214) 290-8813<br>jamie.kirk@oag.texas.gov<br>Attorneys for Creditor, Texas Comptroller of Public Accounts |

**FILER'S ATTESTATION**

Pursuant to Local Rule 1001.2(e)(3) regarding signatures, Jeffrey Ainsworth attests that the concurrence of Jamie N. Kirk, Esq., Attorney for Creditor, in the filing of this Stipulation has been obtained.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy hereof was furnished by ECF Notice or first class mail to: The Farm, LLC, Debtor, 601 Sycamore St., Unit 6106, Kissimmee, FL 34747; Jeffrey Ainsworth, Esq. and Robert B. Branson, Esq., BransonLaw PLLC, Attorneys for Debtor, 1501 E. Concord St., Orlando, FL 32803; L. Todd Budgen, Esq., Trustee, Budgen Law, P O Box 520546, Longwood, FL 32752; the U.S. Trustee – ORL, 400 W. Washington St., Suite 1100, Orlando, FL 32801; and all other parties registered to receive electronic notice in this case; this 28th day of October, 2024.

/s/ Jeffrey Ainsworth
JEFFREY AINSWORTH
Florida Bar No.: 60769

# EXHIBIT A

EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

THE FARM, LLC,  Case No.: 6:24-bk-00362-LVV
 Chapter 11 (Subchapter V)
    Debtor,

_____/

**AGREED ORDER**
**APPROVING APPLICATION OF**
**TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**
**FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE**

THIS CASE came on for consideration of the Application of TEXAS COMPTROLLER OF PUBLIC ACCOUNTS ("Creditor" or "TCPA"), for Allowance and Payment of Administrative Expense (Doc. No. 435) and the Stipulation for Order Approving Application for Allowance and Payment of Chapter 11 Administrative Expense, filed by the Debtor and creditor TEXAS COMPTROLLER OF PUBLIC ACCOUNTS (Doc. No. ___) (the "Stipulation"), and the Court having reviewed the Application and Stipulation and being otherwise duly advised in the premises, it is hereby

**ORDERED:**

1. The Application and Stipulation are APPROVED.

2. TEXAS COMPTROLLER OF PUBLIC ACCOUNTS is hereby allowed an administrative expense pursuant to § 503(b) and § 365(d) of the Bankruptcy Code in the amount of $6252.64 as of October 16, 2024, which shall be treated as provided for non-ordinary course administrative expenses as set forth in Debtor's Amended Plan.

3. The allowed administrative claim of TCPA shall be repaid in monthly installments over a period of up to 5 years from the effective date as provided for non-ordinary course administrative expenses in any confirmed plan pursuant to § 1191(e) of the Bankruptcy Code.

4. This Court hereby reserves jurisdiction to interpret this Order and enforce Debtor's obligation to make payment to TEXAS COMPTROLLER OF PUBLIC ACCOUNTS pursuant to the Stipulation and the Amended Plan.

Attorney Jeffrey S. Ainsworth is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.