UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

THE FARM, LLC d/b/a CURATED
AMERICAN GETAWAYS, LLC,

    Debtor.

_____/

Case No.: 6:24-bk-00362-LVV

Chapter 11, Subchapter V

EIN: 46-0629913

## UNITED STATES TRUSTEE'S EXHIBIT LIST
for Confirmation Hearing on Tuesday, October 29, 2024, at 9:30 a.m. on
**Debtor's Second Amended Plan of Reorganization; United States Trustee's Objection to Confirmation of Debtor's Second Amended Plan of Reorganization**

| Exh # | Document Description | Date Identified | *Date Admitted* | *With or Without Objection* |
|---|---|---|---|---|
| 1a | Excel Spreadsheet – (Summary tab) Summary – Receipts and Disbursements by Non-Debtor Parties | | | |
| 1b | Excel Spreadsheet – (Exhibit 13 tab) Stripe Payout Report (June 2024) | | | |
| 1c | Excel Spreadsheet – (Exhibit 14 tab) Stripe Payout Report (July 2024) | | | |
| 1d | Excel Spreadsheet – (Exhibit 20 tab) Expenses Paid by TFCE on Behalf of the Debtor | | | |
| 1e | Excel Spreadsheet – (Exhibit 21tab) Amounts Received in USA Stays | | | |
| 1f | Excel Spreadsheet – (Exhibit 22 tab) Expenses Paid by USA Stays on Behalf of the Debtor | | | |
| 1g | Excel Spreadsheet  - (Exhibit 26 tab) Remittances Received by the Debtor Paid by Either TFCE or USA Stays | | | |
| 2 | June MOR (Doc. No. 363) | | | |
| 3 | July MOR (Doc. No. 407) | | | |
| 4 | August MOR (Doc. No. 438) | | | |
| 5 | September MOR (Doc. No. 439) | | | |
| 6 | TFCE June 2024 Bank Statement Redacted | | | |
| 7 | TFCE July 2024 Bank Statement Redacted | | | |

2

| Exh # | Document Description | Date Identified | *Date Admitted* | *With or Without Objection* |
|---|---|---|---|---|
| 8 | Response to Production Request 6 | | | |
| 9 | Response to Production Request 7 | | | |
| 10 | Response to Production Request 10 | | | |
| 11 | Response to Production Request 11 | | | |
| 12 | Email Ainsworth to Simonitsch 10-13-24 | | | |