# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **May Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **8** |
| Debtor: | **THE FARM, LLC d/b/a CURATED AMERICAN GETAWAYS, LLC** | |
| Case No. | **6:24-bk-00362-LVV** | |
| Nature of Hearing: | **Confirmation Hearing on Debtor's Second Amended Plan of Reorganization; United States Trustee's Objection to Confirmation of Debtor's Second Amended Plan of Reorganization (related Doc. Nos. 393, 424, 451, 458)** | |
| Trial Date: | **October 29, 2024, at 9:30 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| Created date (UTC) | Amount | Description | Fee |
|---|---|---|---|
| 5/30/2024 19:02 | 6144.35 | The Estate at Autumn Crest ✓ | 178.49 |
| 5/30/2024 19:25 | 2683.56 | The Kentucky Dream Estate ✓ | 78.12 |
| 5/30/2024 20:54 | 3388.02 | The Golden Dream Ranch Estate ✓ | 113.55 |
| 5/31/2024 18:41 | 2681.36 | The Estate at Autumn Crest | 78.06 |
| 5/31/2024 18:59 | 11693.55 | The Golden Dream Ranch Estate ✓ | 339.41 |
| 5/31/2024 22:50 | 1143.33 | The Thoroughbred Estate ✓ | 33.46 |
| 6/1/2024 22:34 | 6771.88 | The Golden Dream Ranch Estate ✓ | 196.68 |
| 6/2/2024 17:56 | 4493.83 | The Thoroughbred Estate ✓ | 130.62 |
| 6/3/2024 1:33 | 3032.21 | The Farms Getaway at UK ✓ | 88.23 |
| 6/3/2024 2:32 | 7220.23 | The Golden Dream Ranch Estate | 239.69 |
| 6/3/2024 14:43 | 2000 | The Farms Loft on Kaufman Square | 58.3 |
| 6/4/2024 1:28 | 100 | The Thoroughbred Estate | 3.2 |
| 6/4/2024 1:43 | 4028.87 | The Thoroughbred Estate | 117.14 |
| 6/4/2024 16:17 | 1826.82 | The Farms Getaway at UK | 53.28 |
| 6/4/2024 21:38 | 4088.87 | The Thoroughbred Estate ✓ | 118.88 |
| 6/6/2024 11:59 | 9240.6 | Americas Estate ✓ | 283.28 |
| 6/6/2024 23:47 | 8287.13 | The Kentucky Dream Estate ✓ | 255.63 |
| 6/7/2024 0:13 | 2775.41 | The Golden Dream Ranch Estate | 80.79 |
| 6/8/2024 18:23 | 5381.22 | The Kentucky Dream Estate ✓ | 156.36 |
| 6/9/2024 17:30 | 3466.23 | The Kentucky Dream Estate ✓ ✓ | 100.82 |
| 6/9/2024 21:08 | 2265.12 | The Golden Dream Ranch Estate | 65.99 |
| 6/10/2024 10:34 | 4688.21 | The Farms Luxury Getaway on The Potomac ✓ | 151.26 |
| 6/10/2024 13:05 | 5942.24 | The Kentucky Dream Estate ✓ | 187.62 |
| 6/11/2024 19:19 | 3748.18 | The Farms Getaway at UK ✓ | 109 |
| 6/12/2024 11:58 | 4579.44 | The Kentucky Dream Estate ✓ | 133.1 |
| 6/12/2024 12:07 | 1325 | The Kentucky Dream Estate | 38.73 |
| 6/12/2024 12:08 | 200 | The Farms Luxury Getaway on The Potomac | 6.1 |
| 6/12/2024 20:57 | 3931.13 | The Kentucky Dream Estate ✓ | 129.3 |
| 6/12/2024 21:04 | 4860.68 | The Estate at Autumn Crest | 141.26 |
| 6/13/2024 2:47 | 300 | The Estate at Autumn Crest | 9 |
| 6/13/2024 16:37 | 500 | The Farmstone: A Texas-Sized Luxury Ranch Estate | 29.8 |
| 6/13/2024 16:48 | 2358.53 | The Estate at Autumn Crest | 68.7 |
| 6/13/2024 16:56 | 2034.29 | The Estate at Autumn Crest | 59.29 |
| 6/14/2024 15:42 | 4588.89 | The Thoroughbred Estate ✓ | 133.38 |
| 6/14/2024 19:21 | 1000 | The Farms Getaway at UK | 29.3 |
| 6/14/2024 19:47 | 4088.19 | The Golden Dream Ranch Estate ✓ | 118.86 |
| 6/14/2024 20:36 | 5269.88 | The Golden Dream Ranch Estate ✓ | 168.13 |
| 6/15/2024 2:38 | 4989.92 | The Thoroughbred Estate ✓ | 145.01 |
| 6/15/2024 12:56 | 4138.31 | The Thoroughbred Estate | 120.31 |
| 6/15/2024 20:27 | 3777.91 | The Golden Dream Ranch Estate ✓ | 109.86 |
| 6/17/2024 16:03 | 3075.4 | The Golden Dream Ranch Estate ✓ | 135.62 |
| 6/17/2024 17:26 | 6833.26 | The Kentucky Dream Estate | 198.46 |
| 6/17/2024 17:48 | 4208.11 | The Kentucky Dream Estate ✓ | 122.34 |
| 6/17/2024 20:19 | 6194.51 | The Kentucky Dream Estate ✓ | 179.94 |
| 6/17/2024 20:41 | 75 | The Estate at Autumn Crest | 2.48 |
| 6/17/2024 23:19 | 4075.92 | The Golden Dream Ranch Estate ✓ | 118.5 |
| 6/18/2024 0:37 | 8541.22 | The Kentucky Dream Estate ✓ | 248 |
| 6/18/2024 2:08 | 2418.84 | The Thoroughbred Estate | 70.45 |
| 6/18/2024 18:49 | 8364.55 | The Golden Dream Ranch Estate ✓ | 257.87 |
| 6/18/2024 21:57 | 3362.09 | The Farms Champion Estate at The Triangle ✓ | 112.8 |
| 6/19/2024 10:29 | 4288.87 | The Thoroughbred Estate ✓ | 124.68 |
| 6/21/2024 0:24 | 3170.45 | The Golden Dream Ranch Estate | 92.24 |
| 6/21/2024 15:54 | 3285.45 | The Farms Getaway at UK | 95.58 |
| 6/21/2024 21:18 | 3805.76 | The Kentucky Dream Estate ✓ | 110.67 |
| 6/21/2024 21:26 | 4560.74 | The Golden Dream Ranch Estate ✓ | 132.56 |
| 6/22/2024 2:26 | 3551.54 | The Thoroughbred Estate | 103.29 |
| 6/22/2024 5:27 | 4353.49 | The Golden Dream Ranch Estate ✓ | 141.55 |
| 6/24/2024 18:20 | 3879.44 | The Kentucky Dream Estate | 112.8 |
| 6/24/2024 18:22 | 2389.48 | The Farms Luxury Getaway on The Potomac ✓ | 69.59 |
| 6/24/2024 20:38 | 300 | The Kentucky Dream Estate | 9 |
| 6/24/2024 21:35 | 2863.31 | The Thoroughbred Estate | 83.34 |
| 6/25/2024 0:24 | 2386.19 | The Golden Dream Ranch Estate ✓ | 69.5 |
| 6/25/2024 11:25 | 5671.88 | The Golden Dream Ranch Estate ✓ | 164.78 |
| 6/26/2024 1:51 | 2350.33 | The Estate at Autumn Crest | 68.46 |
| 6/26/2024 3:04 | 7390.8 | The Kentucky Dream Estate ✓ | 214.63 |
| 6/26/2024 13:35 | 1850 | The Farms Champion Estate at The Triangle | 53.95 |
| 6/26/2024 18:02 | 4066.39 | The Farmstone: A Texas-Sized Luxury Ranch Estate | 133.23 |
| 6/26/2024 18:03 | 2643.17 | The Farmstone: A Texas-Sized Luxury Ranch Estate | 76.95 |
| 6/26/2024 18:07 | 4626.09 | The Thoroughbred Estate | 134.46 |
| 6/26/2024 23:24 | 4388.27 | The Golden Dream Ranch Estate ✓ | 127.56 |
| 6/27/2024 0:55 | 4949.13 | The Farms Champion Estate at The Triangle ✓ | 158.82 |

Checks beside payments indicate new customer booking in order to be responsive to Production Request 18.

| Date/Time | Amount | Property | Check | Fee |
|---|---|---|---|---|
| 6/27/2024 12:02 | 3428.56 | The Kentucky Dream Estate | | 99.73 |
| 6/27/2024 14:56 | 3127.42 | The Kentucky Dream Estate | ✓ | 91 |
| 6/27/2024 15:43 | 3650.57 | The Golden Dream Ranch Estate | ✓ | 106.17 |
| 6/27/2024 20:19 | 3576.92 | The Estate at Autumn Crest | ✓ | 104.03 |
| 6/28/2024 16:42 | 675 | The Estate at Autumn Crest | | 19.88 |
| 6/28/2024 17:22 | 3441 | The Golden Dream Ranch Estate | ✓ | 100.09 |
| 6/28/2024 19:43 | 516.9 | The Getaway at Stonecrest | | 15.29 |
| 6/28/2024 19:58 | 1950 | The Farms Getaway at UK | | 56.85 |
| 6/29/2024 19:31 | 2780.89 | The Farms Luxury Getaway on The Potomac | ✓ | 95.95 |
| 6/29/2024 20:28 | 1488.04 | The Kentucky Dream Estate | | 43.45 |
| 6/30/2024 23:00 | 4300.5 | The Golden Dream Ranch Estate | ✓ | 125.01 |
| 7/1/2024 0:20 | 2936.9 | The Kentucky Dream Estate | ✓ | 85.47 |
| 7/1/2024 14:38 | 2677.66 | The Kentucky Dream Estate | | 77.95 |
| 7/1/2024 19:07 | 2057.46 | The Golden Dream Ranch Estate | ✓ | 59.97 |
| 7/1/2024 21:01 | 2094.44 | The Thoroughbred Estate | | 61.04 |
| 7/2/2024 17:23 | 2973.88 | The Farms Luxury Getaway on The Potomac | ✓ | 86.54 |
| 7/3/2024 1:19 | 3479.91 | The Golden Dream Ranch Estate | ✓ | 101.22 |
| 7/3/2024 19:27 | 1963.55 | The Farms Luxury Getaway on The Potomac | ✓ | 57.24 |
| 7/3/2024 19:28 | 2366.07 | The Farms Luxury Getaway on The Potomac | | 83.92 |
| 7/4/2024 16:58 | 3609.54 | The Golden Dream Ranch Estate | ✓ | 119.98 |
| 7/4/2024 17:45 | 615.8 | The Farms Getaway at UK | | 18.16 |
| 7/4/2024 17:46 | 923.97 | The Farms Getaway at UK | | 27.1 |
| 7/4/2024 17:46 | 1722.73 | The Thoroughbred Estate | | 50.26 |
| 7/4/2024 17:47 | 964.76 | The Farms Getaway at UK | | 28.28 |
| 7/5/2024 16:00 | 3434.87 | The Farms Luxury Getaway on The Potomac | | 114.91 |
| 7/6/2024 9:13 | 170.5 | The Lake House | | 5.24 |
| 7/6/2024 17:14 | 2552.38 | The Farmstone: A Texas-Sized Luxury Ranch Estate | | 89.32 |
| 7/6/2024 20:58 | 3255.88 | The Golden Dream Ranch Estate | | 94.72 |
| 7/6/2024 22:28 | 973.97 | The Farms Getaway at UK | | 28.55 |
| 7/7/2024 12:56 | 200 | The Farmstone: A Texas-Sized Luxury Ranch Estate | | 21.1 |
| 7/7/2024 13:08 | 5820.23 | The Golden Dream Ranch Estate | ✓ | 169.09 |
| 7/7/2024 17:59 | 100 | The Kentucky Dream Estate | | 3.2 |
| 7/8/2024 10:00 | 10858.26 | The Kentucky Dream Estate | | 315.19 |
| 7/8/2024 11:51 | 3051.07 | The Thoroughbred Estate | ✓ | 88.78 |
| 7/8/2024 15:20 | 300 | The Farms Champion Estate at The Triangle | | 9 |
| 7/9/2024 12:26 | 6371.88 | The Golden Dream Ranch Estate | ✓ | 185.08 |
| 7/9/2024 12:26 | 6124.3 | The Kentucky Dream Estate | ✓ | 177.9 |
| 7/9/2024 18:17 | 1050 | The Estate at Autumn Crest | | 30.75 |
| 7/9/2024 23:17 | 7517.85 | The Golden Dream Ranch Estate | ✓ | 218.32 |
| 7/10/2024 0:20 | 200 | The Golden Dream Ranch Estate | | 6.1 |
| 7/10/2024 0:24 | 3403.86 | The Estate at Autumn Crest | ✓ | 114.01 |
| 7/10/2024 19:08 | 6608.87 | The Golden Dream Ranch Estate | ✓ | 191.96 |
| 7/10/2024 19:22 | 2865.61 | The Kentucky Dream Estate | ✓ | 83.4 |
| 7/10/2024 21:06 | 298 | The Golden Dream Ranch Estate | | 8.94 |
| 7/11/2024 23:59 | 3392.18 | The Farmstone: A Texas-Sized Luxury Ranch Estate | ✓ | 98.67 |
| 7/12/2024 12:10 | 3804.49 | The Farms Getaway at UK | | 110.63 |
| 7/12/2024 14:01 | 10122.29 | The Golden Dream Ranch Estate | | 293.85 |
| 7/12/2024 15:31 | 1893.84 | The Kentucky Dream Estate | ✓ | 55.22 |
| 7/12/2024 19:05 | 4860.56 | The Kentucky Dream Estate | | 141.26 |
| 7/13/2024 1:02 | 6771.92 | The Kentucky Dream Estate | ✓ | 196.69 |
| 7/13/2024 1:05 | 4794.45 | The Estate at Autumn Crest | | 139.34 |
| 7/14/2024 1:10 | 2353.88 | The Golden Dream Ranch Estate | ✓ | 103.87 |
| 7/14/2024 19:24 | 1162.26 | The Kentucky Dream Estate | | 34.01 |
| 7/15/2024 22:19 | 4211.12 | The Thoroughbred Estate | | 122.42 |
| 7/16/2024 11:50 | 2453.89 | The Farms Getaway at UK | | 71.46 |
| 7/16/2024 11:50 | 1322.6 | The Farms Luxury Getaway on The Potomac | ✓ | 53.66 |
| 7/16/2024 16:52 | 370 | The Thoroughbred Estate | | 11.03 |
| 7/17/2024 0:24 | 200 | The Farms Luxury Getaway on The Potomac | | 6.1 |
| 7/17/2024 13:17 | 5339.92 | The Thoroughbred Estate | ✓ | 155.16 |
| 7/17/2024 13:44 | 100 | The Farms Luxury Getaway on The Potomac | | 3.2 |
| 7/17/2024 18:11 | 2000 | The Golden Dream Ranch Estate | | 58.3 |
| 7/17/2024 18:16 | 1500 | The Golden Dream Ranch Estate | | 43.8 |
| 7/17/2024 18:20 | 828.26 | The Golden Dream Ranch Estate | | 24.32 |
| 7/18/2024 1:49 | 1610.2 | The Kentucky Dream Estate | ✓ | 47 |
| 7/19/2024 3:35 | 1492.92 | The Golden Dream Ranch Estate | | 43.59 |
| 7/19/2024 22:33 | 1000 | The Kentucky Dream Estate | | 29.3 |
| 7/20/2024 1:00 | 1354 | The Getaway at Stonecrest | | 39.57 |
| 7/20/2024 12:43 | 2489.55 | The Kentucky Dream Estate | ✓ | 72.5 |
| 7/20/2024 18:09 | 4156.91 | The Golden Dream Ranch Estate | ✓ | 120.85 |
| 7/20/2024 18:09 | 3190.96 | The Golden Dream Ranch Estate | ✓ | 107.84 |
| 7/20/2024 22:12 | 3988.87 | The Thoroughbred Estate | | 115.98 |
| 7/21/2024 17:04 | 448.75 | The Lake House | | 13.31 |

| Date/Time | Amount | Property | | Fee |
|---|---|---|---|---|
| 7/21/2024 17:06 | 1311.01 | The Thoroughbred Estate | | 38.32 |
| 7/21/2024 17:11 | 2043.45 | The Kentucky Dream Estate | ✓ | 74.56 |
| 7/21/2024 21:36 | 715 | Marigolds Roost Luxury Cabin at The Farm Inn | | 21.04 |
| 7/21/2024 22:20 | 5258.26 | The Kentucky Dream Estate | | 152.79 |
| 7/22/2024 0:27 | 4416.59 | The Kentucky Dream Estate | | 128.38 |
| 7/22/2024 11:44 | 4479.44 | The Kentucky Dream Estate | ✓ | 130.2 |
| 7/22/2024 16:07 | 3300.31 | The Golden Dream Ranch Estate | ✓ | 96.01 |
| 7/22/2024 17:39 | 2221.84 | The Estate at Autumn Crest | | 64.73 |
| 7/22/2024 21:36 | 2600.11 | The Kentucky Dream Estate | ✓ | 75.7 |
| 7/23/2024 22:46 | 1233.05 | The Kentucky Dream Estate | ✓ | 36.06 |
| 7/24/2024 13:20 | 1211.48 | The Farms Luxury Getaway on The Potomac | | 50.43 |
| 7/26/2024 1:11 | 1857.46 | The Golden Dream Ranch Estate | ✓ | 54.17 |
| 7/26/2024 1:11 | 1192.96 | The Golden Dream Ranch Estate | ✓ | 34.9 |
| 7/26/2024 17:21 | 200 | The Kentucky Dream Estate | | 6.1 |
| 7/27/2024 12:03 | 3051.09 | The Thoroughbred Estate | ✓ | 88.78 |
| 7/28/2024 20:11 | 4927.91 | The Golden Dream Ranch Estate | ✓ | 158.21 |
| 7/29/2024 16:17 | 2451.81 | The Farms Getaway at UK | ✓ | 71.4 |
| 7/29/2024 18:45 | 6924.96 | The Golden Dream Ranch Estate | ✓ | 201.12 |
| 7/29/2024 21:09 | 4299.16 | The Estate at Autumn Crest | | 124.98 |
| 7/30/2024 19:03 | 4342.38 | The Kentucky Dream Estate | ✓ | 126.23 |
| 7/31/2024 15:22 | 1610.19 | The Kentucky Dream Estate | | 47 |
| 8/1/2024 14:45 | 3730.51 | The Thoroughbred Estate | | 108.48 |
| 8/1/2024 16:38 | 4555.33 | The Kentucky Dream Estate | | 132.4 |
| 8/1/2024 21:59 | 1635.53 | The Estate at Autumn Crest | | 47.73 |
| 8/2/2024 14:59 | 2238.72 | The Kentucky Dream Estate | | 65.22 |
| 8/2/2024 17:41 | 200 | The Golden Dream Ranch Estate | | 6.1 |
| 8/2/2024 18:04 | 3452.22 | The Kentucky Dream Estate | | 115.41 |
| 8/2/2024 18:05 | 1163.71 | The Kentucky Dream Estate | | 34.05 |
| 8/2/2024 19:11 | 6616 | The Golden Dream Ranch Estate | | 192.16 |
| 8/3/2024 2:26 | 1510 | The Golden Dream Ranch Estate | | 59.09 |
| 8/4/2024 12:04 | 4300.91 | The Golden Dream Ranch Estate | ✓ | 125.03 |
| 8/4/2024 17:00 | 5304.91 | The Golden Dream Ranch Estate | ✓ | 154.14 |
| 8/5/2024 12:41 | 3328.86 | The Estate at Autumn Crest | | 96.84 |
| 8/6/2024 3:41 | 150 | The Farm, LLC | | 4.65 |
| 8/6/2024 14:47 | 1162.27 | The Kentucky Dream Estate | | 34.01 |
| 8/7/2024 17:06 | 100 | The Kentucky Dream Estate | | 3.2 |
| 8/7/2024 17:07 | 1200 | The Kentucky Dream Estate | | 35.1 |

**Referenced Property Addresses**

The Estate at Autumn Crest
4270 Long Lane
Franklin, TN 37064

The Thoroughbred Estate
2680 Our Native Lane
Lexington, KY 40510

The Golden Dream Ranch Estate
1607 W Potrero Road
Thousand Oaks, CA 91361

The Kentucky Dream Estate
1400 Willis Branch Road
Richmond, KY 40475

The Farm's Getaway at UK
1918-1922 Nicholasville Road
Lexington, KY 40503

The Farm's Luxury Getaway on the Potomac
222 Vaughndom Way
Martinsburg, WV 25404

The Lake House
3035 Waterworks Road
Danville, KY 40422

The Farmstone: A Texas-Sized Luxury Ranch Estate
10042 Private Road 2330
Terrell, TX 75160

The Farm's Champion Estate at The Triangle
3406-3326 Stagecoach Road
Durham, NC 27713

The Farm's Loft on Kaufman Square
114 N Washington St Suite F
Kaufman, TX 75142

America's Estate
3655-3661 Anderson Highway
Powhatan, VA 23139

The Getaway at Stonecrest
644 Clubhouse Drive
Prestonsburg, KY 41653

Marigold's Roost Luxury Cabin at The Farm Inn
450 Waterworks Road
Danville, KY 40422

The Farm, LLC
450 Waterworks Road
Danville, KY 40422