# EXHIBIT COVER SHEET

                                                                                          **Exhibit**

| | | |
|---|---|---|
| Party Submitting: | **May Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES   or   NO   (circle one)** | **9** |
| Debtor: | **THE FARM, LLC d/b/a CURATED AMERICAN GETAWAYS, LLC** | |
| Case No. | **6:24-bk-00362-LVV** | |
| Nature of Hearing: | **Confirmation Hearing on Debtor's Second Amended Plan of Reorganization; United States Trustee's Objection to Confirmation of Debtor's Second Amended Plan of Reorganization (related Doc. Nos. 393, 424, 451, 458)** | |
| Trial Date: | **October 29, 2024, at 9:30 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| Date | Item Amount | Recipient | Description |
|---|---|---|---|
| 6.3.2024 | 331 | Breeze Airlines | Corporate Travel to Properties |
| 6.3.2024* | 5000 | House of Yasmin | Lease Payment for The Farm, LLC Property |
| 6.3.2024* | 64 | Four Roses Bourbon | Guest Tour Tickets |
| 6.3.2024* | 110 | Bulleit Distillery | Guest Tour Tickets |
| 6.3.2024* | 120 | Deep Six Pools | Pool Maintenance |
| 6.3.2024 | 400 | Monica Putrick | Housekeeping |
| 6.4.2024* | 15 | KY Secretary of State | Administrative Expense |
| 6.4.2024 | 828.39 | Lowe's | Maintenance and Repairs |
| 6.4.2024* | 15 | KY Secretary of State | Administrative Expense |
| 6.4.2024 | 800 | Laundry Valet | Laundry Services |
| 6.4.2024* | 59 | Typeform | Technology Expense |
| 6.4.2024* | 159.15 | Walmart Bentonville AR | Guest Grocery Expenses |
| 6.4.2024 | 620.1 | Housecall Pro | Housekeeping |
| 6.5.2024 | 800 | Torres | Housekeeping |
| 6.5.2024 | 199.77 | CVS | Supplies |
| 6.5.2024 | 700 | Titan Pools LLC | Pool Maintenance |
| 6.5.2024* | 688 | All Under One Roof LLC | Independent Contractor Labor |
| 6.6.2024* | 3750 | House of Yasmin | Lease Payment for The Farm, LLC Property |
| 6.6.2024* | 3000 | Perez | Lease Payment for The Farm, LLC Property |
| 6.6.2024* | 1400 | Candace Kilgore | Independent Contractor Labor |
| 6.6.2024 | 400 | Laundry Valet | Laundry Services |
| 6.6.2024 | 610 | Southern California Edison | Utilities |
| 6.6.2024 | 13.11 | PaymentUS | Utilities |
| 6.6.2024 | 1081.65 | Southern California Edison | Utilities |
| 6.6.2024 | 23.26 | PaymentUS | Utilities |
| 6.7.2024* | 225 | Connie Privett | Independent Contractor Labor |
| 6.6.2024 | 1600 | Kayla Desponett | Independent Contractor Labor |
| 6.6.2024 | 147.36 | Aqua Services | Pool Maintenance |
| 6.6.2024 | 107.8 | Aqua Services | Pool Maintenance |
| 6.7.2024 | 116.26 | Instacart | Supplies |
| 6.7.2024 | 800 | Torres | Housekeeping |
| 6.10.2024* | 82.74 | Walmart Bentonville AR | Supplies |
| 6.10.2024* | 112.46 | Walmart Bentonville AR | Supplies |
| 6.10.2024 | 608.5 | Duke Energy | Utilities |
| 6.10.2024 | 133.5 | Duke Energy | Utilities |
| 6.10.2024* | 232.31 | Instacart | Supplies |
| 6.10.2024 | 658.5 | Duke Energy | Utilities |
| 6.10.2024 | 80 | Candace Kilgore | Independent Contractor Labor |
| 6.10.2024 | 650 | Candace Kilgore | Independent Contractor Labor |
| 6.10.2024* | 201.19 | Walmart Bentonville AR | Supplies |
| 6.10.2024* | 18.92 | Walmart Bentonville AR | Supplies |
| 6.10.2024* | 634.8 | Cotsco | Supplies |
| 6.10.2024* | 100 | Candace Kilgore | Independent Contractor Labor |
| 6.10.2024* | 683.32 | All Under One Roof LLC | Independent Contractor Labor |
| 6.11.2024 | 800 | Laundry Valet | Laundry Services |
| 6.11.2024 | 41.88 | Walmart Bentonville AR | Guest Grocery Expenses |
| 6.11.2024 | 588.48 | Insurance Logistics | Insurance for Leased Property |
| 6.12.2024 | 1212.13 | Southern California Edison | Utilities |
| 6.12.2024 | 26.06 | Southern California Edison | Utilities |
| 6.12.2024 | 995.29 | Southern California Edison | Utilities |
| 6.12.2024* | 1809.18 | Rebecca Watkins | Independent Contractor Labor |
| 6.12.2024 | 19.99 | Adobe Acrobat | Technology Expense |
| 6.12.2024* | 404.1 | Costco | Supplies |
| 6.12.2024* | 2000 | United Fin Cas | Transportation Expense |
| 6.13.2024 | 993.09 | Torres | Housekeeping |
| 6.13.2024* | 439.12 | Instacart | Supplies |
| 6.13.2024 | 800 | Susan Goddard | Independent Contractor Labor |
| 6.13.2024 | 79.97 | Amerigas | Utilities |
| 6.13.2024 | 406.93 | Comcast | Utilities |
| 6.13.2024 | 625 | Scratch | Chef Services to Guests |
| 6.13.2024 | 500 | CashApp Janie Re | Independent Contractor Labor |
| 6.14.2024 | 152.6 | Amazon Marketplace | Supplies |
| 6.14.2024* | 201.12 | CashApp Leah Car | Independent Contractor Labor |
| 6.17.2024* | 699 | Homeaway | Annual Vrbo Membership Renewal - TX |
| 6.17.2024 | 263 | Walmart Bentonville AR | Supplies |

| Date | Amount | Payee | Category |
|---|---|---|---|
| 6.17.2024* | 302 | OwnerRez | Technology Expense |
| 6.17.2024* | 250 | Connie Privett | Independent Contractor Labor |
| 6.17.2024* | 215.59 | Candace Kilgore | Independent Contractor Labor |
| 6.17.2024 | 1200 | CashApp Monica P | Housekeeping |
| 6.18.2024 | 175 | CashApp Jessica | Guest Refund |
| 6.20.2024* | 12.95 | Wmt Plus | Dues and Subscriptions |
| 6.20.2024 | 850 | Torres | Housekeeping |
| 6.20.2024* | 49.95 | Vehicle Tag FL | Transportation Expense |
| 6.20.2024* | 146.08 | Walmart Bentonville AR | Supplies |
| 6.20.2024* | 72 | Walmart Bentonville AR | Supplies |
| 6.20.2024* | 3.8 | Walmart Bentonville AR | Supplies |
| 6.21.2024* | 130 | Connie Privett | Independent Contractor Labor |
| 6.21.2024 | 1600 | Susan Goddard | Independent Contractor Labor |
| 6.21.2024 | 175 | CashApp Jessica | Guest Refund |
| 6.24.2024* | 117.68 | Instacart | Guest Grocery Expenses |
| 6.24.2024* | 330 | Costco | Supplies |
| 6.24.2024* | 68.63 | Walmart Bentonville AR | Supplies |
| 6.24.2024* | 5.95 | Walmart Bentonville AR | Supplies |
| 6.24.2024* | 55.12 | Makers Mark Distillery | Guest Tour Tickets |
| 6.24.2024* | 215.04 | Limestone Branch Distillery | Guest Tour Tickets |
| 6.26.2024* | 26.08 | Netflix.com | Estate Netflix Subscription |
| 6.28.2024 | 1508.16 | Prestonsburg Utilities | Utilities |
| 6.28.2024 | 800 | Susan Goddard | Independent Contractor Labor |
| 6.28.2024 | 950 | Torres | Housekeeping |
| 7.1.2024* | 41.47 | NexBillPay LLC | Utilities |
| 7.1.2024* | 1047.32 | Richmond Utilities | Utilities |
| 7.1.2024* | 559.86 | Next Insurance | General Liability Insurance Coverage |
| 7.1.2024* | 351.95 | American Water | Utilities |
| 7.1.2024 | 1266.1 | U-Haul Richmond VA | Transportation Expense |
| 7.1.2024 | 550 | CashApp Melanie | Housekeeping |
| 7.1.2024 | 90.51 | Instacart | Supplies |
| 7.3.2024 | 481 | CashApp Diana LA | Pool Maintenance |
| 7.5.2024 | 120.25 | Amazon Marketplace | Supplies |
| 7.5.2024 | 800 | Susan Goddard | Independent Contractor Labor |
| 7.5.2024* | 120.25 | Amazon Marketplace | Supplies |
| 7.5.2024* | 59 | Typeform | Technology Expense |
| 7.5.2024 | 563.32 | Lowe's | Maintenance and Repairs |
| 7.5.2024 | 133.63 | ABC Fine | Guest Grocery Expenses |
| 7.5.2024* | 300 | CashApp Candace | Independent Contractor Labor |
| 7.5.2024* | 200 | CashApp Candace | Independent Contractor Labor |
| 7.5.2024* | 2108.53 | Google Gsuite | Technology Expense |
| 7.8.2024* | 175.16 | Walmart Bentonville AR | Supplies |
| 7.8.2024* | 220 | CashApp Candace | Independent Contractor Labor |
| 7.8.2024* | 700 | CashApp Candace | Housekeeping |
| 7.8.2024 | 1264.5 | CashApp Chikaodi | Housekeeping |
| 7.8.2024 | 3596.13 | Stripe Refund | Guest Refunds |
| 7.9.2024 | 2348.5 | Stripe Refund | Guest Refunds |
| 7.9.2024 | 107.44 | Amazon Marketplace | Supplies |
| 7.9.2024* | 350 | Candace Kilgore | Independent Contractor Labor |
| 7.10.2024 | 600 | Susan Goddard | Independent Contractor Labor |
| 7.10.2024 | 700 | Brandi Isham | Maintenance and Repairs |
| 7.11.2024 | 700 | Brandi Isham | Maintenance and Repairs |
| 7.11.2024* | 282.71 | Costco | Supplies |
| 7.11.2024 | 643.1 | Lowes | Maintenance and Repairs |
| 7.11.2024* | 233 | Costco | Supplies |
| 7.11.2024* | 45.01 | Costco | Supplies |
| 7.11.2024* | 475 | Duke Energy | Utilities |
| 7.11.2024* | 108 | Clean Cans | Maintenance and Repairs |
| 7.11.2024* | 85 | PestNow | Maintenance and Repairs |
| 7.11.2024* | 19.99 | Adobe Acrobat | Dues and Subscriptions |
| 7.11.2024* | 9.69 | MuniBilling | Utilities |
| 7.11.2024* | 350 | Enterprise Commun | Utilities |
| 7.11.2024 | 297.14 | Big Sandy RECC | Utilities |
| 7.11.2024* | 85 | PestNow | Maintenance and Repairs |
| 7.11.2024 | 537.42 | CashApp Chikaodi | Housekeeping |
| 7.11.2024 | 185 | Sq Hot Sensum LLC | Maintenance and Repairs |

| Date | Amount | Payee | Category |
|---|---|---|---|
| 7.12.2024* | 132.74 | Smart Ciy Teleco | Utilities |
| 7.12.2024* | 450 | Duke Energy | Utilities |
| 7.12.2024* | 2.49 | AppFolio Inc | Utilities |
| 7.12.2024* | 100 | Candace Kilgore | Independent Contractor Labor |
| 7.12.2024* | 400 | Candace Kilgore | Independent Contractor Labor |
| 7.15.2024* | 153.31 | Instacart | Supplies |
| 7.15.2024* | 550 | Candace Kilgore | Independent Contractor Labor |
| 7.15.2024* | 265 | Candace Kilgore | Independent Contractor Labor |
| 7.17.2024* | 130 | Candace Kilgore | Independent Contractor Labor |
| 7.19.2024* | 13.73 | Wmt Plus | Dues and Subscriptions |
| 7.19.2024* | 224.29 | CashAp Gypsy Ro | Housekeeping |
| 7.19.2024 | 1025.7 | CashApp Chikaodi | Housekeeping |
| 7.22.2024 | 75.67 | Amazon Marketplace | Supplies |
| 7.22.2024 | 1210.88 | Stripe Refund | Guest Refunds |
| 7.22.2024* | 224.29 | CashApp Gypsy Rose | Housekeeping |
| 7.22.2024* | 225 | Connie Privett | Maintenance and Repairs |
| 7.22.2024* | 400 | Candace Kilgore | Independent Contractor Labor |
| 7.22.2024* | 104.48 | Doordash Cracker Barrel | Guest Meals |
| 7.22.2024* | 105 | Intuit | Dues and Subscriptions |
| 7.26.2024 | 400 | Rent a Center | Furniture Purchase |
| 7.26.2024* | 26.08 | Netflix.com | Estate Netflix Subscription |
| 7.29.2024* | 1100 | CashApp Leah Car | Independent Contractor Labor |
| 7.29.2024 | 400 | Chase Gaskill | Maintenance and Repairs |
| 7.30.2024* | 156.45 | Walmart Bentonville AR | Supplies |
| 7.30.2024* | 85.92 | Amazon Marketplace | Supplies |
| 7.30.2024* | 559.83 | Next Insurance | General Liability Insurance Coverage |
| 7.30.2024* | 736.95 | American Water | Utilities |
| 7.30.2024 | 728.98 | So California Edison | Utilities |
| 7.30.2024 | 15.67 | PaymentUS | Utilities |
| 7.30.2024* | 1000 | CashApp Leah Car | Independent Contractor Labor |
| 7.30.2024* | 90 | Insuraguest Risk | Insurance |
| 7.31.2024 | 400 | Susan Goddard | Independent Contractor Labor |
| 7.31.2024 | 600 | Zelle Rosemarie Miranda | Maintenance and Repairs |
| 8.1.2024* | 250 | Candace Kilgore | Independent Contractor Labor |
| 8.1.2024* | 200 | Candace Kilgore | Independent Contractor Labor |
| 8.1.2024 | 800 | Susan Goddard | Independent Contractor Labor |
| 8.1.2024* | 400 | Candace Kilgore | Independent Contractor Labor |
| 8.1.2024* | 100 | Candace Kilgore | Independent Contractor Labor |
| 8.1.2024* | 672.87 | CashApp Gypsy Rose | Independent Contractor Labor |
| 8.2.2024* | 108 | Clean Cans | Maintenance and Repairs |
| 8.2.2024 | 800 | Susan Goddard | Independent Contractor Labor |
| 8.2.2024 | 690 | Prestonsburg Utilities | Utilities |
| 8.2.2024 | 19.99 | CashApp Grandin | Dues and Subscriptions |
| 8.2.2024* | 800 | Candace Kilgore | Independent Contractor Labor |
| 8.5.2024 | 18.98 | NexBillPay LLC | Utilities |
| 8.5.2024 | 1.75 | NexBillPay LLC | Utilities |
| 8.5.2024 | 45 | Prestonsburg Utilities | Utilities |
| 8.5.2024* | 800 | Venmo Candace K | Independent Contractor Labor |
| 8.5.2024* | 786.79 | Venmo Candace K | Independent Contractor Labor |
| 8.5.2024* | 552.17 | Costco | Supplies |
| 8.5.2024* | 132.94 | Costco | Supplies |
| 8.5.2024* | 59 | Typeform | Dues and Subscriptions |
| 8.5.2024* | 200 | Venmo Candace K | Independent Contractor Labor |
| 8.5.2024* | 500 | Venmo Candace K | Independent Contractor Labor |
| 8.5.2024 | 26.08 | Netflix.com | Estate Netflix Subscription |
| 8.6.2024* | 250 | Connie Privett | Housekeeping |
| 8.6.2024 | 164.33 | Walmart Bentonville AR | Supplies |
| 8.6.2024 | 47.7 | ABC Fine | Guest Grocery Expenses |
| 8.7.2024* | 480 | Duke Energy | Utilities |
| 8.7.2024* | 1545 | ChefsPrep | Chef Services to Guests |
| 8.8.2024 | 210 | Big Sandy RECC | Utilities |
| 8.12.2024* | 451.29 | Duke Energy | Utilities |
| 8.12.2024 | 600 | Susan Goddard | Independent Contractor Labor |
| 8.14.2024* | 125.75 | Walmart Bentonville AR | Supplies |
| 8.14.2024* | 7.74 | Walmart Bentonville AR | Supplies |
| 8.15.2024* | 365 | OwnerRez | Dues and Subscriptions |

| Date | Amount | Payee | Description |
|---|---|---|---|
| 8.20.2024* | 114 | Intuit | Dues and Subscriptions |
| 8.26.2024* | 26.08 | Netflix.com | Estate Netflix Subscription |
| 8.30.2024* | 559.83 | Next Insurance | General Liability Insurance Coverage |

**Note: ***
Indicates Expenses Likely to Continue in Reorganized Debtor Operation