# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **May Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES     or     NO     (circle one)** | **10** |
| Debtor: | **THE FARM, LLC d/b/a CURATED AMERICAN GETAWAYS, LLC** | |
| Case No. | **6:24-bk-00362-LVV** | |
| Nature of Hearing: | **Confirmation Hearing on Debtor's Second Amended Plan of Reorganization; United States Trustee's Objection to Confirmation of Debtor's Second Amended Plan of Reorganization (related Doc. Nos. 393, 424, 451, 458)** | |
| Trial Date: | **October 29, 2024, at 9:30 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:_____, 2024.**

**By: _____, Deputy Clerk**

| Created date (UTC) | Amount | Description | | Fee |
|---|---|---|---|---|
| 8/7/2024 17:57 | 975 | The Thoroughbred Estate | | 28.58 |
| 8/8/2024 18:59 | 683 | The Kentucky Dream Estate | | 20.11 |
| 8/8/2024 23:53 | 3499.16 | The Estate at Autumn Crest | ✓ | 101.78 |
| 8/9/2024 16:17 | 2150.87 | The Thoroughbred Estate | ✓ | 62.68 |
| 8/9/2024 19:19 | 1756.86 | The Golden Dream Ranch Estate | ✓ | 51.25 |
| 8/10/2024 16:32 | 1965.29 | The Kentucky Dream Estate | | 57.29 |
| 8/10/2024 18:21 | 3641.5 | The Kentucky Dream Estate | ✓ | 105.9 |
| 8/11/2024 20:15 | 3899.16 | The Estate at Autumn Crest | ✓ | 113.38 |
| 8/12/2024 8:54 | 7143.55 | The Golden Dream Ranch Estate | ✓ | 207.46 |
| 8/12/2024 16:29 | 7143.55 | The Golden Dream Ranch Estate | ✓ | 207.46 |
| 8/13/2024 3:07 | 2807.94 | The Kentucky Dream Estate | ✓ | 81.73 |
| 8/14/2024 17:12 | 3728.26 | The Golden Dream Ranch Estate | ✓ | 108.42 |
| 8/14/2024 19:32 | 5774.63 | The Thoroughbred Estate | ✓ | 167.76 |
| 8/15/2024 2:14 | 8499.84 | The Golden Dream Ranch Estate | ✓ | 246.8 |
| 8/15/2024 2:15 | 9768.79 | The Golden Dream Ranch Estate | ✓ | 283.59 |
| 8/16/2024 15:42 | 940.68 | The Thoroughbred Estate | | 27.58 |
| 8/16/2024 18:02 | 4000 | The Golden Dream Ranch Estate | | 116.3 |
| 8/16/2024 23:20 | 5000.82 | The Estate at Autumn Crest | ✓ | 145.32 |
| 8/17/2024 4:19 | 5169.88 | The Golden Dream Ranch Estate | ✓ | 150.23 |
| 8/17/2024 17:17 | 664.32 | The Estate at Autumn Crest | | 19.57 |
| 8/17/2024 22:33 | 5024.96 | The Golden Dream Ranch Estate | ✓ | 146.02 |
| 8/18/2024 10:09 | 5831.22 | The Kentucky Dream Estate | | 169.41 |
| 8/18/2024 10:11 | 4361.52 | The Thoroughbred Estate | | 126.78 |
| 8/18/2024 21:38 | 4044.45 | The Estate at Autumn Crest | | 117.59 |
| 8/19/2024 10:46 | 1574.76 | The Kentucky Dream Estate | | 45.97 |
| 8/19/2024 16:39 | 1135.54 | The Golden Dream Ranch Estate | | 33.23 |
| 8/19/2024 19:12 | 2320.32 | The Golden Dream Ranch Estate | ✓ | 67.59 |
| 8/19/2024 19:41 | 6269.88 | The Golden Dream Ranch Estate | | 197.13 |
| 8/20/2024 14:54 | 6242.85 | The Golden Dream Ranch Estate | ✓ | 181.34 |
| 8/20/2024 17:18 | 1537.26 | The Kentucky Dream Estate | | 44.88 |
| 8/21/2024 19:13 | 3114.47 | The Thoroughbred Estate | | 90.62 |
| 8/21/2024 23:39 | 4752.91 | The Golden Dream Ranch Estate | ✓ | 153.13 |
| 8/22/2024 17:55 | 2603.07 | The Thoroughbred Estate | ✓ | 75.79 |
| 8/25/2024 12:37 | 1589.43 | The Estate at Autumn Crest | | 46.39 |
| 8/25/2024 21:17 | 2604 | The Kentucky Dream Estate | ✓ | 75.82 |
| 8/26/2024 19:29 | 6793.55 | The Golden Dream Ranch Estate | ✓ | 197.31 |
| 8/26/2024 21:13 | 100 | The Kentucky Dream Estate | | 3.2 |
| 8/26/2024 22:47 | 7769.88 | The Golden Dream Ranch Estate | ✓ | 225.63 |
| 8/28/2024 11:40 | 2131.16 | The Thoroughbred Estate | | 62.1 |
| 8/28/2024 14:28 | 2880 | The Kentucky Dream Estate | | 83.82 |
| 8/30/2024 19:28 | 2138.39 | The Farms Getaway at UK | | 62.31 |

Checks beside payments indicate new customer booking in order to be responsive to Production Request 18.