# EXHIBIT COVER SHEET

|  |  | **Exhibit** |
|---|---|---|
| Party Submitting: | **May Ida Townson, U.S. Trustee for Region 21** | |
| Admitted: | **YES    or    NO    (circle one)** | **11** |
| Debtor: | **THE FARM, LLC d/b/a CURATED AMERICAN GETAWAYS, LLC** | |
| Case No. | **6:24-bk-00362-LVV** | |
| Nature of Hearing: | **Confirmation Hearing on Debtor's Second Amended Plan of Reorganization; United States Trustee's Objection to Confirmation of Debtor's Second Amended Plan of Reorganization (related Doc. Nos. 393, 424, 451, 458)** | |
| Trial Date: | **October 29, 2024, at 9:30 a.m.** | |

**United States Bankruptcy Court**
**Middle District of Florida**

**Dated:** _____, **2024.**

**By: _____, Deputy Clerk**

| Date | Item Amount | Recipient | Description |
|---|---|---|---|
| 8.2.2024* | 177.65 | Gsuite Google | Dues and Subscriptions |
| 8.6.2024* | 1750 | House of Yasmin | Lease Payment |
| 8.7.2024 | 699 | Homeaway | Dues and Subscriptions |
| 8.7.2024* | 897.16 | Rebecca Watkins | Independent Contractor Labor |
| 8.8.2024* | 1911 | All Under One Roof | Independent Contractor Labor |
| 8.9.2024* | 1700 | All Under One Roof | Independent Contractor Labor |
| 8.12.2024* | 260 | Connie Privett | Independent Contractor Labor |
| 8.12.2024* | 126 | Smart City Telecom | Utilities |
| 8.12.2024* | 226.47 | Walmart.com | Supplies |
| 8.12.2024 | 2770 | All Under One Roof | Independent Contractor Labor |
| 8.13.2024* | 19.99 | Adobe Inc | Dues and Subscriptions |
| 8.13.2024* | 230 | All Under One Roof | Independent Contractor Labor |
| 8.14.2024 | 2884 | All Under One Roof | Independent Contractor Labor |
| 8.15.2024* | 8750 | House of Yasmin | Lease Payment |
| 8.15.2024 | 1500 | Venmo Maria C | Guest Refund |
| 8.15.2024 | 3604.78 | Jonah Lydon | Guest Refund |
| 8.16.2024 | 800 | Susan Goddard | Independent Contractor Labor |
| 8.19.2024* | 20.1 | Walmart.com | Supplies |
| 8.19.2024* | 75.43 | Walmart.com | Supplies |
| 8.19.2024* | 75.94 | Michael Roh | Repairs and Maintenance |
| 8.19.2024* | 412.3 | Costco | Supplies |
| 8.19.2024* | 171.92 | Amazon Marketplace | Supplies |
| 8.19.2024* | 12.95 | Walmart Plus | Dues and Subscriptions |
| 8.19.2024* | 190.35 | Cotsco | Supplies |
| 8.19.2024* | 15000 | C Wesley Morgan | Lease Payment |
| 8.20.2024* | 260 | Connie Privett | Independent Contractor Labor |
| 8.20.2024* | 11750 | C Wesley Morgan | Lease Payment |
| 8.20.2024 | 1960 | All Under One Roof | Independent Contractor Labor |
| 8.20.2024* | 1250 | Rebecca Watkins | Independent Contractor Labor |
| 8.21.2024* | 1095 | All Under One Roof | Independent Contractor Labor |
| 8.21.2024 | 4141.64 | Gracie Elias | Guest Refund |
| 8.21.2024* | 900 | House of Yasmin | Lease Payment |
| 8.21.2024 | 7143.55 | Jeffrey Blair | Guest Refund |
| 8.22.2024* | 144.51 | Costco | Supplies |
| 8.22.2024* | 52.56 | Instacart | Supplies |
| 8.22.2024* | 1727 | All Under One Roof | Independent Contractor Labor |
| 8.22.2024 | 2000 | John Law | Independent Contractor Labor |
| 8.22.2024* | 1000 | Rebecca Watkins | Independent Contractor Labor |
| 8.23.2024* | 140.47 | Walmart.com | Supplies |
| 8.23.2024* | 665 | Venmo Tristan S | Repairs and Maintenance |
| 8.23.2024* | 50 | Venmo Leah MA | Independent Contractor Labor |
| 8.23.2024* | 125 | Venmo Leah MA | Independent Contractor Labor |
| 8.23.2024* | 3350 | All Under One Roof | Independent Contractor Labor |

| Date | Amount | Payee | Category |
|---|---|---|---|
| 8.26.2024* | 101.76 | Sam's Club Renewal | Dues and Subscriptions |
| 8.26.2024* | 675.1 | Sam's Club | Supplies |
| 8.26.2024* | 4000 | C Wesley Morgan | Lease Payment |
| 8.26.2024* | 8250 | Roger Baskin | Lease Payment |
| 8.27.2024* | 5.05 | Walmart.com | Supplies |
| 8.27.2024* | 29 | Walmart.com | Supplies |
| 8.27.2024* | 59.76 | Walmart.com | Supplies |
| 8.27.2024* | 3583 | C Wesley Morgan | Lease Payment |
| 8.27.2024 | 800 | Susan Goddard | Independent Contractor Labor |
| 8.28.2024* | 500 | Candace Kilgore | Independent Contractor Labor |
| 8.28.2024* | 156.24 | Venmo Leah MA | Independent Contractor Labor |
| 8.29.2024* | 143.38 | Walmart.com | Supplies |
| 8.29.2024* | 20 | Walmart.com | Supplies |
| 8.29.2024* | 500 | Candace Kilgore | Independent Contractor Labor |
| 8.29.2024* | 450 | Jones Heating and Air | Repairs and Maintenance |
| 8.29.2024* | 1445 | All Under One Roof | Independent Contractor Labor |
| 8.30.2024* | 31.79 | Adobe Inc | Dues and Subscriptions |
| 8.30.2024* | 500 | Venmo Brenda | Independent Contractor Labor |
| 8.30.2024 | 2525 | All Under One Roof | Independent Contractor Labor |
| 8.30.2024 | 800 | Susan Goddard | Independent Contractor Labor |

*Indicates Expenses Likely to Continue in Reorganized Debtor Operation