

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/31/2024 09:30 AM

COURTROOM 6C, 6th Floor

HONORABLE LORI VAUGHAN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:24-bk-00362-LVV** | **11** | **01/25/2024** |

**Chapter 11**

**DEBTOR:**      The Farm, LLC

**DEBTOR ATTY:**   **Cole Branson**

**TRUSTEE:**      **L. Budgen**

**HEARING:**

ORAL RULING
1) Confirmation Hearing
Second Amended Chapter 11 Plan of Reorganization (Doc #424)
Objection by TN Dept of Revenue to Confirmation of Debtor's Second Amended Plan (Doc #442)
Objection by the SBA to Confirmation of Debtor's Amended Plan (Doc #369)
Joinder In The SBA's Objection To Confirmation Of The Debtor's First Amended Plan (Doc #387)
Limited Objection by Ten Twenty Four Inc to Confirmation of Plan (Doc #445)
Objection by the UST (Doc #451)
Debtor's Response to Trustee's Objection (Doc #465)
~2) Debtor's Motion to Use Cash Collateral (Doc #8) - Granted, interim basis thru 10/31/24
3) Debtor's Motion for Authority to Pay Affiliate Officer Salaries (Doc #9) - Granted, interim basis thru 8/27/24
4) Amended Application for Supplemental Compensation for Jeffrey Ainsworth, Debtor's Attorney, Fee: $69,912.50, Expenses:
        $2,278.39, for the period of 4/16/2024 to 7/29/2024. For the period: April 16, 2024 through July 29, 2024
        (Doc #384)
5) Ore Tenus Motion by Debtor to Modify Second Amended Chapter 11 Plan (Doc #478)
Note: SubV
SubV Trustee: Todd Budgen
Case Mgmt Summary (Doc #7)
POC Deadline: Extended to 8/2/24
Ballot Tabulation (Doc #457)
Confirmation Affidavit (Doc #476)
MORs:
Jan/Feb 2024 (Doc #123)
March 2024 (Doc #186)
April 2024 (Doc #236)
May 2024 (Doc #293)
June 2024 (Doc #363)
July 2024 (Doc #407)
Aug 2024 (Doc #438)

Sep 2024 (Doc #439)
Pending:
1) Amended Application for Supplemental Compensation for Jeffrey Ainsworth, Debtor's Attorney, Fee: $69,912.50, Expenses: $2,278.39, for the period of 4/16/2024 to 7/29/2024. For the period: April 16, 2024 through July 29, 2024; filed w. neg ntc (Doc #384) - order submitted
2) Debtor's Motion for Cramdown Pursuant to 11 U.S.C. 1191(b) (Doc #464)

Resolved by Agreed Order:
1) Application for Payment of Administrative Expenses Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b) by APS Investments, LLC Amount Requested: $38,072.21 Filed by Bradley J Anderson on behalf of Creditor APS Investments, LLC (Doc #313) - Agreed order (Doc #437)
2) Application for Payment of Administrative Expenses Amount Requested: $392,974.97 Filed by Michael A Paasch on behalf of Creditor Ten Twenty Four Inc., d/b/a Beyond Pricing (Doc #381) - Supplement (Doc #430) - Agreed Order (Doc #419) - Second Supplement (Doc #444)

Awaiting Orders:
1) Application to Employ Daniel A. King, of Switzer, McGaughey & King, PSC as Accountants; filed w/ neg ntc 3/6/24 (Doc #68)
2) Debtor's Motion to Assume RESIDENTIAL REAL PROPERTY WITH ROY AND ANGELA MARTIN (Re: 450 Waterworks Road Danville, KY 40422) (Doc #134) - Granted at hearing 8/1/24
3) Debtor's Motion to Assume Unexpired Lease w/ EVELIO A. PEREZ (Re: 601 Sycamore Street Unit 6106 Celebration, FL 34747) (Doc #137) - Granted at hearing 8/1/24
4) Debtor's Motion to Assume Unexpired Lease w/ PETER & YASMIN DORDOY (Re: 307 Acadia Ln, Celebration FL, 34747) (Doc #138) - Granted at hearing 8/1/24
5) Debtor's Motion to Reject Lease for premises located at 169 Three Oaks Lane, Langley, KY 41645 (Doc #246) - Granted at hearing 8/1/24
6) Debtor's Motion to Assume Lease for premises located at 1601 W Potrero Road Thousand Oaks, CA 91361 (Doc #247) - Granted at hearing 8/1/24
7) Debtor's Motion to Reject Lease for premises located at 644 CLUBHOUSE DRIVE, PRESTONBURG, KY 41653 (Doc #250) - Granted at hearing 8/1/24
8) Debtor's Motion to Reject Lease for premises located at 232 STONEHEDGE STREET, FRANKFORT, KY 40601 (Doc #251) - Granted at hearing 8/1/24

**APPEARANCES:**:
Jeff Ainsworth: Debtor; Todd Budgen: SubV Trustee; William Simonitsch: UST; Dan Fogarty: Pennas; Mansion at Rose Hill; Fallen Heroes; Michael Paasch: Ten Twenty Four

 **RULING:**
ORAL RULING

1) Confirmation Hearing - Second Amended Chapter 11 Plan of Reorganization   (Doc #424) -   Objection by TN Dept of Revenue to Confirmation of Debtor's Second Amended Plan (Doc #442) - Objection by the SBA to Confirmation of Debtor's Amended Plan (Doc #369) - Joinder In The SBA's Objection To Confirmation Of The Debtor's First Amended Plan (Doc #387) - Limited Objection by Ten Twenty Four Inc to Confirmation of Plan (Doc #445) - Objection by the UST (Doc #451) - Debtor's Response to Trustee's Objection   (Doc #465) - Confirmed; 1191(b); as discussed in open court; monthly reporting until substantial consummation and fees to be paid thru SubV Trustee; order by Ainsworth.

A Post Confirmation Status Conference is scheduled 2/4/2025 at 2:45pm (AOCNFNG)

2) Debtor's Motion to Use Cash Collateral   (Doc #8) - No Further Action.

3) Debtor's Motion for Authority to Pay Affiliate Officer Salaries   (Doc #9) - NoFurther Action.

4) Amended Application for Supplemental Compensation for Jeffrey Ainsworth, Debtor's Attorney, Fee: $69,912.50, Expenses: $2,278.39, for the period of 4/16/2024 to 7/29/2024. For the period: April 16, 2024 through July 29, 2024   (Doc #384) - Approved; order by Ainsworth.

5) Debtor's Motion for Cramdown Pursuant to 11 U.S.C. 1191(b) (Doc #464) - Granted; in confirmation order.


(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.