# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:  } CASE NUMBER: 6:24-bk-00362-LVV
The Farm, LLC }
}
} JUDGE Vaughan
}
DEBTOR. } CHAPTER 11

### DEBTOR'S POST-CONFIRMATION QUARTERLY OPERATING REPORT FOR THE PERIOD
FROM 4.1.2025 TO 6.30.2025

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 8.3.2025

_____
Attorney for Debtor

Debtor's Address and Phone Number:
630 Campus St Celebration FL 34747

Tel. 407.705.8806

Attorney's Address and Phone Number:
1501 E. Concord Street,
Orlando, FL 32803

Bar No. 060769 FL
Tel. 407-894-6834

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website: http://www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | The Farm, LLC |
| Case Number: | 6:24-bk-00362-LVV |
| Date of Plan Confirmation: | January 8, 2025 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | CASH (Beginning of Period) | $ 809.43 | $ 2557.49 |
| 2. | INCOME or RECEIPTS during the Period | $ 333,298.43 | $ 658,823.83 |
| 3. | DISBURSEMENTS | | |
| a. | Operating Expenses (Fees/Taxes): | | |
| (i) | U.S. Trustee Quarterly Fees | $ 0 | $ 0 |
| (ii) | Federal Taxes | 0 | 0 |
| (iii) | State Taxes | 2027.61 | 3989.58 |
| (iv) | Other Taxes | 0 | 0 |
| b. | All Other Operating Expenses: | $ 263,062.17 | $ 527,478.86 |
| c. | Plan Payments: | | |
| (i) | Administrative Claims | $ 37,446.72 | $ 88,999.09 |
| (ii) | Class One | 935.00 | 2700.00 |
| (iii) | Class Two | 815.00 | 5729.00 |
| (iv) | Class Three | 950.00 | 2750.00 |
| (v) | Class Four | 1500.00 | 1500.00 |
| | (Attach additional pages as needed) | | |
| | Total Disbursements (Operating & Plan) | $ 333,763.25 | $ 660,227.28 |
| 1. | CASH (End of Period) | $ 344.61 | $ 1154.04 |

Class 9 - $20,899.75  - Total Class 9 - $20,889.75

Class 6 - $1216.00  - Total Class 6 - $6137.00

I declare under penalty of perjury that all information, statements and the accompanying documents and reports are true and correct to the best of my knowledge and belief.
This ___3rd_____ day of August 20__25___. _____
Debtor's Signature _____ [signature: Katie Loane]
Debtor Name
_____Katie Loane_____

| MONTHLY OPERATING REPORT - POST CONFIRMATION | ATTACHMENT NO. 4 |
|---|---|

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Old Glory Bank |
|---|---|
| Account Number | XXX6396 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | See Attached | | |
| | | | | |
| | | | | |
| | | | | TOTAL $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

N/A

| Account N | Check | Description | Debit | Class |
|---|---|---|---|---|
| ******6396 | | WITHDRAWAL | 344.61 | |
| ******6396 | | ACH Returned OD Fee - ACH RETURNED OD CHARGE Insurance Logist Insura | 30.00 | |
| ******6396 | | Insurance Logist Insurance CCD ST-J6T4G1W2N0P3 | 2576.74 | |
| ******6396 | | ACH PAID OD CHARGE SPECTRUM SPECTRUM 250611 PPD | 30.00 | |
| ******6396 | | WIRE TRANSFER FEE | 30.00 | |
| ******6396 | | WIRE TO Outgoing Wire Roger Baski | 3500.00 | |
| ******6396 | | SPECTRUM SPECTRUM 250611 PPD | 271.16 | |
| ******6396 | | RETURNED OD CHARGE     1002 | 30.00 | |
| ******6396 | 1002 | CHECK NUMBER     1002 | 404.81 | |
| ******6396 | | ACH RETURNED OD CHARGE WELLS FARGO CARD CCPYMT 060625 WEB | 30.00 | |
| ******6396 | | ACH RETURNED OD CHARGE Kentucky Utiliti WEB PYMTS WEB | 30.00 | |
| ******6396 | | WELLS FARGO CARD CCPYMT 060625 WEB | 585.00 | |
| ******6396 | | Kentucky Utiliti WEB PYMTS WEB | 70.00 | |
| ******6396 | | RETURNED OD CHARGE     1002 | 30.00 | |
| ******6396 | 1002 | CHECK NUMBER     1002 | 404.81 | |
| ******6396 | | WASTE MANAGEMENT PAYMENT 250605 CCD 000325553683003 | 116.84 | |
| ******6396 | | ATMOS ENERGY SGL UTIL PYMT WEB | 44.37 | |
| ******6396 | | INT TRANSFER TO 2410 | 28.00 | |
| ******6396 | | WIRE TRANSFER FEE | 30.00 | |
| ******6396 | | WIRE TO Outgoing Wire Roger Baski | 3247.25 | |
| ******6396 | | IC* INSTACART*22 DEERFIELD IL US POS  547098 ************5164 58999864 | 23.83 | |
| ******6396 | | IC* TOTAL WI VIA ORLANDO FL US POS  714244 ************5164 15426463 | 130.67 | |
| ******6396 | | VENMO *ABBY ZIEL 8558124430 NY US POS  095286 ************5164 0293847 | 300.00 | |
| ******6396 | | GUSTO FEE 597288 250603 CCD 6semk4p79sk | 84.80 | |
| ******6396 | | WIRE TRANSFER FEE | 30.00 | |
| ******6396 | | WIRE TO Outgoing Wire Robert B. B | 2916.67 | ADMIN |
| ******6396 | | WIRE TRANSFER FEE | 30.00 | |
| ******6396 | | WIRE TO Outgoing Wire The Sprague | 2170.84 | ADMIN |
| ******6396 | | RUEBARUE BROOKLINE ************5164  13835660 | 73.91 | |
| ******6396 | | IC* INSTACART*15 SAN FRANCISCO CA US POS  326826 ************5164 413 | 43.62 | |
| ******6396 | | IC* INSTACART*15 SAN FRANCISCO CA US POS  292796 ************5164 464 | 0.06 | |
| ******6396 | | WIRE TRANSFER FEE | 30.00 | |
| ******6396 | | WIRE TO Outgoing Wire The Farm, L | 20899.75 | CLASS 9 |
| ******6396 | | INT TRANSFER TO 5778 | 1910.06 | |
| ******6396 | | WIRE TRANSFER FEE | 30.00 | |
| ******6396 | | WIRE TO Outgoing Wire Roger Baski | 2000.00 | |

| Account | Description | Amount |
|---|---|---|
| ******6396 | ELITE SANITATION PAYMENT 250527 CCD 7724770058298 | 128.00 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS  383956 ************5164 000 | 38.46 |
| ******6396 | STARPOINTSCR* 850-262-0002  FL US POS  400124 ************5164 0468910: | 16.95 |
| ******6396 | IC* INSTACART*SU SAN FRANCISCO CA US POS  358615 ************5164 11ɛ | 9.99 |
| ******6396 | THE FARM LLC ACH Single PPD | 390.34 |
| ******6396 | ATT Payment 052325 WEB | 290.06 |
| ******6396 | OSCEOLA COUNTY TAX COLL. CCD 9610809 | 94.65 TAX |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire C WESLEY MO | 5200.00 |
| ******6396 | MIDDLE TENNESSEE MURFREESBORO  TN US POS  478877 ************5164 | 547.31 |
| ******6396 | VENMO *CARLA CON 8558124430 NY US POS  926259 ************5164 51833( | 222.06 |
| ******6396 | VENMO *CONNIE PR 8558124430 NY US POS  019846 ************5164 494311 | 500.00 |
| ******6396 | VENMO *DANIEL LO 8558124430 NY US POS  485333 ************5164 558546( | 245.10 |
| ******6396 | INT TRANSFER TO 2410 | 150.00 |
| ******6396 | SPECTRUM SPECTRUM 250522 PPD | 292.87 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS  314729 ************5164 582 | 24.21 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS  286790 ************5164 516 | 58.65 |
| ******6396 | ACH Returned OD Fee - PAID OD CHARGE      1000 | 30.00 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire Brady Smith | 1000.00 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire Nate Meggin | 1174.08 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire All Under O | 1745.71 |
| ******6396 | CHECK NUMBER     1000 | 506.88 |
| ******6396 | Kentucky Utiliti WEB PYMTS WEB | 170.62 |
| ******6396 | IC* INSTACART*30 SAN FRANCISCO CA US POS  253906 ************5164 511 | 184.13 |
| ******6396 | VENMO *DEMAR GRO 8558124430 NY US POS  435473 ************5164 66146 | 900.00 |
| ******6396 | HIS*HISCOX INC 888-202-3007  NY US POS  243219 ************5164 94635449 | 99.08 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire All Under O | 970.00 |
| ******6396 | Walmart.com Bentonville AR US POS  430237 ************5164 02003144 | 146.55 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire All Under O | 1350.00 |
| ******6396 | Kentucky Utiliti WEB PYMTS WEB | 229.00 |
| ******6396 | Kentucky Utiliti WEB PYMTS WEB | 149.00 |
| ******6396 | IC* INSTACART*30 SAN FRANCISCO CA US POS  482860 ************5164 483 | 159.60 |

| Account | Description | Amount |
|---|---|---|
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire Brady Smith | 1000.00 |
| ******6396 | IC* INSTACART*AL SAN FRANCISCO CA US POS  201851 **************5164 463 | 4.10 |
| ******6396 | IC* INSTACART*AL SAN FRANCISCO CA US POS  720146 **************5164 417 | 27.25 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS  237084 **************5164 544 | 4.65 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS  121145 **************5164 409 | 76.15 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS  857607 **************5164 496 | 45.07 |
| ******6396 | AMAZON.COM*NW3IV SEATTLE WA US POS  000019 **************5164 0000010 | 38.69 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire C WESLEY MO | 5200.00 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS  647619 **************5164 JW | 57.46 |
| ******6396 | RICHMOND UTILITI RICHMOND KY US POS  487676 **************5164 5878356! | 633.95 |
| ******6396 | SPECTRUM SPECTRUM 250515 PPD | 243.44 |
| ******6396 | INTUIT * QBooks Onl 250515 CCD 5270711 | 235.00 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS  438527 **************5164 029 | 84.49 |
| ******6396 | VENMO *CONNIE PR 8558124430 NY US POS  227657 **************5164 435443 | 500.00 |
| ******6396 | VENMO *ABBY BADG 8558124430 NY US POS  265147 **************5164 340786 | 350.00 |
| ******6396 | DELTA NATURAL GA GAS BILL CCD 200014602334 | 1500.00 |
| ******6396 | Lake Village Wat Bill Paymt 250514 PPD | 123.44 |
| ******6396 | Lake Village Wat Bill Paymt 250514 PPD | 52.47 |
| ******6396 | Lake Village Wat Bill Paymt 250514 PPD | 32.89 |
| ******6396 | Walmart.com Bentonville AR US POS  418095 **************5164 02003144 | 75.12 |
| ******6396 | ALLY FINANCIAL I BillPay 051425 PPD | 935.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  890182 **************5164 22391498 | 970.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  891240 **************5164 27856271 | 350.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  758998 **************5164 23005501 | 500.43 |
| ******6396 | ATT* BILL PAYMEN DALLAS TX US POS  073558 **************5164 54768199 | 1805.00 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS  766044 **************5164 JW | 20.23 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  545177 **************5164 11978545 | 835.00 |
| ******6396 | VENMO *PATRICK F 8558124430 NY US POS  257831 **************5164 5540212 | 400.00 |
| ******6396 | Walmart.com Bentonville AR US POS  494703 **************5164 02003144 | 80.95 |
| ******6396 | Kentucky Utiliti PAYMENT PPD | 64.28 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS  148942 **************5164 432 | 65.08 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS  938820 **************5164 452 | 56.73 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS  733251 **************5164 478 | 0.49 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  374056 **************5164 87966400 | 448.01 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  023373 **************5164 90534807 | 300.00 |

| Account | Description | Amount |
|---|---|---|
| ******6396 | VENMO *JON D ALE 8558124430 NY US POS 609264 *************5164 1883712 | 275.00 |
| ******6396 | ACH Returned OD Fee - ACH PAID OD CHARGE Insurance Logist Insurance CC | 30.00 |
| ******6396 | Insurance Logist Insurance CCD ST-L1E5W3K5U1P1 | 2576.74 |
| ******6396 | RUMPKE WEB_PAY MAY 25 WEB | 873.95 |
| ******6396 | SPECTRUM SPECTRUM 250511 PPD | 271.16 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 106955 *************5164 56564856 | 673.53 |
| ******6396 | Walmart.com Bentonville AR US POS 300458 *************5164 02003144 | 91.10 |
| ******6396 | Walmart.com Bentonville AR US POS 444229 *************5164 02003144 | 94.49 |
| ******6396 | Walmart.com Bentonville AR US POS 082345 *************5164 02003144 | 46.43 |
| ******6396 | Walmart.com Bentonville AR US POS 134017 *************5164 02003144 | 178.25 |
| ******6396 | Walmart.com Bentonville AR US POS 048012 *************5164 02003144 | 117.82 |
| ******6396 | IC* INSTACART*15 LAKELAND FL US POS 248891 *************5164 12383097 | 127.08 |
| ******6396 | IC* INSTACART*15 LAKELAND FL US POS 465079 *************5164 12402889 | 42.91 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS 112986 *************5164 328 | 16.19 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 839473 *************5164 28718151 | 125.64 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 969122 *************5164 89700579 | 50.55 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS 707978 *************5164 327 | 86.88 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 324192 *************5164 89812937 | 165.82 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS 731456 *************5164 JW | 17.21 |
| ******6396 | VENMO *CARLA CON 8558124430 NY US POS 980736 *************5164 45980 | 250.00 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire C WESLEY MO | 5200.00 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire AR Nicholas | 2483.33 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 213416 *************5164 99730913 | 100.00 |
| ******6396 | KENTUCKY UTILITY 5026272000 KY US POS 396355 *************5164 2977876 | 57.50 |
| ******6396 | KENTUCKY UTILITY 5026272000 KY US POS 060992 *************5164 2953896 | 802.50 |
| ******6396 | VENMO *TRISTAN S 8558124430 NY US POS 313838 *************5164 0352833 | 220.00 |
| ******6396 | KENTUCKY UTILITY 5026272000 KY US POS 887701 *************5164 2945292 | 802.50 |
| ******6396 | OFFICE OF THE AT BillPay 050925 PPD | 404.81 |
| ******6396 | ATT Payment 050825 WEB | 290.06 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 450361 *************5164 33090757 | 272.08 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 487808 *************5164 33055339 | 180.08 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 463377 *************5164 47018729 | 488.83 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 983495 *************5164 33586010 | 350.00 |
| ******6396 | IC* INSTACART SAN FRANCISCO CA US POS 687996 *************5164 415239 | 39.83 |
| ******6396 | AMAZON.COM*NI3EA SEATTLE WA US POS 005949 *************5164 00000010 | 32.24 |

| Account | Description | Amount |
|---|---|---|
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS  670712 ************5164 JW | 49.96 |
| ******6396 | AMAZON.COM*NI0NY SEATTLE WA US POS  003677 ************5164 0000010 | 72.00 |
| ******6396 | VENMO *CARLA CON 8558124430 NY US POS  323328 ************5164 64931 | 500.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  695378 ************5164 00892335 | 100.00 |
| ******6396 | VENMO *GREGORY R 8558124430 NY US POS  655411 ************5164 37514 | 100.00 |
| ******6396 | VENMO *PATRICK F 8558124430 NY US POS  450938 ************5164 3163261 | 425.00 |
| ******6396 | WASTE MANAGEMENT PAYMENT 250506 CCD 000325553683003 | 101.23 |
| ******6396 | ATMOS ENERGY SGL UTIL PYMT WEB | 39.39 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  899631 ************5164 46980197 | 600.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  072692 ************5164 48899684 | 387.43 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  079410 ************5164 61639546 | 50.00 |
| ******6396 | Walmart.com Bentonville AR US POS  425809 ************5164 02003144 | 143.49 |
| ******6396 | Walmart.com Bentonville AR US POS  377884 ************5164 02003144 | 84.43 |
| ******6396 | A MEMORY GROWS A BillPay 050625 PPD | 166.07 ADMIN |
| ******6396 | TEXAS COMPTROLLE BillPay 050625 PPD | 109.21 ADMIN |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  848007 ************5164 22895089 | 100.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  658999 ************5164 11400156 | 231.00 |
| ******6396 | VENMO *KAYLA DES 8558124430 NY US POS  365036 ************5164 808735 | 1400.00 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS  665897 ************5164 388 | 74.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  375274 ************5164 11241139 | 316.07 |
| ******6396 | AMAZON.COM*NB749 SEATTLE WA US POS  005349 ************5164 0000010 | 133.50 |
| ******6396 | VENMO *CARLA CON 8558124430 NY US POS  264649 ************5164 45721 | 1025.00 |
| ******6396 | VENMO *CARLA CON 8558124430 NY US POS  773652 ************5164 46552 | 618.11 |
| ******6396 | VENMO *KAYLA DES 8558124430 NY US POS  546067 ************5164 549460 | 521.50 |
| ******6396 | GOOGLE*GSUITE TH CC GOOGLE.COM CA US POS  701111 ************6378 | 918.81 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire Eric Conway | 611.67 ADMIN |
| ******6396 | WELLS FARGO CARD CCPYMT 050225 WEB | 585.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  549667 ************5164 76222828 | 350.00 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire C WESLEY MO | 5200.00 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire Roger Baski | 5828.75 |
| ******6396 | RUEBARUE BROOKLINE ************5164  13204345 | 73.91 |
| ******6396 | GUSTO FEE 512335 250502 CCD 6semk4fg7r2 | 84.80 |
| ******6396 | VENMO *KAYLA DES 8558124430 NY US POS  291522 ************5164 745071 | 525.09 |
| ******6396 | INT TRANSFER TO 9263 | 330.00 |

| Account | Description | Amount | |
|---|---|---|---|
| ******6396 | ACH Returned OD Fee - ACH RETURNED OD CHARGE Insurance Logist Insura | 30.00 | |
| ******6396 | Insurance Logist Insurance CCD ST-O9W1Z1O8U3E6 | 3175.54 | |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 884795 ************5164 91745098 | 835.00 | |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 405205 ************5164 92445979 | 300.00 | |
| ******6396 | VENMO *CARLA CON 8558124430 NY US POS 422844 ************5164 68926 | 300.00 | |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 384279 ************5164 86750111 | 1270.00 | |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 914699 ************5164 74384170 | 470.00 | |
| ******6396 | KENTUCKY UTILITY 5026272000 KY US POS 273181 ************5164 1322972 | 756.29 | |
| ******6396 | INT TRANSFER TO 0534 | 425.00 | |
| ******6396 | Kentucky Utiliti WEB PYMTS WEB | 46.75 | |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 951943 ************5164 51853990 | 1140.00 | |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 546198 ************5164 55212532 | 139.00 | |
| ******6396 | VENMO *CARLA CON 8558124430 NY US POS 205350 ************5164 96855 | 160.00 | |
| ******6396 | VENMO *CARLA CON 8558124430 NY US POS 694045 ************5164 95092 | 428.99 | |
| ******6396 | ELITE SANITATION PAYMENT 250428 CCD 7724770058298 | 128.00 | |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 610975 ************5164 07621973 | 570.00 | |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 347401 ************5164 08742422 | 304.20 | |
| ******6396 | VENMO *LEAH MART 8558124430 NY US POS 307940 ************5164 47873( | 300.00 | |
| ******6396 | VENMO *KAYLA DES 8558124430 NY US POS 921683 ************5164 473082 | 570.82 | |
| ******6396 | VENMO *SARAH FAB 8558124430 NY US POS 652932 ************5164 435236 | 390.34 | |
| ******6396 | KENTUCKY DORIS KY TAX PMT 250427 WEB | 908.72 | TAX |
| ******6396 | KENTUCKY DORIS KY TAX PMT 250425 WEB | 759.03 | TAX |
| ******6396 | Kentucky Utiliti WEB PYMTS WEB | 300.00 | |
| ******6396 | KENTUCKY DORIS KY TAX PMT 250425 WEB | 165.63 | TAX |
| ******6396 | KENTUCKY DORIS KY TAX PMT 250425 WEB | 99.58 | TAX |
| ******6396 | IC* INSTACART*AL SAN FRANCISCO CA US POS 989907 ************5164 360 | 72.73 | |
| ******6396 | IC* INSTACART*AL SAN FRANCISCO CA US POS 470948 ************5164 360 | 3.56 | |
| ******6396 | AMAZON.COM*WC0TB SEATTLE WA US POS 000750 ************5164 000001 | 274.04 | |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 402855 ************5164 71714177 | 600.00 | |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 821263 ************5164 71703956 | 650.00 | |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 349441 ************5164 42913537 | 2.06 | |
| ******6396 | Walmart.com Bentonville AR US POS 222327 ************5164 02003144 | 57.81 | |
| ******6396 | IC* INSTACART*SU SAN FRANCISCO CA US POS 419998 ************5164 08 | 9.99 | |
| ******6396 | INT TRANSFER TO 5778 | 437.20 | |
| ******6396 | WIRE TRANSFER FEE | 30.00 | |
| ******6396 | WIRE TO Outgoing Wire Roger Baski | 5828.75 | |
| ******6396 | WIRE TRANSFER FEE | 30.00 | |

3

| Account | Description | Amount |
|---|---|---|
| ******6396 | WIRE TO Outgoing Wire C WESLEY MO | 5200.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  925095 ************5164 04188194 | 400.00 |
| ******6396 | THE FARM LLC ACH Single PPD | 390.34 |
| ******6396 | VENMO *CARLA CON 8558124430 NY US POS  322437 ************5164 790849 | 1175.00 |
| ******6396 | VENMO *KAYLA DES 8558124430 NY US POS  918249 ************5164 845825 | 135.29 |
| ******6396 | VENMO *CARLA CON 8558124430 NY US POS  443148 ************5164 789836 | 472.34 |
| ******6396 | IC* INSTACART SAN FRANCISCO CA US POS  325956 ************5164 469563 | 87.24 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS  061402 ************5164 427 | 10.17 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  384233 ************5164 59181435 | 400.00 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS  152850 ************5164 426 | 55.72 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS  698251 ************5164 JW | 80.50 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS  716733 ************5164 JW | 53.17 |
| ******6396 | BURRELL PEST SOL LAWRENCEBURG KY US POS  497147 ************5164 , | 625.00 |
| ******6396 | VENMO *KAYLA DES 8558124430 NY US POS  151782 ************5164 405780 | 277.98 |
| ******6396 | HIS*HISCOX INC 888-202-3007  NY US POS  337711 ************5164 39648360 | 99.08 |
| ******6396 | ALLY FINANCIAL I BillPay 042325 PPD | 950.00 |
| ******6396 | TRAVELERS PER INSUR 250422 CCD 6737667 | 785.00 |
| ******6396 | Kentucky Utiliti WEB PYMTS WEB | 515.00 |
| ******6396 | SPECTRUM SPECTRUM 250422 PPD | 292.87 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  192459 ************5164 78802774 | 300.00 |
| ******6396 | IC* INSTACART SAN FRANCISCO CA US POS  163335 ************5164 397917 | 44.18 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  297888 ************5164 93177012 | 200.00 |
| ******6396 | STARPOINTSCR* 850-262-0002  FL US POS  092779 ************5164 04832777 | 16.95 |
| ******6396 | Walmart.com Bentonville AR US POS  389669 ************5164 02003144 | 131.44 |
| ******6396 | ATMOS ENERGY SGL UTIL PYMT WEB | 98.86 |
| ******6396 | AMAZON.COM*VC336 SEATTLE WA US POS  689309 ************5164 0000010 | 117.63 |
| ******6396 | AMAZON.COM*LZ407 SEATTLE WA US POS  000578 ************5164 0000010 | 10.73 |
| ******6396 | AMAZON.COM*VK6YI SEATTLE WA US POS  000880 ************5164 0000010 | 64.36 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  500602 ************5164 40252356 | 780.55 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  266767 ************5164 40045537 | 650.00 |
| ******6396 | VENMO *CARLA CON 8558124430 NY US POS  067570 ************5164 605210 | 381.05 |
| ******6396 | VENMO *KAYLA DES 8558124430 NY US POS  800570 ************5164 600864 | 227.21 |
| ******6396 | Kentucky Utiliti WEB PYMTS WEB | 215.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  949514 ************5164 09156292 | 1000.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  231225 ************5164 06612529 | 150.00 |
| ******6396 | CASH APP*JACOB M Oakland CA US POS  471895 ************6378 85434669 | 22.00 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |

| Account | Description | Amount |
|---|---|---|
| ******6396 | WIRE TO Outgoing Wire Roger Baski | 5828.76 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire Sarah Overm | 2500.00 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire TEN TWENTY | 3885.57 ADMIN |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire C WESLEY MO | 5200.00 |
| ******6396 | VENMO *KAYLA DES 8558124430 NY US POS  647677 ************5164 496933 | 214.23 |
| ******6396 | VENMO *CARLA CON 8558124430 NY US POS  627122 ************5164 494054 | 393.30 |
| ******6396 | RICHMOND UTILITI RICHMOND KY US POS  704901 ************5164 5878353( | 374.13 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  608631 ************5164 90995175 | 200.00 |
| ******6396 | IC* INSTACART SAN FRANCISCO CA US POS  392508 ************5164 458852 | 43.56 |
| ******6396 | IC* INSTACART SAN FRANCISCO CA US POS  525938 ************5164 435275 | 99.63 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS  701526 ************5164 JW | 10.93 |
| ******6396 | SMART CITY TELEC LAKE BUENA VI FL US POS  464586 ************5164 110( | 190.12 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS  642272 ************5164 JW | 34.37 |
| ******6396 | AMAZON.COM*ZH2GP SEATTLE WA US POS  127402 ************5164 000001 | 254.36 |
| ******6396 | MIDDLE TENNESSEE MURFREESBORO TN US POS  218055 ************5164 | 972.52 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS  937119 ************5164 032 | 97.75 |
| ******6396 | VENMO *CARLA CON 8558124430 NY US POS  929969 ************5164 66253` | 365.24 |
| ******6396 | SPECTRUM SPECTRUM 250415 PPD | 243.44 |
| ******6396 | INTUIT * QBooks Onl 250415 CCD 4018622 | 235.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  392205 ************5164 90975077 | 1605.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  057546 ************5164 90813476 | 350.00 |
| ******6396 | NATIONAL INDEMNI OMAHA NE US POS  129217 ************5164 08082185 | 2025.63 |
| ******6396 | KENTUCKY UTILITY 5026272000 KY US POS  335081 ************5164 1842188 | 252.50 |
| ******6396 | KENTUCKY UTILITY 5026272000 KY US POS  802064 ************5164 1837722 | 802.50 |
| ******6396 | AMAZON.COM*NU81B SEATTLE WA US POS  004642 ************5164 000001( | 18.20 |
| ******6396 | WALMART.COM 8009 BENTONVILLE AR US POS  741290 ************5164 567 | 63.61 |
| ******6396 | Lake Village Wat Bill Paymt 250415 PPD | 117.32 |
| ******6396 | Lake Village Wat Bill Paymt 250415 PPD | 112.43 |
| ******6396 | Lake Village Wat Bill Paymt 250415 PPD | 32.89 |
| ******6396 | VENMO *KAYLA DES 8558124430 NY US POS  686119 ************5164 228271 | 160.29 |
| ******6396 | IC* INSTACART*15 LAKELAND FL US POS  925270 ************5164 13491446 | 102.37 |
| ******6396 | NATIONAL INDEMNI OMAHA NE US POS  774047 ************5164 33080442 | 1895.00 |
| ******6396 | IC* INSTACART*15 8882467822 CA US POS  956603 ************5164 83834287 | 76.55 |
| ******6396 | IC* INSTACART*15 8882467822 CA US POS  180881 ************5164 83908053 | 6.23 |

| Account | Description | Amount |
|---|---|---|
| ******6396 | KENTUCKY UTILITY 5026272000 KY US POS  733514 ***************5164 7011295 | 177.50 |
| ******6396 | VENMO *KAYLA DES 8558124430 NY US POS  152821 ***************5164 860037 | 500.00 |
| ******6396 | KENTUCKY UTILITY 5026272000 KY US POS  934432 ***************5164 7006541 | 802.50 |
| ******6396 | ALLEGNT LAS VEGAS ************6378  03476961 | 254.00 |
| ******6396 | Kentucky Utiliti PAYMENT PPD | 292.91 |
| ******6396 | SPECTRUM SPECTRUM 250412 PPD | 271.16 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  724629 ***************5164 86062555 | 115.25 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  529073 ***************5164 76188840 | 625.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  526923 ***************5164 83526149 | 1168.19 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  571019 ***************5164 80582632 | 850.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  134178 ***************5164 22576512 | 325.11 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS  725972 ***************5164 JW | 37.86 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  158892 ***************5164 28315989 | 200.00 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire C WESLEY MO | 5200.00 |
| ******6396 | Walmart.com Bentonville AR US POS  265411 ***************5164 02003144 | 149.43 |
| ******6396 | VENMO *CARLA CON 8558124430 NY US POS  143898 ***************5164 642829 | 500.00 |
| ******6396 | VENMO *CARLA CON 8558124430 NY US POS  040939 ***************5164 642162 | 443.38 |
| ******6396 | IC* INSTACART SAN FRANCISCO CA US POS  091086 ***************5164 442936 | 106.06 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  939698 ***************5164 75692624 | 152.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  457698 ***************5164 65763518 | 245.11 |
| ******6396 | IC* INSTACART SAN FRANCISCO CA US POS  562068 ***************5164 443245 | 15.08 |
| ******6396 | AMAZON.COM*2Z5N0 SEATTLE WA US POS  064979 ***************5164 0000010 | 74.87 |
| ******6396 | IC* INSTACART SAN FRANCISCO CA US POS  200559 ***************5164 411117 | 41.85 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  261309 ***************5164 07977391 | 799.11 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  921278 ***************5164 08001548 | 275.12 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS  352440 ***************5164 380 | 60.09 |
| ******6396 | IC* INSTACART*15 LAKELAND FL US POS  437209 ***************5164 14200122 | 169.96 |
| ******6396 | IC* INSTACART*21 SAN FRANCISCO CA US POS  699954 ***************5164 442 | 137.58 |
| ******6396 | DANVILLE ACE HAR BillPay 041025 PPD | 450.00 |
| ******6396 | ATT Payment 040825 WEB | 290.06 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  278684 ***************5164 84230387 | 200.00 |
| ******6396 | Walmart.com Bentonville AR US POS  390084 ***************5164 02003144 | 187.16 |
| ******6396 | TARGET.COM BROOKLYN PARK MN US POS  233500 ***************5164 382525 | 64.50 |
| ******6396 | ATT* BILL PAYMEN DALLAS TX US POS  010384 ***************5164 36708727 | 1274.05 |
| ******6396 | JONES HEATING AN RICHMOND KY US POS  335675 ***************5164 2113512 | 284.80 |
| ******6396 | MANSION AT ROSE BillPay 040825 PPD | 1786.16 ADMIN |

2

| Account | Description | Amount |
|---|---|---|
| ******6396 | ALARM-1 PROTECTI 36748 250407 PPD | 158.97 |
| ******6396 | TARGET.COM BROOKLYN PARK MN US POS  287335 ************5164 284163 | 127.18 |
| ******6396 | TARGET.COM BROOKLYN PARK MN US POS  467615 ************5164 562783 | 20.84 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  778445 ************5164 32898294 | 673.53 |
| ******6396 | IC* INSTACART*15 LAKELAND FL US POS  155848 ************5164 12448180 | 15.13 |
| ******6396 | IC* INSTACART*15 LAKELAND FL US POS  257939 ************5164 12468048 | 103.36 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  480057 ************5164 33043411 | 650.00 |
| ******6396 | AMAZON.COM*TW8TG SEATTLE WA US POS  000064 ************5164 000001 | 16.11 |
| ******6396 | AMAZON.COM*KT31W SEATTLE WA US POS  001111 ************5164 000001 | 59.11 |
| ******6396 | AMAZON.COM*NV25U SEATTLE WA US POS  215109 ************5164 000001 | 127.69 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire TEN TWENTY | 3885.57 ADMIN |
| ******6396 | ALLY FINANCIAL I BillPay 040725 PPD | 815.00 |
| ******6396 | CULLIGAN WATER O BillPay 040725 PPD | 325.44 |
| ******6396 | Kentucky Utiliti WEB PYMTS WEB | 98.68 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  693950 ************5164 99081257 | 1180.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  947913 ************5164 99282418 | 625.00 |
| ******6396 | AMAZON.COM SEATTLE WA US POS  000073 ************5164 00000000 | 15.87 |
| ******6396 | AMAZON.COM*JQ2M7 SEATTLE WA US POS  075905 ************5164 000001 | 266.02 |
| ******6396 | AMAZON.COM*UE8GT SEATTLE WA US POS  006183 ************5164 000001 | 58.02 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire Roger Baski | 5828.75 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire AR Nicholas | 2433.33 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire C WESLEY MO | 5200.00 |
| ******6396 | VENMO *RODRIGO P 8558124430 NY US POS  960060 ************5164 913458 | 185.00 |
| ******6396 | IC* INSTACART SAN FRANCISCO CA US POS  126023 ************5164 392661 | 108.52 |
| ******6396 | SQ *CHEFSPREP gosq.com KY US POS  808732 ************5164 46090671 | 850.00 |
| ******6396 | IC* INSTACART SAN FRANCISCO CA US POS  255171 ************5164 391969 | 25.89 |
| ******6396 | IC* INSTACART*15 LAKELAND FL US POS  524497 ************5164 11932220 | 116.67 |
| ******6396 | AMAZON.COM*DB1ER SEATTLE WA US POS  002537 ************5164 000001 | 145.77 |
| ******6396 | NATIONAL INDEMNI OMAHA NE US POS  854921 ************5164 64082961 | 1550.00 |
| ******6396 | VENMO *DUANE HAL 8558124430 NY US POS  821763 ************5164 365689 | 750.00 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire Eric Conway | 611.67 ADMIN |
| ******6396 | WIRE TRANSFER FEE | 30.00 |

| Account | Description | Amount |
|---|---|---|
| ******6396 | | 5478.00 |
| ******6396 | WIRE TO Outgoing Wire Kimberly A. | 659.54 ADMIN |
| ******6396 | APS INVESTMENTS BillPay 040325 PPD | 550.00 |
| ******6396 | WELLS FARGO CARD CCPYMT 040225 WEB | 109.21 ADMIN |
| ******6396 | TEXAS COMPTROLLE BillPay 040325 PPD | 78.94 |
| ******6396 | AMAZON.COM*GX98U SEATTLE WA US POS  000415 ************5164 0000011 | 100.05 |
| ******6396 | AMAZON.COM*A10MP SEATTLE WA US POS  041073 ************5164 0000011 | 84.80 |
| ******6396 | GUSTO FEE 188554 250402 CCD 6semk44pout | 73.91 |
| ******6396 | RUEBARUE BROOKLINE MA US POS  160492 ************5164 11104402 - Recι | 134.91 |
| ******6396 | IC* ABC FINE VIA ORLANDO FL US POS  783458 ************5164 55028102 | 1525.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  650584 ************5164 87658592 | 1000.00 |
| ******6396 | BURRELL PEST SOL LAWRENCEBURG KY US POS  000016 ************5164 | 166.07 ADMIN |
| ******6396 | A MEMORY GROWS A BillPay 040125 PPD | 33.17 |
| ******6396 | IC* INSTACART*15 LAKELAND FL US POS   180813 ************5164 00904562 | 125.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  676357 ************5164 63595926 | 30.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  020251 ************5164 53541385 | 140.93 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS  316099 ************5164 523 | 736.36 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  477709 ************5164 53531675 | 34.41 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS  781204 ************5164 JW | 758.92 |
| ******6396 | GOOGLE *GSUITE_t 650-253-0000  CA US POS  615257 ************6378 32482 | 382.11 |
| ******6396 | INSURANCELOGISTI WEBPAYMENT 250328 WEB | 286.68 |
| ******6396 | COMENITY PAY IO WEB PYMT 032825 WEB | 620.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  333773 ************5164 04487796 | 150.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  721594 ************5164 13592446 | 300.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  069443 ************5164 03575930 | 30.00 |
| ******6396 | ACH Returned OD Fee - Kentucky Utiliti WEB PYMTS WEB | 30.00 |
| ******6396 | WIRE TRANSFER FEE | 5828.75 |
| ******6396 | WIRE TO Outgoing Wire Roger Baski | 30.00 |
| ******6396 | WIRE TRANSFER FEE | 4943.92 ADMIN |
| ******6396 | WIRE TO Outgoing Wire TEN TWENTY | 30.00 |
| ******6396 | WIRE TRANSFER FEE | 5200.00 |
| ******6396 | WIRE TO Outgoing Wire C WESLEY MO | 785.00 |
| ******6396 | Kentucky Utiliti WEB PYMTS WEB | 459.00 |
| ******6396 | COMFORT HEATING BillPay 032825 PPD | 345.00 |
| ******6396 | Kentucky Utiliti WEB PYMTS WEB | 295.00 |
| ******6396 | Kentucky Utiliti WEB PYMTS WEB | 128.00 |
| ******6396 | ELITE SANITATION PAYMENT 250327 CCD 7724770058298 | 106.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  427481 ************5164 85079998 | |

| Account | Description | Amount |
|---|---|---|
| ******6396 | IC* INSTACART*22 SAN FRANCISCO CA US POS 080471 ************5164 490 | 1.80 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 774305 ************5164 07988267 | 300.00 |
| ******6396 | IC* INSTACART*22 SAN FRANCISCO CA US POS 541097 ************5164 434 | 59.75 |
| ******6396 | VENMO *RACHEL RO 8558124430 NY US POS 936948 ************5164 42684 | 320.00 |
| ******6396 | VENMO *SARAH FAB 8558124430 NY US POS 830429 ************5164 371580 | 390.34 |
| ******6396 | LAKESIDE AT WELC BillPay 032725 PPD | 583.34 ADMIN |
| ******6396 | DANVILLE - BOYLE BillPay 032725 PPD | 334.43 |
| ******6396 | IC* INSTACART*15 LAKELAND FL US POS 825950 ************5164 14873694 | 71.25 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 299923 ************5164 52544363 | 350.00 |
| ******6396 | AMAZON.COM*NW18G SEATTLE WA US POS 000173 ************5164 000001 | 31.52 |
| ******6396 | AMAZON.COM*MU1WE SEATTLE WA US POS 349494 ************5164 00000 | 77.71 |
| ******6396 | VENMO *DUANE HAL 8558124430 NY US POS 301890 ************5164 969788 | 500.00 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire TEN TWENTY | 2471.96 ADMIN |
| ******6396 | ALLY FINANCIAL I BillPay 032625 PPD | 1500.00  4 |
| ******6396 | KARSARE WATER SY BillPay 032625 PPD | 330.54 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 161418 ************5164 03335979 | 375.00 |
| ******6396 | IC* INSTACART SAN FRANCISCO CA US POS 428310 ************5164 390691 | 22.14 |
| ******6396 | IC* INSTACART SAN FRANCISCO CA US POS 193608 ************5164 390984 | 50.05 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS 419296 ************5164 446 | 51.04 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 845997 ************5164 18183810 | 255.00 |
| ******6396 | IC* INSTACART*SU SAN FRANCISCO CA US POS 402520 ************5164 11 | 9.99 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire TEN TWENTY | 4943.93 ADMIN |
| ******6396 | INSURANCELOGISTI WEBPAYMENT 250324 WEB | 2000.00 |
| ******6396 | THE FARM LLC ACH Single PPD | 390.34 |
| ******6396 | ATMOS ENERGY SGL UTIL PYMT WEB | 199.07 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 958164 ************5164 82074061 | 600.00 |
| ******6396 | INT TRANSFER TO 2410 | 1089.00 |
| ******6396 | SPECTRUM SPECTRUM 250322 PPD | 292.87 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire Roger Baski | 5828.76 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire TEN TWENTY | 2471.97 ADMIN |
| ******6396 | IC* INSTACART*15 LAKELAND FL US POS 111418 ************5164 12430427 | 228.09 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 245407 ************5164 76175803 | 67.54 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 731936 ************5164 54994126 | 178.12 |

| Account | Description | Amount |
|---|---|---|
| ******6396 | RICHMOND UTILITI RICHMOND KY US POS  596264 **************5164 58783516 | 249.24 |
| ******6396 | INSURANCELOGISTI WEBPAYMENT 250320 WEB | 2350.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  315225 **************5164 20446145 | 52.53 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS  600146 **************5164 ULI | 37.78 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS  209960 **************5164 ULI | 47.36 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire C WESLEY MO | 5200.00 |
| ******6396 | Kentucky Utiliti WEB PYMTS WEB | 1350.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  349348 **************5164 77314992 | 480.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  761073 **************5164 94785687 | 200.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  494411 **************5164 86118319 | 673.53 |
| ******6396 | AMAZON.COM*LQ5EJ SEATTLE WA US POS  289411 **************5164 00000010 | 38.15 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire AR Nicholas | 2145.65 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire The Sprague | 2170.84 ADMIN |
| ******6396 | ACH Returned OD Fee - Bridgecrest DT RETAIL 250319 PPD | 30.00 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire Robert B. B | 2170.84 ADMIN |
| ******6396 | Bridgecrest DT RETAIL 250319 PPD | 1216.00 |
| ******6396 | JERRY HILBERT, L BillPay 031925 PPD | 497.55 |
| ******6396 | WASTE MANAGEMENT PAYMENT 250318 PPD | 179.97 |
| ******6396 | WASTE MANAGEMENT PAYMENT 250318 PPD | 118.48 |
| ******6396 | SQ *CHEFSPREP gosq.com KY US POS  589227 **************5164 69639648 | 1071.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  419312 **************5164 43679990 | 910.00 |
| ******6396 | IC* INSTACART SAN FRANCISCO CA US POS  118365 **************5164 366471 | 77.82 |
| ******6396 | IC* INSTACART*16 SAN FRANCISCO CA US POS  041701 **************5164 424 | 25.95 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS  377876 **************5164 ULI | 24.00 |
| ******6396 | VENMO *DUANE HAL 8558124430 NY US POS  068653 **************5164 785285 | 500.00 |
| ******6396 | ALWAYZ MOVERZ LL SALE 250318 CCD | 575.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  971745 **************5164 04784525 | 500.29 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  364820 **************5164 09567206 | 43.89 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS  146778 **************5164 ULI | 46.89 |
| ******6396 | MIDDLE TENNESSEE MURFREESBORO TN US POS  115678 **************5164 | 906.88 |
| ******6396 | KENTUCKY UTILITY 5026272000 KY US POS  660858 **************5164 3229714 | 252.50 |
| ******6396 | KENTUCKY UTILITY 5026272000 KY US POS  757600 **************5164 3224791 | 802.50 |
| ******6396 | INT TRANSFER TO 7840 | 89.00 |

6

| Account | Description | Amount |
|---|---|---|
| ******6396 | Kentucky Utiliti PAYMENT PPD | 322.91 |
| ******6396 | SPECTRUM SPECTRUM 250315 PPD | 243.44 |
| ******6396 | INTUIT * QBooks OnI 250315 CCD 3054618 | 235.00 |
| ******6396 | Lake Village Wat Bill Paymt 250314 PPD | 128.33 |
| ******6396 | Lake Village Wat Bill Paymt 250314 PPD | 114.88 |
| ******6396 | Lake Village Wat Bill Paymt 250314 PPD | 32.89 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS  467423 ************5164 136 | 105.24 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  025232 ************5164 80344214 | 100.00 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS  715271 ************5164 136 | 21.26 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS  324228 ************5164 ULI | 31.16 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS  529137 ************5164 ULI | 29.07 |
| ******6396 | VENMO *MIKE SWOB 8558124430 NY US POS  921666 ************5164 68812 | 25.00 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS  110840 ************5164 ULI | 53.28 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS  085150 ************5164 ULI | 32.59 |
| ******6396 | KENTUCKY UTILITY 5026272000 KY US POS  593382 ************5164 1168945 | 802.50 |
| ******6396 | KENTUCKY UTILITY 5026272000 KY US POS  587350 ************5164 1174760 | 197.50 |
| ******6396 | VENMO *TRISTAN S 8558124430 NY US POS  246487 ************5164 243457 | 200.00 |
| ******6396 | SPECTRUM SPECTRUM 250311 PPD | 285.75 |
| ******6396 | IC* INSTACART*15 LAKELAND FL US POS  019727 ************5164 04743871 | 52.52 |
| ******6396 | IC* INSTACART*15 LAKELAND FL US POS  263544 ************5164 04743061 | 9.55 |
| ******6396 | IC* INSTACART*15 LAKELAND FL US POS  993512 ************5164 04743855 | 152.48 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  389586 ************5164 68380112 | 200.00 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS  011453 ************5164 ULI | 28.83 |
| ******6396 | ATT Payment 031025 WEB | 303.42 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  293219 ************5164 27673210 | 1540.00 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS  136591 ************5164 ULI | 61.48 |
| ******6396 | AMAZON.COM*XV17F SEATTLE WA US POS  000001 ************5164 0000010 | 36.42 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS  362667 ************5164 ULI | 33.25 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire Eric Conway | 611.67 ADMIN |
| ******6396 | RUMPKE WEB_PAY MAR 25 WEB | 585.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  155205 ************5164 14619192 | 200.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  036134 ************5164 14398177 | 265.00 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS  519024 ************5164 ULI | 26.73 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS  800642 ************5164 246 | 28.55 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  438502 ************5164 31003137 | 50.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS  749437 ************5164 33705812 | 100.00 |

| Account | Description | Amount |
|---|---|---|
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS 221758 ************5164 431 | 0.80 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS 547882 ************5164 391 | 60.59 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS 538421 ************5164 ULI | 25.60 |
| ******6396 | UBER EATS* EATS SAN FRANCISCO CA US POS 536254 ************5164 ULI | 58.52 |
| ******6396 | IC* INSTACART SAN FRANCISCO CA US POS 062391 ************5164 362411 | 188.22 |
| ******6396 | WIRE TRANSFER FEE | 30.00 |
| ******6396 | WIRE TO Outgoing Wire Evelio Pere | 3000.00 |
| ******6396 | TRAVELERS PER INSUR 250305 CCD 9636505 | 408.27 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS 604737 ************5164 383 | 58.82 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 730720 ************5164 08155344 | 583.06 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 879724 ************5164 93962811 | 750.00 |
| ******6396 | Spdpy:DukeEnergy Cincinnati OH US POS 182073 ************5164 I100286 | 214.50 |
| ******6396 | ATT* BILL PAYMEN DALLAS TX US POS 904984 ************5164 05635071 | 1353.38 |
| ******6396 | SWITZER, MCGAUGH BillPay 030425 PPD | 600.00 |
| ******6396 | ALWAYZ MOVERZ LL SALE 250304 WEB | 575.00 |
| ******6396 | WELLS FARGO CARD CCPYMT 030325 WEB | 550.00 |
| ******6396 | GUSTO FEE 180781 250304 CCD 6semk3rj4ip | 84.80 |
| ******6396 | CFX -E-PASS RETA ORLANDO FL US POS 702479 ************5164 85047993 | 422.73 |
| ******6396 | IC* INSTACART SAN FRANCISCO CA US POS 923405 ************5164 359302 | 101.44 |
| ******6396 | IC* INSTACART SAN FRANCISCO CA US POS 506668 ************5164 392285 | 142.44 |
| ******6396  13033 | CHECK NUMBER   13033 | 405.57 |
| ******6396 | CULLIGAN WATER O BillPay 030325 PPD | 481.43 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 362452 ************5164 35658487 | 980.00 |
| ******6396 | IC* INSTACART*AL SAN FRANCISCO CA US POS 605597 ************5164 394 | 146.33 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS 811640 ************5164 393 | 83.29 |
| ******6396 | IC* INSTACART*AL SAN FRANCISCO CA US POS 916418 ************5164 459 | 2.21 |
| ******6396 | IC* INSTACART*15 SAN FRANCISCO CA US POS 018123 ************5164 444 | 4.42 |
| ******6396 | IC* INSTACART*AL SAN FRANCISCO CA US POS 944305 ************5164 409 | 95.18 |
| ******6396 | AMAZON.COM*1A001 SEATTLE WA US POS 000050 ************5164 0000010 | 46.20 |
| ******6396 | AMAZON.COM*DZ7IW SEATTLE WA US POS 328177 ************5164 000001( | 47.27 |
| ******6396 | RUEBARUE BROOKLINE MA US POS 905045 ************5164 08344696 - Recı | 73.91 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 511238 ************5164 44351895 | 185.04 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 841117 ************5164 43657086 | 500.00 |
| ******6396 | GOOGLE*GSUITE TH CC GOOGLE.COM CA US POS 118038 ************6378 | 654.17 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 618405 ************5164 19915997 | 200.00 |
| ******6396 | CASH APP*KATIE L Oakland CA US POS 573848 ************5164 19916425 | 200.00 |
|  |  | 333763.25 |