**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

THE FARM LLC  
d/b/a CURATED AMERICAN GETAWAYS, LLC,

Case No.: 6:24-bk-00362-LVV  
Chapter 11, Subchapter V

EIN: 46-0629913

  Debtor.
_____/

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 West Washington Street, Suite 5100, Orlando, FL 32801 and mail a copy to the moving party at BransonLaw, PLLC, 1501 E. Concord Street, Orlando, FL 32803 within 14 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

---

## MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

JEFFREY S. AINSWORTH, ESQ and the law firm of BRANSONLAW, PLLC (collectively, "Counsel"), request approval to withdraw as Counsel of record for THE FARM LLC (the "Debtor"), and states:

1. Counsel represents the Debtor.

2. Counsel seeks to withdraw as counsel of record for the Debtor because irreconcilable differences have arisen between Counsel and the Debtor that require Counsel to seek leave to withdraw as attorney for the Debtor.

WHEREFORE, Counsel requests that the Court (i) enter an order authorizing Counsel to withdraw as counsel for THE FARM LLC; and (ii) for such further relief as the Court deems appropriate.

Dated: September 29, 2025.

/s/ Jeffrey S. Ainsworth
JEFFREY S. AINSWORTH
Florida Bar No. 60769
**BransonLaw, PLLC**
1501 E. Concord St.
Orlando, FL  32803
Phone:  407-894-6834
Fax:  407-894-8559
E-mail:  jeff@bransonlaw.com
              cole@bransonlaw.com
              tammy@bransonlaw.com
Attorneys for Debtor

**I HEREBY CERTIFY** that a true copy of the foregoing, has been furnished on the 29th day of September 2025, by electronic notice to the: Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801; Subchapter V Trustee: L. Todd Budgen, Subchapter V Trustee, and to Debtor: 601 Sycamore Street, Unit 6106, Kissimmee, FL 34747.

/s/ Jeffrey S. Ainsworth
Jeffrey S. Ainsworth, Esquire
**BransonLaw, PLLC**