**[Dntcosth]** [NOTICE AND ORDER SCHEDULING PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY]

ORDERED.

**Dated: October 10, 2025**

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                    Case No.
                                                                                          6:24–bk–00362–LVV
                                                                                          Chapter 11

The Farm, LLC

_____Debtor*_____/

NOTICE AND ORDER SCHEDULING PRELIMINARY HEARING ON
MOTION FOR RELIEF FROM STAY

NOTICE IS GIVEN that the preliminary hearing on the motion for relief from the automatic stay imposed by 11 U.S.C. § 362(a) filed by Ally Bank (Document No. 561) (the "Motion") will be held on November 12, 2025, at 10:30 AM in Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801. Accordingly, it is

**ORDERED**:

1. The automatic stay shall remain in effect until further order of the Court.

2. The deadlines under 11 U.S.C. § 362(e)(1) and (2) are extended to the date of the preliminary hearing.

3. The Court may continue the hearing upon announcement made in open court without further notice.

4. If you oppose the relief sought in the Motion, you must appear at the hearing or your objections or defenses may be deemed waived.

5. All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Vaughan's Hearing Guidelines available at https://www.flmb.uscourts.gov/judges/vaughan/.

6. <u>Avoid delays.</u> A photo ID is required for entry into the Courthouse. Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order.

Gavin Stewart is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.