# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

THE FARM, LLC            CASE NO.: 6:24-bk-00362-LVV
                                                  CHAPTER 11

        Debtor.
_____/

## PROOF OF SERVICE

I hereby certify that a true and correct copy of the Notice and Order Scheduling Preliminary Hearing on Motion for Relief from the Stay (Doc. No. 562) was served by CM/ECF notice the 10th day of October 2025 and first class mail this 13th day of October 2025.

                                              */s/ Gavin N. Stewart*
                                              Gavin N. Stewart, Esquire
                                              Florida Bar Number 52899
                                              P.O. Box 5703
                                              Clearwater, FL 33758
                                              P: (727) 565-2653
                                              F: (727) 213-9022
                                              E: bk@stewartlegalgroup.com
                                              Counsel for Movant

**VIA FIRST CLASS MAIL**
The Farm, LLC
601 Sycamore Street Unit 6106
Kissimmee, FL 34747

20 Largest Unsecured Creditor List
(Matrix attached)

**VIA CM/ECF NOTICE**
Jeffrey Ainsworth
BransonLaw PLLC
1501 E. Concord Street
Orlando, FL 32803

Cole Branson
Branson Law
1501 E Concord St
Orlando, FL 32803

Robert B Branson
BransonLaw PLLC
1501 E. Concord Street
Orlando, FL 32803

Jacob D Flentke
BransonLaw, PLLC
1501 East Concord Street
Orlando, FL 32803

Trustee
L. Todd Budgen
Budgen Law
Post Office Box 520546
Longwood, FL 32752

20 Largest Unsecured Creditor List who receive service via CM/ECF (Matrix attached)