**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

THE FARM, LLC,                          Case No.: 6:24-bk-00362-LVV
d/b/a CURATED AMERICAN GETAWAYS, LLC,

     Debtor,                                    Chapter 11 (Subchapter V)

_____/

**MOTION TO CONVERT CASE TO**
**CHAPTER 7 AND REQUEST FOR EXPEDITED**
**HEARING ON OR BEFORE NOVEMBER 12, 2025 AT 10:30 AM**

COMES NOW creditor, TEN TWENTY FOUR, INC., d/b/a BEYOND PRICING ("Beyond Pricing"), by and through its undersigned attorneys, and pursuant to § 1112(b) of the Bankruptcy Code, hereby files this its Motion to Convert Case to Chapter 7 and Request for Expedited Hearing on or Before November 12, 2025 at 10:30 AM, as follows:

### SUMMARY OF ARGUMENT AND RELIEF REQUESTED

Beyond Pricing requests an order converting this case to Chapter 7 on an expedited basis. Debtor's attorney has withdrawn, and the Court stated at the hearing held on October 1, 2025 that it would consider an expedited motion to convert the case to Chapter 7 if Debtor did not cure its material defaults to Debtor's counsel and other creditors such as Beyond Pricing.

### STATEMENT OF FACTS

1. This is a confirmed Subchapter V Chapter 11 case, the Order for Confirmation having been entered on January 10, 2025 (the "Confirmation Order").

2. Pursuant to the Confirmation Order, Debtor was required to pay the Chapter 11 administrative claim of Beyond Pricing over five (5) years in monthly installments.

3. Pursuant to the Eleventh Supplement to Application of Beyond Pricing for Allowance and Payment of Chapter 11 Expense, the Chapter 11 administrative expense claim of Beyond Pricing was $1,081,039.19 as of July 2025.

4. On July 29, 2025, Beyond Pricing filed its Motion to Enforce Payment Under Confirmed Plan, or in the alternative, to Convert Case to Chapter 7 (Doc. No. 538) (the "Motion to Enforce") for Debtor's failure to pay Beyond Pricing's Chapter 11 administrative claim as required by the Confirmation Order.

5. On August 4, 2025, Beyond Pricing filed its Notice Regarding Calculation of Administrative Claim Delinquency (Doc. No. 546). As stated in this Notice, Debtor was delinquent in making payments to Beyond Pricing since April of 2025 and Beyond Pricing had a total administrative payment delinquency of $76,247.64 as of August 4, 2025.

6. On August 5, 2025, the Court held a preliminary hearing on the Motion to Enforce Payment and continued the hearing to October 1, 2025.

7. On August 25, 2025, the Debtor filed a motion to modify the confirmed plan to pay Beyond Pricing's administrative claim over thirteen (13) years rather than five (5) years reducing the monthly payment from $18,266.997 to $6,694.56.

8. On September 29, 2025, Debtor's counsel filed a motion to withdraw.

9. At the hearing on October 1, 2025, the Subchapter V Trustee stated that the Debtor was not current in taxes or payments to unsecured creditors. He also stated that the

U.S. Trustee requested conversion of the case to chapter 7 should the Debtor fail to promptly cure all delinquencies.

10. After considering the positions of all parties in interest, the Court deferred ruling on the Debtor's Motion to Modify and directed the Debtor to at least comply with its payment obligations to Beyond Pricing under the Modification. The Court also stated that if Debtor did not resolve its payment obligations to its counsel resulting in an order granting Debtor's counsel's Motion to Withdraw, the Court would entertain an expedited motion to convert the case to chapter 7.

11. Debtor has failed to make the weekly modification payments to Beyond Pricing since the October 1, 2025 hearing as directed by the Court and, upon information and belief, has failed to cure its delinquent payments to unsecured creditors and taxing authorities.

12. On October 27, 2025, the Court entered its Order Granting Motion for Leave to Withdraw as Counsel for Debtor and Order Directing Debtor to Retain Counsel (Doc. №s. 564 and 565, respectively). The Order Directing Debtor to Retain Counsel provides that Debtor shall retain counsel before November 12, 2025 at 10:30 AM or this case may be dismissed.

### EXPEDITED MOTION TO CONVERT

13. Pursuant to section 1112(b) of the Bankruptcy Code, this Court may convert a chapter 11 case to Chapter 7 for "cause" including a material default under a confirmed plan. See, e.g., In re Mobile Freezers, Inc., 146 B.R. 1000 (S.D. Alabama 1992) (debtor's

inability to consummate plan or material default constitutes cause for conversion to Chapter 7).

14.  The U.S. Trustee, the Subchapter V Trustee, and Beyond Pricing support conversion to chapter 7.

15.  It would be in the best interests of creditors for this case to be converted to chapter 7 rather than dismissed. Debtor has utilized insider bank accounts to deposit income earned by the Debtor, has operated without a Debtor bank account, and has "offloaded" assets including leases to an "investor."

16.  Debtor received over $1.0 million in booking fees which were the subject of chargebacks to Beyond Pricing from customers contending they never received their bookings.

17.  An independent trustee should examine the Debtor's books and records and determine if there are any assets or avoidance actions which can be pursued for the benefit of creditors.

WHEREFORE, Beyond Pricing respectfully requests that this Court convert this case to Chapter 7, and grant such other and further relief as this Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy hereof was furnished by ECF Notice or first class mail to The Farm, LLC, Debtor, 601 Sycamore St., Unit 6106, Kissimmee, FL 34747; Jeffrey Ainsworth, Esq. and Robert B. Branson, Esq., BransonLaw PLLC, Attorneys for Debtor, 1501 E. Concord St., Orlando, FL 32803; L. Todd Budgen, Esq., Trustee, Budgen Law, P O Box 520546, Longwood, FL 32752; the U.S. Trustee –

ORL, 400 W. Washington St., Suite 1100, Orlando, FL 32801; the 20 largest creditors on the attached matrix; and all other parties registered to receive electronic notice in this case; this 30TH day of October, 2025.

/s/  Michael A. Paasch
MICHAEL A. PAASCH
Florida Bar №. 852805
DINSMORE & SHOHL LLP
225 East Robinson Street, Suite 600
Orlando, Florida 32801
Phone:  407-425-9044 / Fax: 407-423-2016
michael.paasch@dinsmore.com

Attorneys for Creditor, Ten Twenty Four, Inc., d/b/a Beyond Pricing

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:24-bk-00362-LVV<br>Middle District of Florida<br>Orlando<br>Mon Oct 13 16:43:08 EDT 2025 | AIS Portfolio Services, LLC<br>Attn: Ally Bank Department<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | APS Investments LLC<br>4825 NW Northwood Road<br>Riverside, MO 64150-3317 |
| APS Investments, LLC<br>c/o Zimmerman, Kiser & Sutcliffe, P.A.<br>315 E. Robinson Street, Suite 600<br>Orlando, FL 32801-4341 | APS Investments, LLC<br>attn Nicholas J. Marie, Esq.<br>PO Box 3000<br>Orlando FL 32802-3000 | Acquired Development LLC<br>c/o Van Horn Law Group PA<br>500 NE 4th Street<br>Fort Lauderdale FL 33301-3189 |
| Ally Bank<br>c/o Matthew Schulis, Esq.<br>621 S. Federal Highway Suite 10<br>Fort Lauderdale, FL 33301-3145 | American Express<br>PO Box 297871<br>Fort Lauderdale, FL 33329-7871 | Austin and Sarah Cowell<br>c/o John M. Brenna, Jr.<br>301 E. Pine Street<br>Suite 1400<br>Orlando, FL 32801-2741 |
| Bradley Vanlandingham<br>Bradley J. Anderson, Esq.<br>Zimmerman, Kiser & Sutcliffe, P.A.<br>P.O. Box 3000<br>Orlando, FL 32802-3000 | Celtic Advance LLC<br>8 The Green<br>Suite A<br>Dover, DE 19901-3618 | (p)CLOUDFUND LLC<br>400 RELLA BOULEVARD SUITE 165-101<br>SUFFERN NY 10901-4241 |
| Collin and Sarah Brown (Waverly Estate)<br>c/o Jack Brennan, Esq.<br>301 E. Pine Street, Suite 1400<br>Post Office Box 3068<br>Orlando, Florida 32802-3068 | Commonwealth of Kentucky<br>Sales Tax<br>PO Box 181<br>Frankfort, KY 40602-0181 | EN OD, LLC<br>1777 Reisterstown Rd<br>Pikesville, MD 21208-1313 |
| Eric & Bessie Conway<br>c/o Melissa A. Youngman, Esq.<br>PO Box 303<br>Winter Park, FL 32790-0303 | Global Merchant Cash<br>d/b/a Wall Street Funding<br>64 Beaver Street Ste 415<br>New York, NY 10004-2508 | Grant Phillips PLLC<br>670 Long Beach Blvd<br>Long Beach, NY 11561-2237 |
| Gregory Stumbo & Mary Karen Stumbo<br>c/o L. William Porter III, Esquire<br>2014 Edgewater Drive #119<br>Orlando, FL 32804-5312 | Heirise, LLC<br>c/o Jack Brennan, Esq.<br>301 E. Pine Street, Suite 1400<br>Post Office Box 3068<br>Orlando, Florida 32802-3068 | Henry Botley<br>9630 Landis Drive<br>Beaumont, TX 77707-1053 |
| IMerchant Funding LLC<br>28580 Orchard Lake Rd #104<br>Farmington, MI 48334-2988 | Jeeves Inc.<br>924 N Magnolia Ave, Suite 202<br>PMB 1075<br>Orlando, FL 32803-3220 | Joe Niemeyer, Kirstin Niemeyer, et al.<br>c/o Bradley J. Anderson, Esquire<br>Zimmerman, Kiser & Sutcliffe, P.A.<br>PO Box 3000<br>Orlando, FL 32802-3000 |
| Lakeside at Welch Estate, LLC<br>c/o Jack Brennan, Esq.<br>301 E. Pine Street, Suite 1400<br>Post Office Box 3068<br>Orlando, Florida 32802-3068 | Lindsay Vanlandingham<br>c/o Bradley J. Anderson, Esq.<br>Zimmerman, Kiser & Sutcliffe, P.A.<br>P.O. Box 3000<br>Orlando, FL 32802-3000 | Meged Funding Group<br>1 Princeton Avenue<br>Brick, NJ 08724-3515 |
| Parkview Advance LLC<br>600 Summer Street<br>Stamford, CT 06901-4404 | Prescott & Fifth Capital LLC<br>30 N. Gould St Ste 22145<br>Sheridan, WY 82801-6317 | Quickbooks Loans<br>Disputed Payments<br>PO Box 84210<br>Black Hawk, SD 57718 |

| | | |
|---|---|---|
| RE Nectar Inc<br>3423 Piedmont Rd NE<br>Atlanta, GA 30305-1751 | Ralph Rohler<br>c/o Bradley J. Anderson, Esq.<br>Zimmerman, Kiser & Sutcliffe, P.A.<br>P.O. Box 3000<br>Orlando, FL 32802-3000 | Rapid Financial Services<br>4500 East West Hwy 6th Flr<br>Bethesda, MD 20814-3327 |
| Rocky Gaslin<br>63 Leavitt Road<br>Augusta, ME 04330-8237 | Roger Baskin<br>c/o Michael A. Paasch, Esq.<br>Dinsmore & Shohl LLP<br>225 E. Robinson St., Suite 600<br>Orlando FL 32801-4334 | Star Advance, LLC<br>10 W 37th RM 602<br>New York, NY 10018-7473 |
| Syndicate Group USA<br>28-07 Jackson Avenue<br>Unit 09-110<br>Long Island City, NY 11101-3459 | TN Dept of Revenue<br>c/o TN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, Tennessee 37202-4015 | Ten Twenty Four Inc. dba<br>Beyond Pricing<br>c/o G&G Law, LLC<br>4619 N Ravenswood, #205A<br>Chicago, IL 60640-4579 |
| Ten Twenty Four Inc., d/b/a Beyond Pricing<br>c/o Michael A. Paasch, Esq.<br>Dinsmore & Shohl LLP<br>225 E. Robinson St., Suite 600<br>Orlando  FL 32801-4334 | The Sprague Family Trust<br>1000 Legion Place,<br>Suite 1700<br>Orlando FL 32801-1028 | U.S. Small Business Loan<br>721 19th Street<br>Denver, CO 80202-2500 |
| Zac Rohlfer<br>c/o Bradley J. Anderson, Esq.<br>Zimmerman, Kiser & Sutcliffe, P.A.<br>P.O. Box 3000<br>Orlando, FL 32802-3000 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| CloudFund LLC<br>Deltabridge<br>400 Rella Blvd Ste 165-101<br>Suffern, NY 10901 | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     0<br>Total                  42 |