**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| THE FARM, LLC, <br> d/b/a CURATED AMERICAN GETAWAYS, LLC, <br>     Debtor, <br> _____/ | Case No.: 6:24-bk-00362-LVV <br><br> Chapter 11 (Subchapter V) |

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Lori V. Vaughan will conduct a preliminary hearing in this case on Wednesday, November 12, 2025, at 10:30 AM in Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 W. Washington St., Orlando, FL 32801, on the following matter:

> **MOTION TO CONVERT CASE TO CHAPTER 7 AND REQUEST FOR EXPEDITED HEARING ON OR BEFORE NOVEMBER 12, 2025 AT 10:30 AM (DOC. №. 568)**

2. All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Vaughan's Hearing Guidelines, available at https://www.flmb.uscourts.gov/judges/vaughan.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

I HEREBY CERTIFY that a true and correct copy hereof was furnished by ECF Notice or first class mail to The Farm, LLC, Debtor, 601 Sycamore St., Unit 6106, Kissimmee, FL 34747; Jeffrey Ainsworth, Esq. and Robert B. Branson, Esq., BransonLaw PLLC, Attorneys for Debtor, 1501 E. Concord St., Orlando, FL 32803; L. Todd Budgen, Esq., Trustee, Budgen Law, P O Box 520546, Longwood, FL 32752; the U.S. Trustee – ORL, 400 W. Washington St., Suite 1100, Orlando, FL 32801; the 20 largest creditors on the attached matrix; and all other parties registered to receive electronic notice in this case; this 5TH day of November, 2025.

/s/ Michael A. Paasch
MICHAEL A. PAASCH
Florida Bar №. 852805
DINSMORE & SHOHL LLP
225 East Robinson Street, Suite 600
Orlando, Florida 32801
Telephone: (407) 425-9044
Facsimile: (407) 423-2016
michael.paasch@dinsmore.com

Attorneys for Creditor, Ten Twenty Four, Inc., d/b/a Beyond Pricing

```
Label Matrix for local noticing          AIS Portfolio Services, LLC              APS Investments LLC
113A-6                                   Attn: Ally Bank Department                4825 NW Northwood Road
Case 6:24-bk-00362-LVV                   4515 N Santa Fe Ave. Dept. APS            Riverside, MO 64150-3317
Middle District of Florida               Oklahoma City, OK 73118-7901
Orlando
Mon Oct 13 16:43:08 EDT 2025

APS Investments, LLC                     APS Investments, LLC                     Acquired Development LLC
c/o Zimmerman, Kiser & Sutcliffe, P.A.   attn Nicholas J. Marie, Esq.             c/o Van Horn Law Group PA
315 E. Robinson Street, Suite 600        PO Box 3000                              500 NE 4th Street
Orlando, FL 32801-4341                   Orlando FL 32802-3000                    Fort Lauderdale FL 33301-3189


Ally Bank                                American Express                         Austin and Sarah Cowell
c/o Matthew Schulis, Esq.                PO Box 297871                            c/o John M. Brenna, Jr.
621 S. Federal Highway Suite 10          Fort Lauderdale, FL 33329-7871           301 E. Pine Street
Fort Lauderdale, FL 33301-3145                                                    Suite 1400
                                                                                  Orlando, FL 32801-2741


Bradley Vanlandingham                    Celtic Advance LLC                       (p)CLOUDFUND LLC
Bradley J. Anderson, Esq.                8 The Green                              400 RELLA BOULEVARD SUITE 165-101
Zimmerman, Kiser & Sutcliffe, P.A.       Suite A                                  SUFFERN NY 10901-4241
P.O. Box 3000                            Dover, DE 19901-3618
Orlando, FL 32802-3000


Collin and Sarah Brown (Waverly Estate)  Commonwealth of Kentucky                 EN OD, LLC
c/o Jack Brennan, Esq.                   Sales Tax                                1777 Reisterstown Rd
301 E. Pine Street, Suite 1400           PO Box 181                               Pikesville, MD 21208-1313
Post Office Box 3068                     Frankfort, KY 40602-0181
Orlando, Florida 32802-3068


Eric & Bessie Conway                     Global Merchant Cash                     Grant Phillips PLLC
c/o Melissa A. Youngman, Esq.            d/b/a Wall Street Funding                670 Long Beach Blvd
PO Box 303                               64 Beaver Street Ste 415                 Long Beach, NY 11561-2237
Winter Park, FL 32790-0303               New York, NY 10004-2508


Gregory Stumbo & Mary Karen Stumbo       Heirise, LLC                             Henry Botley
c/o L. William Porter III, Esquire       c/o Jack Brennan, Esq.                   9630 Landis Drive
2014 Edgewater Drive #119                301 E. Pine Street, Suite 1400           Beaumont, TX 77707-1053
Orlando, FL 32804-5312                   Post Office Box 3068
                                         Orlando, Florida 32802-3068


IMerchant Funding LLC                    Jeeves Inc.                              Joe Niemeyer, Kirstin Niemeyer, et al.
28580 Orchard Lake Rd #104               924 N Magnolia Ave, Suite 202            c/o Bradley J. Anderson, Esquire
Farmington, MI 48334-2988                PMB 1075                                 Zimmerman, Kiser & Sutcliffe, P.A.
                                         Orlando, FL 32803-3220                   PO Box 3000
                                                                                  Orlando, FL 32802-3000


Lakeside at Welch Estate, LLC            Lindsay Vanlandingham                    Meged Funding Group
c/o Jack Brennan, Esq.                   c/o Bradley J. Anderson, Esq.            1 Princeton Avenue
301 E. Pine Street, Suite 1400           Zimmerman, Kiser & Sutcliffe, P.A.       Brick, NJ 08724-3515
Post Office Box 3068                     P.O. Box 3000
Orlando, Florida 32802-3068              Orlando, FL 32802-3000


Parkview Advance LLC                     Prescott & Fifth Capital LLC             Quickbooks Loans
600 Summer Street                        30 N. Gould St Ste 22145                 Disputed Payments
Stamford, CT 06901-4404                  Sheridan, WY 82801-6317                  PO Box 84210
                                                                                  Black Hawk, SD 57718
```

| | | |
|---|---|---|
| RE Nectar Inc<br>3423 Piedmont Rd NE<br>Atlanta, GA 30305-1751 | Ralph Rohler<br>c/o Bradley J. Anderson, Esq.<br>Zimmerman, Kiser & Sutcliffe, P.A.<br>P.O. Box 3000<br>Orlando, FL 32802-3000 | Rapid Financial Services<br>4500 East West Hwy 6th Flr<br>Bethesda, MD 20814-3327 |
| Rocky Gaslin<br>63 Leavitt Road<br>Augusta, ME 04330-8237 | Roger Baskin<br>c/o Michael A. Paasch, Esq.<br>Dinsmore & Shohl LLP<br>225 E. Robinson St., Suite 600<br>Orlando FL 32801-4334 | Star Advance, LLC<br>10 W 37th RM 602<br>New York, NY 10018-7473 |
| Syndicate Group USA<br>28-07 Jackson Avenue<br>Unit 09-110<br>Long Island City, NY 11101-3459 | TN Dept of Revenue<br>c/o TN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, Tennessee 37202-4015 | Ten Twenty Four Inc. dba<br>Beyond Pricing<br>c/o G&G Law, LLC<br>4619 N Ravenswood, #205A<br>Chicago, IL 60640-4579 |
| Ten Twenty Four Inc., d/b/a Beyond Pricing<br>c/o Michael A. Paasch, Esq.<br>Dinsmore & Shohl LLP<br>225 E. Robinson St., Suite 600<br>Orlando FL 32801-4334 | The Sprague Family Trust<br>1000 Legion Place,<br>Suite 1700<br>Orlando FL 32801-1028 | U.S. Small Business Loan<br>721 19th Street<br>Denver, CO 80202-2500 |
| Zac Rohlfer<br>c/o Bradley J. Anderson, Esq.<br>Zimmerman, Kiser & Sutcliffe, P.A.<br>P.O. Box 3000<br>Orlando, FL 32802-3000 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| CloudFund LLC<br>Deltabridge<br>400 Rella Blvd Ste 165-101<br>Suffern, NY 10901 | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     0<br>Total                  42 |